UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KAREN B. COAN, Individually and on behalf of the K.L.C. Inc 401(k) Profit Sharing Plan, | : : : | CIVIL ACTION NO. 3:01CV1737 (MJK) |
| Plaintiffs, | : : | |
| v. | : : | |
| ALAN H. KAUFMAN, ET AL., Defendants. | : : | OCTOBER 15, 2003 |

### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56 and the Local Rules of this Court, defendants Alan H. Kaufman and Edgar W. Lee ("Defendants") respectfully file this Motion For Summary Judgment. In support of this Motion, Defendants respectfully submit a Memorandum of Law in Support of Their Motion for Summary Judgment and a Local Rule 56(a)(1) Statement of Undisputed Facts, with supporting exhibits.

**ORAL ARGUMENT REQUESTED**
**TESTIMONY NOT REQUIRED**

-2-

        DEFENDANTS,
        ALAN H. KAUFMAN and EDGAR W. LEE


    By_____
        Glenn W. Dowd (ct# 12847)
        Daniel A. Schwartz (ct# 15823)
        Kristin Thomas (ct#24578)
        Day, Berry & Howard LLP
        CityPlace I, 185 Asylum Street
        Hartford, CT  06103-3499
        (860) 275-0100
        (860) 275-0343 (fax)
        email:  gwdowd@dbh.com
                daschwartz@dbh.com
                kthomas@dbh.com


## **CERTIFICATION**

    THIS IS TO CERTIFY that a copy of the foregoing has been sent this date via first-class mail, postage prepaid, to:

| | |
|---|---|
| Thomas G. Moukawsher | Ian O. Smith |
| Moukawsher & Walsh LLC | Moukawsher & Walsh LLC |
| 328 Mitchell Street | 21 Oak Street, Suite 100 |
| P. O. Box 966 | Hartford, CT  06106 |
| Groton, CT 06340 | |

_____
Glenn W. Dowd