```
                                              114
 1      Q.   Is it your testimony, Ms. Coan, that
 2  these entries on this bill that we have marked
 3  as Exhibit 2 have nothing to do with the
 4  investments decisions made with respect to the
 5  KLC 401(k) plan assets?
 6            MR. MOUKAWSHER:  Objection;
 7  form.
 8      A.   I don't see where it shows where I had
 9  anything to do with the investments.
10      Q.   All right.
11      A.   Other than to liquidate them and
12  distribute them.
13      Q.   So you never submitted any documents
14  that say that you had some involvement in
15  investments of the 401(k) plan assets; is that
16  true?
17            MR. MOUKAWSHER:  Objection.
18      A.   No.  No, that may not be true.
19      Q.   Okay.
20      A.   I did have involvement in the assets
21  of the plans, but I had nothing to do with their
22  decision-making.
23      Q.   Nothing to do with the investment
24  decisions?
25      A.   No.
```

115

1    Q.  So these entries on this bill,
2 Ms. Coan, then would be for things relating to
3 the assets but not investment decisions relating
4 to assets; is that your testimony?
5    A.  That's correct.  Not the investments
6 of the assets but the liquidation of them.
7    Q.  And it's your testimony also that you
8 would never distribute a document that you would
9 have suggested that you had some involvement in
10 the decision-making on asset investments for the
11 KLC 401(k) plan?
12    A.  I don't remember any.  Show me what
13 you've got.
14    Q.  It wouldn't be true if you said --
15 distributed a document saying you had
16 investment, or you had involvement in the
17 investment decisions, that wouldn't be a true
18 statement?
19    A.  I don't remember saying that I ever
20 had any involvement in investments.
21    Q.  Okay. My question is:  Is it your
22 testimony that you would not have distributed a
23 document of that sort because you didn't in fact
24 have any involvement in investment
25 decision-making for the plan?

                                                              116
1     A.   I might have distributed something for
2  Pension Consultants.  I might have distributed
3  something for Alan Kaufman.  I might have been
4  requested to write a letter for whatever
5  purpose.  I mean, you are talking about 15
6  years, Mr. Dowd.
7     Q.   Why would you write a letter or send
8  something out suggesting that you had
9  involvement in the decision-making of the
10 investments of the plan assets if you've just
11 testified for us a moment ago that you didn't
12 have that involvement?
13    A.   I don't know.  I do not know.
14         MR. DOWD:  Can we mark that as
15 3?
16         (Defendants' Exhibit 3 marked
17         for identification.)
18    Q.   Could you take a look at what I handed
19 you as Exhibit 3, Ms. Coan?  This first page
20 appears to be a resume; is that correct?
21    A.   Yes.
22    Q.   And is this a resume that you
23 prepared?
24    A.   This appears to be the resume that I
25 prepared.  I don't know the date.

                                                          132
1    A.   Yes, I do.
2    Q.   In that whole 10-plus-year period,
3  however more than 10-year period, is it your
4  testimony, Ms. Coan, that you never gave
5  Mr. Kaufman any advice or thoughts on investment
6  issues or strategies for the plan?
7              MR. MOUKAWSHER:  Objection; form.
8    A.   That's true.
9    Q.   Now, trying to understand kind of the
10 trajectory of things here.  When did Unicapital
11 first come on the picture at the company?
12   A.   When we were purchased.  We were
13 purchased in May of '98.
14   Q.   Okay.  When did you first hear that
15 Unicapital was --
16   A.   Purchasing us?
17   Q.   Yes.
18   A.   I want to say the beginning of '98.
19   Q.   Did you have discussions with Mr. Lee
20 or Mr. Kaufman about this?
21   A.   About Unicapital purchasing us?
22   Q.   Yes.
23   A.   I'm sure I did.
24   Q.   Okay.
25   A.   Did I offer an opinion as to whether I

                                                            138
1    A.   No.
2    Q.   Did you ever kiss Mr. Kaufman?
3    A.   Sure.  Everybody did.
4    Q.   I mean "kiss" in a romantic way where
5  saliva is being exchanged between the two of you
6  kind of kiss.
7    A.   Not -- I don't recall.
8    Q.   You don't recall or you didn't do it?
9    A.   I don't believe I did it.
10   Q.   Did you file any kind of complaint
11 back when that happened in the 1980s?
12   A.   No.  Katy Sendy, the attorney I told
13 you of, knows of that, the attorney I told you
14 about.
15   Q.   Because you told her that?
16   A.   Yes.
17   Q.   What did she advise?
18        MR. MOUKAWSHER:  I will object
19 and instruct you not to answer with respect to
20 any advice.  You can explain what you did, if
21 that's the question.
22   Q.   What did you do?
23   A.   I did nothing.
24   Q.   Okay.  Now, when Mr. Kaufman and
25 Mr. Lee sold the business to Unicapital, did

139

1  they in turn give you any money as a thank you?
2      A.   Yes.
3      Q.   They did.  How much did they give you?
4      A.   Yes.  Together they gave me $40,000,
5  and that was to be half of another 40,000 the
6  following year, which didn't happen.
7      Q.   Let me ask you, who told you this was
8  going to be half of another 40?
9      A.   Alan.
10     Q.   When did he tell you that?
11     A.   When they first gave us the first 40,
12 and it wasn't just me, all the employees, all
13 the employees received monies.
14     Q.   Did you receive more than most?
15     A.   There were probably, my guess would be
16 probably about six or seven that received the
17 same amount that I did.
18     Q.   What did you think about them giving
19 you $40,000?  What was your impression?
20     A.   I thought that that was very generous
21 of them to do that for the employees; however,
22 they had a very, very dedicated staff.  They had
23 a staff that did above and beyond as far as
24 collecting payments that weren't rightfully
25 theirs, so they had helped to fill their

                                                              155
 1        A.    Not to my knowledge.
 2        Q.    Are you suspecting they may have?
 3        A.    I don't know.
 4        Q.    How did you --
 5        A.    I don't believe so, but I don't know.
 6   I can't say no, they didn't.
 7        Q.    But you are not aware of any facts
 8   that suggest they had a role in your discharge?
 9        A.    No, I'm not.
10        Q.    Now, could you explain to me in as
11   much detail as you can, Ms. Coan, the sequence
12   of events that led to your termination in July
13   of 2000?
14        A.    From when?  From what time frame?
15        Q.    Whenever you think it's relevant to
16   start the story.
17        A.    I came to work on the morning of I
18   believe it was July 26th, or 27th, and I was in
19   the office talking with a few of the employees
20   about whatever, and someone mentioned that Kelly
21   Seymour had just arrived at the office.  Kelly
22   Seymour was the regional manager from Unicapital
23   Florida, and she and I worked together on a
24   number of different things because I was HR at
25   Keystone and she was the regional manager of

                                        156
1  HR.
2              And I was a little bit surprised
3  because I did not know that she was coming; no
4  one had told me.  She had not called me, and
5  because she lives in Jersey, I was just a little
6  bit perplexed.
7              She told me she wanted to see
8  me.  She brought me into my office and told me
9  that I was being terminated, they were
10 terminating all of the controllers throughout
11 Unicapital at all the subs, and I asked her if
12 that also included HR managers.  She said that
13 it did, and we talked for half an hour or so,
14 and that was it.
15     Q.  Okay.  Now let me ask you this:  Did
16 you have -- before that day, July 26th, 2000,
17 did you have any indication whatsoever that your
18 position might be in some jeopardy?
19     A.  We knew that they were making cuts
20 when Unicapital declared Chapter 11.  So we knew
21 that there was going to be a wave of cuts.  And
22 we were told that there would be no cuts at
23 Keystone because we cut back in other aspects to
24 save money.
25             And Paula at that time, who had