# THE

# K.L.C., INC.

# PROFIT SHARING PLAN

# REPORT

# FOR THE PLAN YEAR ENDING

# DECEMBER 31, 1997

By: _____
Jill Mazur
Consultant

June 1998



# PENSION CONSULTANTS

195 FARMINGTON AVENUE • FARMINGTON, CONNECTICUT 06032 • TELEPHONE 860/676-8000 • FAX 860/678-8925

# CONTENTS

1. Plan Provisions

2. Summary of Census

3. Summary of Assets and Financial Activity

4. Items for Discussion


12-31-97 Plan Year Report (Master Copy only)

A.  Census Verification

B.  Summary of Accounts

C.  401(k)Qualification Analysis

# PLAN PROVISIONS

| | |
|---|---|
| Name of Plan: | K.L.C., INC. 401(k) PROFIT SHARING PLAN |
| Effective Date: | January 1, 1987 |
| Effective Date of Most Recent Plan Restatement: | January 1, 1996<br>Signed December 19, 1996 |
| Date of Most Recent Determination Letter: | March 13, 1997 |
| Trustees: | Alan H. Kaufman and Edgar W. Lee |
| Plan Year: | January 1st to December 31st |
| Eligibility Requirements: | All non-union employees with 12 months of service and age 21. |
| Entry Dates: | January 1st and July 1st |
| Compensation: | Gross Compensation including Section 125 and 401(k) reductions. Maximum for plan year is $160,000. Compensation is recognized from first day of the plan year. |
| Allocation Formula: | Age-Weighted. However Key Employees shall not receive more than $20,000 |
| Who Shares in Profit Sharing and Match: | All who worked 1,000 hours.<br>Deceased, Disabled, and Retired Participants regardless of hours worked.<br>Terminated with 1,000 hours. |
| 401(k) Maximum: | 15% of Compensation or $ 9,500 for 1997<br>$10,000 for 1998 |

Match Formula:                      Discretionary; 25¢ on the first 5% for 1997

Vesting:

401(k) and Match                    100%

| Profit Sharing Years of Service | Vested Percent |
|---|---|
| Less than 2 Years | 0% |
| 2 | 20% |
| 3 | 40% |
| 4 | 60% |
| 5 | 80% |
| 6 or more years | 100% |

Normal Retirement Age:              65

Early Retirement Age:               Age 55 with 15 Years of Service.

Payout Policy:                      401(k):
                                    A terminated participant may receive his 401(k) account on
                                    the anniversary date following termination.

                                    Profit Sharing and Match:
                                    A terminated participant will be paid once he has incurred 5
                                    consecutive one year Breaks in Service.

Payout Options Available:           Lump Sum

Forfeiture Policy:                  Earlier of payout or 5-year Break in Service.

Hardship Withdrawals Allowed:       Yes

Rollover from Another
Plan Allowed:                       Yes - By Participants

Loans Allowed:                      No

In-Service Withdrawals:             Allowed at age 59-1/2 as long as participant is 100% vested.

2

# SUMMARY OF CENSUS

|  | 12-31-96 | 12-31-97 |
|---|---|---|
| Active Participants (See Summary of Accounts) | 23 | 28 |
| Ineligible due to Age or Service | 9 | 9 |
| Terminated Without a Break in Service | 1 | 0 |
| Terminated With Break in Service | 3 | 4 |

Ineligible due to Age or Service:

| | |
|---|---|
| Cheever, April | O'Connell, Lisa Marie |
| Coates, John | Santini, Linda |
| Gellerstein, Jerome | Schuman, Mark |
| Jones, Russell | Shell, Ari |
| Langdo, Donna | |

| Name | # of BIS | Date of Term. | Vested % | Non-Vested Amount 12-31-97 | Vested Amount 12-31-97 | Payment Date |
|---|---|---|---|---|---|---|
| Asal, Cheryl | 3 | 11-08-94 | 100% | $ 0.00 | $ 28,635.07 | 01-01-00 |
| Lee, Mary | 1 | 04-26-96 | 20% | 3,042.74 | 760.69 | 01-01-02 |
| Mager, James | 1 | 01-02-97 | 100% | 0.00 | 70,037.22 | 01-01-02 |
| Stopka, Gregory | 2 | 10-21-94 | 20% | 6,936.65 | 1,734.16 | 01-01-00 |

3

# SUMMARY OF ASSETS AND FINANCIAL ACTIVITY

## ASSETS:

| | 1996 | 1997 |
|---|---|---|
| **Profit Sharing Plan** | | |
| Robertson Stevens | $  64,291.48 | $  78,631.58 |
| Peoples Money Market A/C  (Inc. 401(k)) | 36,335.31 | 0.00 |
| MFS Intermediate Fund | 0.00 | 0.00 |
| Twentieth Century Vista | 0.00 | 0.00 |
| Alger Capital Appreciation | 76,716.58 | 92,215.23 |
| Vanguard Funds | 151,294.10 | 198,889.45 |
| Fidelity Funds | 432,534.08 | 666,986.84 |
| John Hancock | 66,597.19 | 92,917.52 |
| Van Wagoner | 41,460.96 | 34,335.91 |
| Prudential Securities | 135,303.74 | 158,460.57 |
| Assets as of December 31 | $1,004,533.44 | $1,322,437.10 |
| Employer Contribution Receivable | 120,000.00 | 111,000.00 |
| Employer Over Deposit | (21.75) | 0.00 |
| 415 Excess | (165.00) | (1,904.83) |
| Adjusted Assets as of December 31 | $1,124,346.69 | $1,431,532.27 |
| **Target Pension Rollover Account** | | |
| Peoples Money Market A/C | $   3,372.00 | $   8,161.39 |
| Fidelity Equity Income II | 141,196.48 | 182,953.11 |
| Robertson Stevens Contrarian | 88,961.86 | 97,609.06 |
| Fidelity Income Trust | 2,627.02 | 0.00 |
| Vanguard 500 | 145,079.01 | 193,259.42 |
| Krupps | 22,556.00 | 21,231.60 |
| Assets as of December 31 | $  403,792.37 | $  503,214.58 |
| **Total Plan Assets** | $1,528,139.06 | $1,934,746.85 |

## ASSETS:

| 401(k)/Match Account | 12-31-97 |
|---|---|
| Vanguard Money Market | $   7,979.24 |
| Vanguard Intermediate Bond | 3,269.90 |
| Vanguard Index 500 Portfolio | 48,938.09 |
| Vanguard Primecap Fund | 54,845.01 |
| Vanguard Windsor II Fund | 21,891.78 |
| Assets as of December 31, 1997 | $  136,924.02 |
| 401(k) Receivable Contribution | 19,728.49 |
| Match Receivable | 18,230.62 |
| Less 415 Excess | (8,558.66) |
| Total Balances as of December 31, 1997 | $  166,324.47 |

4

## 1997 SUMMARY OF FINANCIAL ACTIVITY:

|                                              | Profit Sharing | Rollover      |
|----------------------------------------------|----------------|---------------|
| Assets as of January 1, 1997                 | $   971,045.15 | $ 403,792.37  |
| Employer Over Deposit                        | (21.75)        | 0.00          |
| 12-31-96 Contribution Due                    | 120,000.00     | 0.00          |
| Adjusted Assets as of January 1, 1996        | $ 1,091,023.40 | $ 403,792.37  |
| Investment Gain/Loss during the Plan Year    | 231,588.70     | 99,422.21     |
| Distributions to Participants*               | (175.00)       | 0.00          |
| Assets as of December 31, 1997               | $1,322,437.10  | $ 503,214.58  |
| Less 415 Excess - Advance 1998               | (1,904.83)     | 0.00          |
| 1997 Employer Contribution Receivable        | $   111,000.00 | $       0.00  |
| Assets as of December 31, 1997               | $1,413,532.27  | $ 503,214.58  |
| Rate of Return                               |                |               |

### 401(k)/Match

|                                  |               |
|----------------------------------|---------------|
| Beginning Balance as of 1/1/97   | $  33,323.29  |
| 401(k) Contributions             | 86,082.37     |
| Distributions                    | 0.15          |
| Gains/Losses                     | 17,518.51     |
| Ending Balance as of 12/31/97    | $136,924.02   |
| 401(k) Receivable                | 19,728.49     |
| Match Receivable                 | 18,230.62     |
| Less 415 Excess                  | (8,558.66)    |
|                                  | $166,324.47   |

# ITEMS FOR DISCUSSION

1. <u>Financial History of your Plan</u>

|  | Rate of Return | | | Contribution | | |
|---|---|---|---|---|---|---|
|  | *401(k) | Profit Sharing | Target | Profit Sharing | Match | 401(k) |
| 1997 | N/A | 21.2% | 24.6% | $111,000 | $18,230.62 | $97,252.20 |
| 1996 | .09% | 12.2% | 12.0% | 120,000 |  | 33,458.25 |
| 1995 | N/A | 22.7% | 26.1% | 120,000 |  | N/A |
| 1994 | N/A | -0.6% | -0.1% | 120,000 |  | N/A |
| 1993 | N/A | 13.8% | 13.6% | 90,000 |  | N/A |

|  | Money Market | Intermediate Bond | Index 500 | Primecap | Windsor II |
|---|---|---|---|---|---|
|  | 5.4% | 9.4% | 33.19% | 36.79% | 32.37% |

2. The required Fidelity Bond for your plan should cover at least 10% of the plan's total assets or $211,000. Our current records indicate a bond of $150,000 with the Hartford which is no longer sufficient. You may want to purchase a bond for $500,000.00. Please let us know the company you purchased it from and the amount of the bond.

3. Nancy Craft-Micelli, Jody Micelli, Lisa Murdock and Subramanam Viswanathan became participants in the plan during this plan year. You should give them copies of the Summary Plan Description and have them complete Beneficiary Designation Forms. Note that the spouse must be named as the primary beneficiary unless the spouse provides written, notarized consent to the designation of another primary beneficiary. Please be sure all Participants receive a copy of the new Summary Plan Description.

4. Your plan is not Top Heavy as 56.6% of the plan assets are owned by the Key Employees. The Key Employees include Edgar Lee, William Lee, Alan Kaufman and Todd Kaufman. Please notify us of any new Key Employees (owners or officers).

   For the 1998 plan year, the plan will remain not Top Heavy as 56.6% of the assets are attributed to the same four Key Employees.

5.  Your plan passed the 70% coverage test as all 24 eligible non-Highly Compensated employees benefited and all 4 Highly Compensated employees benefited.

6.  Your Profit Sharing contribution of $110,000.00 was allocated on an age-weighted basis, providing Alan and Edgar with a contribution of $20,000 each.

7.  The following terminated participants were paid their vested balance and/or forfeited their non-vested balance during this plan year:

| Name | Amount Paid | Amount Forfeited |
|---|---|---|
| Anthony Calibey | $175.00 | $0.00 |

Pension Consultants prepared 1099-R forms.

8.  Do you have ownership of any other businesses that we are unaware of?

9.  Your plan passed the ADP test for the 1997 Plan Year. We will do a projected test for 1998. The plan should pass if the Highly Compensated participants contribute at the same level as 1997.

10. The following employees will be eligible to participate in the plan effective 7-1-98:
    John Coates,  Russell Jones,  Donna Langdo,  Mark Schumann
    Please be sure to send us copies of their Enrollment and Investment Election Forms.

11. As stated in our May 1st letter, several participants exceeded the maximum annual additions. Please send us copies of the executed forms for our records.

7