```
              UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF CONNECTICUT

* * * * * * * * * * * * * * * * *
                                 *
                                 *
KAREN B. COAN, Individually and  *
on behalf of the K.L.C., Inc.    *
401(k) Profit Sharing Plan,      * CIVIL ACTION NUMBER
         PLAINTIFFS,             * 3:01CV173(RNC)
                                 *
vs.                              *
                                 *
ALAN H. KAUFMAN, ET AL.,         *
         DEFENDANTS.             *
                                 *
* * * * * * * * * * * * * * * * *


-----------------------------------------------------
         DEPOSITION OF:   ALAN H. KAUFMAN
-----------------------------------------------------

         Taken before Sarah B. Najemy, Licensed
    Shorthand Reporter (#00069) and Notary Public
    in and for the State of Connecticut, pursuant
    to the Federal Rules of Civil Procedure, at the
    law offices of Moukawsher & Walsh, LLC, 21 Oak
    Street, Hartford, Connecticut, on March 25,
    2003, at 10:10 a.m.

            BRANDON SMITH REPORTING SERVICES
                  11A Capitol Avenue
                  Hartford, CT 06106
                  Tel:  (860) 549-1850
                  FAX:  (860) 549-1537
```

65

1  Q   And is it correct that during the entire
2      existence of the KLC profit sharing plan the
3      two trustees were you and Mr. Lee; correct?
4  A   That's correct.
5  Q   And the profit sharing plan ultimately included
6      a profit sharing fund and a separate rollover
7      fund; isn't that correct?
8  A   Yeah.  I think it started out as a defined
9      benefit plan.  And, again, I get a little
10     confused -- I have to usually look at a chart to
11     get this straight.  But it was rolled into a
12     target pension plan.  There were various plans.
13 Q   Well, would I be correct to understand that KLC,
14     Inc. once had a defined benefit plan, which it
15     terminated, and then rolled the assets into a
16     special fund within the KLC 401(k) plan; is that
17     correct?
18 A   Sounds correct, yes.
19 Q   And some of the employees who participated in
20     the profit sharing plan fund did not have monies
21     in this rollover fund; is that correct?
22 A   That's correct.  However, we always looked at it
23     as one big retirement plan.  That's how we
24     looked at it.  And that's how we handled it.
25     There may have been some names on one plan that

80

1              is because you could make more money from the
2              government bonds?
3    A         No.  We have to look at all the factors, not
4              just how much money we can make.  We have to
5              number one, in my opinion, look at the safety,
6              the stability and protect the assets of the
7              trust.
8    Q         So, in your opinion, it is more safe and stable
9              under the circumstances you described in 1999 to
10             put 100 percent of the funds of the profit
11             sharing fund into government bonds than it would
12             be to have, say, a 60-40 mix of equities and
13             fixed income securities; correct?
14   A         Yes.  That's 80 percent guaranteed by the
15             federal government.  When this happened we spoke
16             to a lot of people.  We brought Merrill Lynch's
17             Mr. Wahlberg.  We invited him into the office.
18             We asked him to look into what he would consider
19             something that would fit the bill.  In other
20             words, safe, stable, something that brought in a
21             little income, or some, you know, revenue.  We
22             did a thorough examination.  We asked him to go
23             back -- he works with five guys who are experts.
24             They're institutional fixed asset people.  These
25             people work with the insurance companies.  These

```
                                                        81
1        people work with the local banks and large
2        corporations, and I think wealthy individuals.
3        These are some of the top guys in the Hartford
4        area.  And we asked them to go back and discuss
5        it with them, discuss our situation.  Something
6        drastic had happened, a very big issue; i.e., we
7        were supposed to get rid of this -- disburse and
8        liquidate this portfolio.  We asked him to go
9        back.  We spent several weeks.  We got the
10       prospectus.  We even called the fund -- we tried
11       to speak to the fund manager.  We spoke to
12       someone in his office.  I discussed --
13           You've have got something to say?
14   Q   Yes.  I'm just asking you really for an answer
15       to my question.  And I believe your answer was
16       that you thought it would be more stable and
17       safe to place 100 percent of the profit sharing
18       funds into government bonds than it would be to
19       invest 60 percent of them in equities and 40
20       percent into fixed income securities; right,
21       that's your testimony?
22   A   No, not exactly.  Come on.  Let's tell it like
23       it is.  I said we had an 80 percent guarantee of
24       the federal government in the bond fund.
25   Q   But the guarantee wasn't about the interest rate
```

86

```
 1   A    That's what you said.  No, I don't agree.
 2   Q    I believe, if I understood your previous
 3        testimony, that you said it depended on the
 4        market conditions as to whether an aggressive
 5        growth security would be safe and stable;
 6        correct?
 7   A    No.  I said market conditions are one of the
 8        considerations that we look at.  There are many
 9        considerations for what kind of equities we're
10        going to choose to go into a 401(k) or a
11        retirement plan.
12   Q    And one of them is, for instance, that the plan
13        may be terminated; correct?
14   A    Well, that was a special situation.  And that's
15        why we reacted the way we did.  Why we got
16        Mr. Wahlberg and asked him to look it over with
17        his experts.  We asked Mr. Fierston, we asked
18        Mr. Jainchill, about the market, what would they
19        consider.  Would they consider this a good
20        investment.  Then we went out and looked at
21        Investors Business Daily.  We looked at the
22        journal.  We reviewed all the different
23        processes that we did.  As well as the
24        prospectus.  As well as speaking to the fund
25        itself and asked them.
```

102

1   rid of this plan, terminate the plan, and
2   disbursed to the participants. So, we tried to
3   guarantee it as much as we could. We got a
4   government bond fund that had some up side to
5   it. We got a government bond because it was 80
6   percent guaranteed by the federal government.
7   We had a short window. We thought the outlook
8   was within six months this was going to take
9   place. We didn't realize that the IRS
10  determination letter could take as long as it
11  did. We were given the information that we
12  could disburse the funds fairly fast. So, we
13  put a large amount into that one bond fund
14  because it was 80 percent guaranteed. And
15  again, we had some risk and reward, i.e., the
16  fact that there could an upward spiral in the
17  NAV, net asset value.
18 Q  Well, you said you put it in there because you
19     were concerned about safety and stability;
20     right?
21 A  Yes, safety and stability. And a little up
22     trend.
23 Q * And it's your testimony, then, that a time
24     appropriate to not diversify plan assets is when
25     you're seeking safety and stability because of a

```
                                                              103
 1         plan termination, is that --
 2   A     Yeah --
 3               MR. DOWD:  I'm going to object to the
 4         question.  You can answer, if you can.
 5   BY MR. MOUKAWSHER:
 6   Q     Was your answer yes?
 7   A     My answer is that it was a short -- we were
 8         given the impression it would be a short term
 9         basis.  We wanted to lock that money in.  We
10         made a made a whole bunch of money, and we
11         wanted to lock that into something safe, stable,
12         and something that might have a potential gain.
13   Q     So, is the answer to my question yes?
14   A     What was your question.
15               MR. MOUKAWSHER:  Would you read that
16         question back?
17               (* Question read)
18               THE WITNESS:  In this case it's
19         correct with the thinking of not only us,
20         but our expert people at Merrill Lynch and
21         so on.  Every time I seem to say that you
22         cut me off, and I don't think it's fair.
23   BY MR. MOUKAWSHER:
24   Q     I do want to let you finish your answer.
25   A     Yes.  We did a tremendous amount of due
```

104

1  diligence about what we were going to do. We
2  were very concerned. We had to protect this
3  asset. We got involved with Merrill Lynch. We
4  asked them to ask all their experts to get
5  involved. We wanted to see what they came up
6  with. And this was not only their thinking, but
7  the thinking of other people we spoke to. To
8  protect that asset whatever you have to do. And
9  we're --
10 Q  And so, is --
11 A  Let me finish.
12 Q  I'm sorry.
13 A  With an 80 percent guarantee from the federal
14    government we thought within six months this
15    thing would be terminated and we would disburse
16    to our employees when we were at an all time
17    high for the portfolio.
18 Q  Is it your testimony that you consulted with Ed
19    Wahlberg on the impact on the proper
20    diversification level of the plan assets of the
21    BlackRock investment?
22 A  We asked Mr. Wahlberg to figure out what he and
23    his people thought might be best to satisfy our
24    particular need at the time.
25 Q  You didn't answer my question, Mr. Kaufman. Did

166

| | | |
|---|---|---|
| 1 | Q | Why did you want to help her? |
| 2 | A | I guess because that's the kind of guy I am. |
| 3 | Q | So, it's your testimony that regardless of any |
| 4 | | skills that Karen Coan may have had, the reason |
| 5 | | that you would want to help her was a pure act |
| 6 | | of personal generosity; is that correct? |
| 7 | A | Yeah, you could interpret it that way. |
| 8 | Q | Did you believe that Karen Coan was discharged |
| 9 | | from UniCapital for her performance? |
| 10 | A | Yes. |
| 11 | Q | Why do you believe that? |
| 12 | A | Apparently, corporate felt that she wasn't |
| 13 | | performing and no longer needed her. |
| 14 | Q | And what was your understanding as to why |
| 15 | | UniCapital thought she wasn't performing? |
| 16 | A | I really can't think for UniCapital here. |
| 17 | Q | I didn't ask you that.  I asked you what was |
| 18 | | your belief as to performance issues that led to |
| 19 | | UniCapital discharging Karen Coan? |
| 20 | A | My belief is that she wasn't handling her |
| 21 | | position in a satisfactory manner.  That's what |
| 22 | | they felt. |
| 23 | Q | Did you have any belief about anything more |
| 24 | | specific than that? |
| 25 | A | It's a couple years ago.  I don't remember.  No. |

192

```
 1   A    I didn't fail miserably.  A passing grade was
 2        75.  I got 60s or high 60s.  For whatever reason
 3        I couldn't pass that.
 4   Q    Do you recall answering questions about the
 5        rollover portion of the KLC profit sharing plan?
 6   A    This morning?  Yes.
 7   Q    Do you recall approximately how much of the
 8        assets in the KFC (sic) profit -- in the
 9        rollover part of the KFC -- let me withdraw
10        that.  I'm talking Kentucky Fried Chicken, and I
11        don't mean to.
12             Will you tell me, do you know approximately
13        what percentage of the assets in the rollover
14        portion of the KLC profit sharing plan were
15        assets owned or under the accounts of you and
16        Mr. Lee?
17   A    Yes.  If I'm not mistaken Mr. Lee and myself
18        owned approximately 89 percent.  If you add in
19        Mrs. Coan and Mrs. Amazeen, that's about 95
20        percent of the plan.  And they certainly cross
21        over onto the 401(k), or the retirement plan
22        that's been under discussion.  So, we're talking
23        95 percent, the same people.
24   Q    And do you recall talking about looking at the
25        investment performance of the plan on kind of a
```

                                                                        193

| | | |
|---|---|---|
| 1 | | holistic basis, including the rollover and the |
| 2 | | profit sharing contributions, earlier today? |
| 3 | A | Yes, we discussed that.  I was a little confused |
| 4 | | the way it was presented to me and sort of froze |
| 5 | | up a little.  But, sure, I'm very familiar with |
| 6 | | the 401(k) plan. |
| 7 | Q | And why did you believe it appropriate to look |
| 8 | | in a holistic way at the investment performance |
| 9 | | of these different subaccounts, the rollover |
| 10 | | account, the 401(k) account, and so forth -- or, |
| 11 | | for the profit sharing account? |
| 12 | A | Well, are you saying looking at the whole |
| 13 | | picture? |
| 14 | Q | Yes.  Why do you think it's appropriate to look |
| 15 | | at the whole picture? |
| 16 | A | Basically, because the parties are the same. |
| 17 | | The four parties that make up 95 percent of the |
| 18 | | profit sharing end of it are certainly on the |
| 19 | | 401(k), the main requirement system. |
| 20 | Q | Do you recall being asked questions about a |
| 21 | | money market versus a bond fund? |
| 22 | A | Yes, I sure do. |
| 23 | Q | Let me ask you this, Mr. Kaufman.  If a person |
| 24 | | owns a bond fund and interest rates are raised |
| 25 | | by the Federal Reserve, what generally happens |

                                                                  195

| | | |
|---|---|---|
| 1 | | questions, Mr. Kaufman? |
| 2 | A | Basically, the way they were presented, I got |
| 3 | | confused.  I was frightened.  I was a little |
| 4 | | scared of this whole formal atmosphere.  I |
| 5 | | wasn't expecting to see the Plaintiff, and it |
| 6 | | threw me off. |
| 7 | Q | Now, Mr. Kaufman, can you explain -- let me back |
| 8 | | up.  You've testified that you were looking for |
| 9 | | safe, stable investment return for plan assets |
| 10 | | when you went into the BlackRock funds in 1999; |
| 11 | | correct? |
| 12 | A | Yes. |
| 13 | Q | Can you explain, then -- I think rephrasing the |
| 14 | | question Mr. Moukawsher asked this morning -- |
| 15 | | why you went into a bond fund that had some |
| 16 | | level of net asset value volatility as opposed |
| 17 | | to a money market? |
| 18 | A | Well, I think it's incumbent upon me being a |
| 19 | | trustee -- and I have to include Mr. Lee in all |
| 20 | | this.  It's incumbent upon me to try to make the |
| 21 | | assets grow.  It's risk and reward, or risk and |
| 22 | | return.  And I felt that if we're going to park |
| 23 | | that much money in a certain vehicle, it would |
| 24 | | be necessary to try to get some kind of growth |
| 25 | | and some kind of return for the risk we were |

196

| | | |
|---|---|---|
| 1 | | taking. |
| 2 | Q | All right. And did you take steps to evaluate whether there was an appropriate level of risk you were undertaking on behalf of the plan? |
| 5 | A | Yes. In every investment we did, we looked at the risk-reward. We had a certain amount of risk that we felt comfortable with, up to a certain point to hopefully reap the reward. |
| 9 | Q | Do you recall Mr. Moukawsher asking you questions about whether it's preferable to have an investment portfolio in a 401(k) plan that yields a steady return? |
| 13 | A | Yes. |
| 14 | Q | And can you explain to me, Mr. Kaufman, if you know, do you believe there is any down side to having investments in a 401(k) plan that provide a more steady return? |
| 18 | A | I'm sorry. Would you repeat that? |
| 19 | Q | Sure. Can you tell us if you believe there to be a down side to having investments in a 401(k) plan that yield a more stable return than, say, a fund invested in pure equities would have? |
| 23 | A | Well, we have -- let's see if I understand. |
| 24 | Q | Am I confusing you, Mr. Kaufman? |
| 25 | A | Yes, you are a little bit. |

```
                                                        197
 1   Q   Okay.  Did you invest during the years before
 2       1999?
 3   A   Yes.
 4   Q   Did you invest a lot of the KLC plan assets in
 5       equity issues?
 6   A   Yes, I did -- or, we did.  I should say we did.
 7       When I say I, it's we.
 8   Q   When investing in equity issues, did you
 9       understand that those equity issues would have a
10       less stable return, meaning less variation in
11       the return --
12   A   Yeah.
13   Q   -- or, more variation in the return than a bond
14       fund would provide, for example?
15   A   Yes.  Our tolerance of risk -- we reviewed
16       this very carefully.  What we felt we could do
17       as far as growing the assets, appreciating.  We
18       looked at the markets.  We looked at many
19       things.  We spoke with people.  We looked at
20       prospectuses.  We spoke to the fund.  We went
21       through the methodology.  We looked at the Wall
22       Street Journal.  We invest in Business Daily.
23       We talked among ourselves, among the committee.
24       And then we final made the decision that let's
25       take maybe a little more risk.  The markets are
```

| | | |
|---|---|---|
| 1 | | going wonderful now.  It's a great bull market. |
| 2 | | And maybe we can pick up on this bull market. |
| 3 | | And therefore, we found that we often times put |
| 4 | | ourselves into equity type funds.  We did have |
| 5 | | diversification, though.  We didn't go into one |
| 6 | | fund.  We didn't go into just one type of |
| 7 | | equipment.  We had geographic distribution.  We |
| 8 | | didn't do any single investor.  We spread it |
| 9 | | out.  And we felt that it would benefit -- you |
| 10 | | know, trying to be as prudent as we could, and |
| 11 | | trying to be diligent, in order to make these |
| 12 | | assets grow, we took a little more risk.  We |
| 13 | | felt we could tolerate the risk. |
| 14 | Q | Now, Mr. Kaufman, would you agree with me that |
| 15 | | equity based investments would produce a less |
| 16 | | stable rate of return than a bond kind of |
| 17 | | investment? |
| 18 | A | Yes.  A bond being more stable and more steady. |
| 19 | | With equity funds you have much more chance to |
| 20 | | reap a higher reward or higher return.  As I |
| 21 | | said, the markets were acting beautifully.  The |
| 22 | | bull market -- ten year bull market unheard of |
| 23 | | in the history of the stock market.  We said, |
| 24 | | "Gee, let's jump on it.  Let's gain a little |
| 25 | | piece of it."  And I guess you could say we did |