199

| | | |
|---|---|---|
| 1 | | pretty good.  We returned some sizeable, |
| 2 | | appreciable assets from what we -- if I'm not |
| 3 | | mistaken I think we put in approximately |
| 4 | | $1,300,000.  And when we disbursed -- terminated |
| 5 | | and disbursed, we disbursed over 2.5 million, |
| 6 | | maybe a little higher.  There were some early |
| 7 | | retirements.  Mr. Calibi, Mr. Ashworth, Ms. |
| 8 | | Maribell.  So, I thought we did pretty good.  A |
| 9 | | million three to two point five, two point six. |
| 10 | | I don't think anyone got hurt.  I don't think |
| 11 | | anyone was damaged.  I don't feel that we did |
| 12 | | wrong by the participants.  At all times we were |
| 13 | | very careful.  We were very diligent in |
| 14 | | protecting the assets of the corporation. |
| 15 | | Everything we were in except one small |
| 16 | | investment could be liquidated.  We could have |
| 17 | | our cash in four days. |
| 18 | Q | Mr. Kaufman, would you take a look at Exhibit |
| 19 | | B, which Attorney Moukawsher marked earlier in |
| 20 | | the deposition.  It's in the papers in front of |
| 21 | | you, sir.  Does this statement reflect you |
| 22 | | selling certain shares of the Fidelity |
| 23 | | aggressive growth fund in 2000? |
| 24 | A | Yes, sir, it does. |
| 25 | Q | Now, Mr. Kaufman, could you look over in the far |

204

| | | |
|---|---|---|
| 1 | | company. |
| 2 | Q | Did this require you to reallocate various other |
| 3 | | investments that you had, Mr. Kaufman? |
| 4 | A | Yes.  I certainly was looking at my other |
| 5 | | assets.  Once the two million dollars to |
| 6 | | capitalize the company, now I lost liquidity of |
| 7 | | two million dollars.  So, I looked at my other |
| 8 | | investments and I tried to grow them, again, |
| 9 | | with some safety concern. |
| 10 | Q | Mr. Kaufman, if we looked back over the |
| 11 | | investment decision that were made with respect |
| 12 | | to the KLC plan for the period before 1999, we |
| 13 | | would find a lot of the plan's assets invested |
| 14 | | in equity issues; isn't that true, sir? |
| 15 | A | That is correct, sir. |
| 16 | Q | And would we find a lot of the plan's assets |
| 17 | | invested in bonds and other more stable net |
| 18 | | asset value investments? |
| 19 | A | Not before '99, no. |
| 20 | Q | And why is that, sir? |
| 21 | A | Again, we felt that we had a wonderful market |
| 22 | | going.  We looked around.  We talked to people. |
| 23 | | We read newspapers, investment news, Investment |
| 24 | | Business Daily, Wall Street Journal.  We saw a |
| 25 | | bull market that was unheard of.  We said, "Gee, |

                                                                    205

1     how do you get in, and let's capitalize."  We
2     had some of the finest funds out there.  I know
3     we had -- we were with Fidelity.  We were with
4     -- again, when we were with Fidelity, we would
5     call up and make sure that the particular fund
6     that we got -- I remember asset manager was one
7     of the few I remember -- that this was good.
8     We'd called the fund manager or his office.  We
9     wanted to make sure that the assets we were
10    buying were considered prudent.  Would this be
11    good for -- we always asked, "Would this be good
12    for a 401(k) plan, or a retirement plan?"  We
13    wanted to assure ourselves that we weren't
14    stepping over the borders.  We only Morning Star
15    four star or five star.  We read about these.
16    We studied these.  We asked opinions of
17    Mr. Fierston, Mr. Jainchill, and certainly
18    Mr. Wahlberg.  And Ed and I and the Plaintiff
19    discussed these.  And we had to come to a
20    unanimous agreement before we would invest in
21    any particular stock.  We tried to show a little
22    diversification through the areas, no single
23    fund.  We're in Vanguard.  We're in Fidelity,
24    and Prime Cap and a few others.  I think Prime
25    Cap.  I'm not sure.  I think that was -- I'm

206

```
 1      getting out of it.  I've got to get it in front
 2      of me.  But we varied it.  We didn't certainly
 3      get into any particular geographic area.  We
 4      were all over the country.  We even had some in
 5      there that were foreign.  I think I might point
 6      out, though, there was a lot of talk about no
 7      fixed income.  Most of the funds -- most of the
 8      equity funds did have a cash position.  And
 9      therefore there was cash and bonds in many of
10      these funds.  And when we reviewed the
11      prospectus we saw that.  Certainly, not the
12      majority of it.  That's why there was terrific
13      appreciation through those years.  We grew it
14      very nicely.  And again, if I may, after we put
15      in approximately 1.3 million, we disbursed to
16      recipients -- or, I should say the benefactors
17      over 2.5 million dollars.  Which we thought was
18      pretty good.
19   Q  Mr. Kaufman, do you understand the term the risk
20      and return on investment?
21   A  Yes, I think I do.
22   Q  And can you explain to us what you think that
23      means to you, sir?
24   A  Yes.  As a trustee it was important that we just
25      not let money sit around and do nothing.  We had
```

                                                                207

1       to try to make this money grow and appreciate
2       it.  And in order to do so, we had to look at
3       our tolerance of risk.  And ours was maybe a
4       tiny bit higher than somebody else's.  Maybe a
5       little lower than somebody else's.  But with the
6       risk we were able to get appreciate.  We took a
7       little more risk, maybe.  And with it we lucked
8       out and got a very successful appreciable
9       asset.
10           The risk tolerance, I guess, I'm in the
11      finance business and I think I know what risk
12      tolerance is.  We live with it every day.
13   Q  Were notions of risk and reward something that
14      you and Mr. Lee and Ms. Coan gave careful
15      consideration to as you made investment
16      decisions for the KLC plan?
17   A  Yes.  This was talked over.  We talked over how
18      much risk there was.  We reviewed thoroughly.
19      We looked at the past rewards.  We tried to
20      calculate as much as we could what could be true
21      for the future.  I mean, no one knows the
22      future.  Everybody has twenty-twenty hindsight
23      it seems.  But we saw a market that was booming,
24      and a bull market, the likes of which the market
25      hasn't seen.  And we said let's see if we can