## SUMMARY OF 1991 FINANCIAL ACTIVITY

1.  Assets as of January 1, 1991                           $210,204.92

2.  Contribution Due for Plan Year Ending
    December 31, 1990 (paid 3-11-91)                        35,269.00

3.  Investment Gain during the Plan Year                    22,004.36
                                                           _____

4.  Assets as of December 31, 1991                        $267,478.28

5.  Employer Contribution Due for Plan Year Ending
    December 31, 1991                                        8,234.00
                                                           _____

6.  Total Assets as of December 31, 1991                  $275,712.28
                                                           _____

Asset gain from January 1, 1991 to December 31, 1991 = 9.24%

## 1992 SUMMARY OF FINANCIAL ACTIVITY

| | |
|---|---:|
| Assets as of January 1, 1992 | $267,478.28 |
| Contribution Due for Plan Year Ending December 31, 1991 (paid 9-10-92) | 8,234.00 |
| Adjusted Assets as of January 1, 1992 | $275,712.28 |
| Investment Gain during the Plan Year | 24,969.32 |
| Assets as of December 31, 1992 | $300,681.60 |
| Employer Contribution Due for Plan Year Ending December 31, 1992 (paid 3-12-93) | 80,000.00 |
| Total Assets as of December 31, 1992 | $380,681.60 |

Asset gain from January 1, 1992 to December 31, 1992 = 9.25%

13

## 1993 SUMMARY OF FINANCIAL ACTIVITY

|  | Profit Sharing Plan | Rollover Account |
|---|---|---|
| Assets as of January 1, 1993 | $300,681.60 | $260,931.87 |
| Contribution Due for Plan Year Ending December 31, 1992 | 80,000.00 | 0.00 |
| Adjusted Assets as of January 1, 1993 | $380,681.60 | $260,931.87 |
| Investment Gain during the Plan Year | 50,126.61 | 26,411.13 |
| Distributions to Participants | 0.00 | (1,200.29)* |
| Assets as of December 31, 1993 | $430,808.21 | $286,142.71 |
| Employer Contribution Due for Plan Year Ending December 31, 1993 | 90,000.00 | 0.00 |
| Total Assets as of December 31, 1993 | $520,808.21 | $286.142.71 |
| Rate of Return | 13.8% | 13.6% |

*Distributions Paid:    $  208.75 paid 4-21-93 - N. Frazier
                          156.56 paid 4-21-93 - C. Burton
                          834.98 paid 4-21-93 - M. Crane
                        $1,200.29

14

# SUMMARY OF ASSETS AND FINANCIAL ACTIVITY

ASSETS:

|  | 1993 | 1994 |
|---|---|---|
| **Profit Sharing Plan** | | |
| Peoples Money Market A/C | $ 2,672.64 | $ 4,843.98 |
| MFS Intermediate Fund | 21,421.23 | 19,793.23 |
| Twentieth Century Ultra Fund | 53,272.05 | 51,345.00 |
| Vanguard Specialty Portfolio | 69,289.63 | - |
| Vanguard PrimeCap | - | 73,334.43 |
| Fidelity Asset Manager | 112,292.18 | - |
| Fidelity Value | - | 43,948.24 |
| Fidelity Value | - | 39,669.28 |
| Fidelity Trust | - | 63,613.93 |
| Fidelity Equity II | 171,860.48 | 177,293.37 |
| John Hancock Regional Bank | | 36,125.47 |
| Assets as of December 31 | $430,808.21 | $509,966.93 |
| Employer Contribution Receivable | 90,000.00 | 120,000.00 |
| Adjusted Assets as of December 31 | $520,808.21 | $629,966.93 |
| | | |
| **Target Pension Rollover Account** | | |
| Fidelity Equity II | $ 91,225.01 | $ 94,108.83 |
| Fidelity Asset Manager | 78,976.78 | - |
| Fidelity Trust | - | 75,994.96 |
| Vanguard 500 | 84,925.71 | 85,914.30 |
| Krupps | 31,015.21 | 29,939.00 |
| Assets as of December 31 | $286,142.71 | $285,957.09 |
| | | |
| **Total Plan Assets** | **$806,950.92** | **$915,924.02** |

1994 SUMMARY OF FINANCIAL ACTIVITY:

|  | Profit Sharing | Rollover |
|---|---|---|
| Assets as of January 1, 1994 | $430,808.21 | $286,142.71 |
| 12-31-93 Contribution Due | 90,000.00 | 0.00 |
| Adjusted Assets as of January 1, 1993 | $520,808.21 | $286,142.71 |
| Investment Gain/Loss during the Plan Year | (2,671.01) | (185.62) |
| Distributions to Participants (B. Behrens, 3-16-94) | (8,170.27) | 0.00 |
| Assets as of December 31, 1994 | $509,966.93 | $285,957.09 |
| 1994 Employer Contribution Receivable | 120,000.00 | 0.00 |
| | $629,966.93 | $285,957.09 |
| | | |
| Rate of Return | -0.6% | -0.1% |

11

# SUMMARY OF ASSETS AND FINANCIAL ACTIVITY

**ASSETS:**

|  | 1994 | 1995 |
|---|---|---|
| **Profit Sharing Plan** | | |
| Robertson Stevens | $ 0.00 | $59,443.86 |
| Peoples Money Market A/C | 4,843.98 | 47,863.05 |
| MFS Intermediate Fund | 19,793.23 | 22,634.73 |
| Twentieth Century Vista | 0.00 | 65,559.87 |
| Twentieth Century Ultra Fund | 51,345.00 | 0.00 |
| Alger Capital Appreciation | 0.00 | 68,335.86 |
| Vanguard PrimeCap | 73,334.43 | 130,142.37 |
| Fidelity Magellan | 0.00 | 91,960.19 |
| Fidelity Value | 43,948.24 | 0.00 |
| Fidelity Value | 39,669.28 | 0.00 |
| Fidelity Income Trust | 63,613.93 | 186.04 |
| Fidelity Equity II | 177,293.37 | 224,082.19 |
| John Hancock Regional Bank | 36,125.47 | 53,415.40 |
| Assets as of December 31 | $509,966.93 | 763,623.56 |
| Employer Contribution Receivable | 120,000.00 | 120,000.00 |
| Adjusted Assets as of December 31 | $629,966.93 | $ 883,623.56 |
| | | |
| **Target Pension Rollover Account** | | |
| Fidelity Equity II | $ 94,108.83 | 118,944.75 |
| Robertson Stevens | 0.00 | 91,765.66 |
| Fidelity Income Trust | 75,994.96 | 2,396.59 |
| Vanguard 500 | 85,914.30 | 118,085.59 |
| Krupps | 29,939.00 | 29,339.78 |
| Assets as of December 31 | $285,957.09 | $ 360,532.37 |
| | | |
| **Total Plan Assets** | **$915,924.02** | **$1,244,155.93** |

4

## SUMMARY OF ASSETS AND FINANCIAL ACTIVITY

### ASSETS:

|  | 1995 | 1996 |
|---|---:|---:|
| **Profit Sharing Plan** |  |  |
| Robertson Stevens | $ 59,443.86 | $ 64,291.48 |
| Peoples Money Market A/C  (Inc. 401(k)) | 47,863.05 | 36,335.31 |
| MFS Intermediate Fund | 22,634.73 | 0.00 |
| Twentieth Century Vista | 65,559.87 | 0.00 |
| Alger Capital Appreciation | 68,335.86 | 76,716.58 |
| Vanguard U S Growth | 0.00 | 74,530.99 |
| Vanguard PrimeCap | 130,142.37 | 76,763.11 |
| Fidelity  Magellan | 91,960.19 | 0.00 |
| Fidelity New Millenium | 0.00 | 101,392.77 |
| Fidelity Income Trust | 186.04 | 65,138.63 |
| Fidelity Equity Income II | 224,082.19 | 266,002.68 |
| John Hancock Regional Bank | 53,415.40 | 32,316.93 |
| John Hancock Special Opportunites | 0.00 | 34,280.26 |
| Van Wagoner Mid-Cap | 0.00 | 19,135.14 |
| Van Wagoner Emerging Growth | 0.00 | 22,325.82 |
| Prudential Securities | 0.00 | 135,303.74 |
| Assets as of December 31 | $ 763,623.56 | $1,004,533.44 |
| Employer Contribution Receivable | 120,000.00 | 120,000.00 |
| Employer Over Deposit | N/A | (21.75) |
| 415 Excess Payable - Ashworth | N/A | (165.00) |
| Adjusted Assets as of December 31 | $ 883,623.56 | $1,124,511.69 |
| **Target Pension Rollover Account** |  |  |
| Peoples Money Market A/C | $ 0.00 | $ 3,372.00 |
| Fidelity Equity Income II | 118,944.75 | 141,196.48 |
| Robertson Stevens Contrarian | 91,765.66 | 88,961.86 |
| Fidelity Income Trust | 2,396.59 | 2,627.02 |
| Vanguard 500 | 118,085.59 | 145,079.01 |
| Krupps | 29,339.78 | 22,556.00 |
| Assets as of December 31 | $ 360,532.37 | $ 403,792.37 |
| **Total Plan Assets** | $1,244,155.93 | $1,528,139.06 |

4

# SUMMARY OF ASSETS AND FINANCIAL ACTIVITY

## ASSETS:

| | 1996 | 1997 |
|---|---|---|
| **Profit Sharing Plan** | | |
| Robertson Stevens | $   64,291.48 | $   78,631.58 |
| Peoples Money Market A/C  (Inc. 401(k)) | 36,335.31 | 0.00 |
| MFS Intermediate Fund | 0.00 | 0.00 |
| Twentieth Century Vista | 0.00 | 0.00 |
| Alger Capital Appreciation | 76,716.58 | 92,215.23 |
| Vanguard Funds | 151,294.10 | 198,889.45 |
| Fidelity Funds | 432,534.08 | 666,986.84 |
| John Hancock | 66,597.19 | 92,917.52 |
| Van Wagoner | 41,460.96 | 34,335.91 |
| Prudential Securities | 135,303.74 | 158,460.57 |
| Assets as of December 31 | $1,004,533.44 | $1,322,437.10 |
| Employer Contribution Receivable | 120,000.00 | 111,000.00 |
| Employer Over Deposit | (21.75) | 0.00 |
| 415 Excess | (165.00) | (1,904.83) |
| Adjusted Assets as of December 31 | $1,124,346.69 | $1,431,532.27 |
| **Target Pension Rollover Account** | | |
| Peoples Money Market A/C | $    3,372.00 | $    8,161.39 |
| Fidelity Equity Income II | 141,196.48 | 182,953.11 |
| Robertson Stevens Contrarian | 88,961.86 | 97,609.06 |
| Fidelity Income Trust | 2,627.02 | 0.00 |
| Vanguard 500 | 145,079.01 | 193,259.42 |
| Krupps | 22,556.00 | 21,231.60 |
| Assets as of December 31 | $  403,792.37 | $  503,214.58 |
| | | |
| **Total Plan Assets** | $1,528,139.06 | $1,934,746.85 |

## ASSETS:

### 401(k)/Match Account

| | 12-31-97 |
|---|---|
| Vanguard Money Market | $    7,979.24 |
| Vanguard Intermediate Bond | 3,269.90 |
| Vanguard Index 500 Portfolio | 48,938.09 |
| Vanguard Primecap Fund | 54,845.01 |
| Vanguard Windsor II Fund | 21,891.78 |
| Assets as of December 31, 1997 | $  136,924.02 |
| 401(k) Receivable Contribution | 19,728.49 |
| Match Receivable | 18,230.62 |
| Less 415 Excess | (8,558.66) |
| Total Balances as of December 31, 1997 | $   166,324.47 |

4



 **PENSION CONSULTANTS**

KARIN H. ROCHE
President

MICHAEL J. ROACH
Vice President

May 5, 1999                                    **PERSONAL & CONFIDENTIAL**

Karen Coan
K.L.C., Inc.
433 New Park Avenue
West Hartford, CT 06110

Re: Annual Update

Dear Karen:

The annual update for the period ending December 31, 1998 has been completed. Enclosed for your review are the following items.

- Individual Participant Statements
- Summaries of Accounts, representing the quarter (10/1/98-12/31/98) and year to date (1/1/98-12/31/98)
- Census Verification

The update was completed based on the following Employer contributions to the plan:

- Profit Sharing      $120,000.00
- Employer Match       20,154.15

The profit sharing contribution has already been deposited in full. However, since the Vanguard funds have already been liquidated, we have not enclosed a breakdown by fund since we are unsure how your new carrier will want to handle the deposit.

Rachel Mirabel was paid her vested balances from both the Profit Sharing and Rollover accounts during 1998. However, a portion of her vested rollover was paid from profit sharing assets. You should transfer $1,947.69 from the rollover assets to the Profit Sharing assets in-order to "true-up" the account balances.

Also, $35.70 was paid to James Ashworth from the Profit Sharing assets when it was actually 401(k) dollars. You should have this amount transferred from 401(k) assets to the profit sharing assets as well.

In accordance with the plan document in effect for the 1998 plan year, terminated participants may receive their 401(k) account on the anniversary date following termination. They will be paid the Profit Sharing and Match balance following a 5 year break-in-service.

Page 2

April 28, 1999
K.L.C., Inc.


The following terminated participants are eligible to be paid their 401(k) account balances:

| | |
|---|---|
| Nancy Craft-Micelli | $   103.63 |
| Subramanam Viswanathan | $2,604.83 |


James Ashworth retired in 1998 and received a contribution of $941.70.  He can be paid this balance.

Forms have not been enclosed, because the new carrier will probably want to provide their own.

Your plan did not pass the ADP/ACP Tests for the 1998 plan year.  As a corrective measure, refunds of excess contributions plus earnings were made.

Karen, once you have had a chance to review everything, we can discuss how to transition the balances. In the meantime if you have any questions, just call.


Sincerely,

Jill A. Mazur
Consultant


JAM:am

Encl.