*Karen Coan's worksheet*

*Karen's handwriting*

# KLC, INC. PROFIT SHARING ACCOUNT DISTRIBUTION FACTORS

14,853.24                                     ML Payouts

| Name | | | Factor | | |
|---|---|---|---|---|---|
| Paula Amazeen | 129,595.54 | 949.49 | .063925 | 130,545.03 | ✓ |
| Cheryl Asal | 35,093.04 | 269.80 | .018165 | 35,362.84 | ✓ |
| James Ashworth | 731.27 | 6.03 | .000406 | 737.30 | ✓ |
| Albert Barre | 27,295.67 | 225.68 | .015194 | 27,521.35 | ✓ |
| Theresa Belniak | 32,126.59 | 254.52 | .017136 | 32,381.11 | ✓ |
| Yvette Champagnie | 45,045.66 | 347.47 | .023394 | 45,393.13 | ✓ |
| Chantale Champaigne | 18,287.03 | 151.19 | .010179 | 18,438.22 | |
| Richard Ciralli | 7,080.07 | 58.54 | .003941 * | 7,138.61 | |
| John Coastes | 13,592.07 | 112.38 | .007566 | 13,704.45 | ✓ |
| Nancy Craft-Miceli | 803.16 | 6.63 | .000447 * | 809.79 | |
| Carmela D'Alfonso | 32,249.15 | 250.45 | .016862 | 32,499.60 | ✓ |
| Marguerite Finn | 59,660.21 | 438.27 | .029507 | 60,098.48 | ✓ |
| Barry Hannen | 20,849.38 | 172.37 | .011605 | 21,021.75 | |
| Grissela Hernandez | 431.43 | 3.56 | .000240 * | 434.99 | |
| Russell Jones | 3,738.75 | 30.90 | .002081 * | 3,769.65 | |
| Alan Kaufman (3176.75) | 612,928.30 | 3418.72 | .230157 | 613,170.07 | ✓ |
| Todd Kaufman | 80,434.83 | 605.00 | .044772 | 81,099.83 | ✓ |
| Shalbie Kennedy | 5,740.28 | 47.46 | .003195 * | 5,787.74 | |
| Donna Langdo | 5,454.75 | 45.09 | .003036 | 5,499.84 | |
| Edgar Lee (3176.74) | 612,332.80 | 3417.76 | .230106 | 612,573.82 | ✓ |
| Mary Lee | 4,567.89 | 37.77 | .002543 * | 4,605.66 | |
| Wukkuan Kee | 23,680.49 | 195.78 | .013181 * | 23,876.27 | |
| Diane Levy | 74,079.81 | 567.65 | .038218 | 74,647.46 | ✓ |
| James Mager | 84,114.23 | 695.42 | .046820 | 84,809.65 | ✓ |
| Maribeth Mecca | 12,683.50 | 104.85 | .007059 | 12,787.35 | ✓ |
| Jodi Miceli | 1,332.27 | 11.02 | .000742 | 1343.29 | ✓ |
| Pina Michalowski | 23,900.24 | 197.60 | .013304 | 24,097.84 | ✓ |
| Lisa Murdock | 2,034.13 | 16.81 | .001132 | 2050.94 | |
| Lisa O'connell | 597.82 | 4.94 | .000333 | 602.76 | |
| Lynn Randall | 70,648.51 | 559.14 | .037645 | 71,207.65 | ✓ |
| Haroon Saghian | 39,938.10 | 330.19 | .022231 | 40,268.29 | ✓ |
| Linda Santini | 478.81 | 3.96 | .000267 | 482.77 | ✓ |
| Mark Schumann | 2,620.07 | 21.65 | .001458 | 2,641.72 | ✓ |
| Ari Shell | 3,109.59 | 25.71 | .001731 | 3,135.30 | ✓ |
| Julia Snyder | 13,259.28 | 109.61 | .007380 | 13,368.89 | ✓ |
| Gregory Stopka | 12,624.40 | 104.37 | .007027 * | 12,728.77 | ✓ |
| Angela Tarpinian | 3,660.54 | 30.27 | .002038 * | 3,690.81 | ✓ |
| Subbramanam Viswanathan | 631.61 | 5.23 | .000352 | 636.84 | ✓ |
| Karen Coan | 134,541.63 | 960.16 | .064625 | 135,501.79 | ✓ |
| Total | | | 1.000000 | | |

✓ 2,251,971.90    ✓ 14,853.24    ✓ 2,260,471.65