

# PENSION CONSULTANTS

**EDWARD E. FISHMAN**
  Chairman of the Board

**KARIN H. ROCHE**
  President

**JOHN F. LANGHANS**
  Vice President and Actuary

July 5, 1991

Alan H. Kaufman, President
K.L.C., Inc.
433 New Park Avenue
West Hartford, CT  06110

Dear Mr. Kaufman:

Enclosed is FORM 5500-C/R, Schedule SSA and Schedule P for your Profit Sharing Plan for the Plan Year which ended December 31, 1990.

There is an item which needs your attention:

<u>Schedule SSA</u>:

Item #5(a)        Check the Social Security Number for each participant listed on the SSA.

Please review the forms for accuracy and date and sign the forms where indicated:

1. On the first page of FORM 5500-C/R.
2. Schedule P.
3. Schedule SSA.

Mail the entire set of forms to Internal Revenue Service so that it reaches them by the due date which is <u>July 31, 1991</u>. An envelope is included for your convenience.

If you have any questions please don't hesitate to call.

                                        Sincerely,

                                        Karin H. Roche

KHR:sjr
Encl.

## SUMMARY ANNUAL REPORT (SAR)

### For the Plan Year Ending December 31, 1990

This is a summary of the **K.L.C., Inc. Profit Sharing Plan** Annual Report. The Annual Report has been filed with the IRS, as required by law.

Benefits under the Plan are provided through contributions by your Employer to the Trust Fund, as well as earnings on the assets of the Trust. Plan expenses for the Plan Year were **$0**, which includes **$0** for administration, **$0** to cover payments to Participants and Beneficiaries and **$0** for miscellaneous expenses. A total of 16 persons were Participants in the Plan as of the last day of the Plan Year.

The value of the Plan's assets as of December 31, 1990, the last day of the Plan Year was **$245,474**, as compared to **$197,156** on the first day of the Plan Year, January 1, 1990.

The Plan had total income of **$48,318**, including **$35,269** from Employer contributions, **$0** from sale of Plan assets and **$13,049** from Plan investment.

## YOUR RIGHT TO ADDITIONAL INFORMATION

As a Participant or beneficiary, you have the legally protected right to examine the full Annual Report, or any part thereof, at any time. The Administrator has the right to charge for reasonable copying expenses if you request copies. The items listed below are included in the Annual Report:

1. Accountant's Report, if any
2. Assets held for investment
3. Transactions between the Plan and parties in interest
4. Transactions involving more than 3% of Plan assets
5. Insurance information, including commissions paid, if applicable
6. Actuarial information regarding the funding of the plan, if applicable

The Annual Report, or parts thereof, may be obtained from:

K.L.C., Inc.
433 New Park Avenue
West Hartford, CT  06110
Tel: (203) 233-3663

You are entitled to obtain from the Plan Administrator a list of the Plan's assets and liabilities, including a statement of income and expenses.

You also have a legally protected right to obtain, upon payment of copying costs, a copy from the Department of Labor. Requests should be sent to:

Public Disclosure, Room N4677
Pension and Welfare Benefit Programs
Department of Labor
200 Constitution Avenue N.W.
Washington, DC  20216