```
0001
 1                UNITED STATES DISTRICT COURT
                           for the
 2                   DISTRICT OF CONNECTICUT
 3    - - - - - - - - - - - - - - - - -X
 4    KAREN B. COAN,
 5                        PLAINTIFF,
 6           vs.                  301CV1737 (RNC)
 7    ALAN H. KAUFMAN and EDGAR W. LEE,
 8                        DEFENDANTS.
      - - - - - - - - - - - - - - - - -X
 9
10
11
12
13            D E P O S I T I O N
14            The deposition of DR. VAHAN JANJIGIAN was
15    taken pursuant to notice at the law offices of Day, Berry
16    & Howard, CityPlace, Hartford, Connecticut, before
17    Viktoria V. Stockmal, license #00251, a notary public in
18    and for the State of Connecticut, on Wednesday, January
19    8, 2003, at 10:16 a.m.
20
21
22
23
24
25
```

```
0120
 1      A       I do not know that, no.
 2      Q       If a plan were to engage a professional
 3  investment manager, there would be some form of fee that
 4  would traditionally have to be paid to that manager to
 5  manage the assets, correct?
 6      A       Correct.
 7      Q       And for an investment retirement plan of
 8  this size, Dr. Janjigian, what would the normal fee be
 9  for managing these assets, managing the investments of
10  these assets?
11      A       I would say --
12      Q       On an annual basis?
13      A       I would say somewhere around one to one and
14  a half percent.
15      Q       So if the plan went out and hired our
16  hypothetical prudent investment manager, we would have
17  to, wouldn't we, at some level, account for this 1
18  percent, 2 percent kind of charge that an investment
19  manager would normally charge over that period in
20  assessing the results that were achieved?
21              MR. MOUKAWSHER:  Objection, form.
22  BY MR. DOWD:
23      Q       Do you understand my question?
24      A       No.  Say it again?
25      Q       Isn't it appropriate, when we are assessing
```

```
0121
 1   the performance of the plan, to take account of the
 2   savings that Mr. Kaufman and Mr. Lee achieved by not
 3   engaging and paying a professional asset manager a point
 4   or two a year for his or her advice?
 5               MR. MOUKAWSHER:  Objection, form.
 6   And just to simplify it, I think the witness testified
 7   that it was one to one and a half percent if --
 8   correct me if I'm wrong.
 9               THE WITNESS:  That's correct.
10               MR. MOUKAWSHER:  That's loaded into
11   the question.
12   BY MR. DOWD:
13      Q    I didn't mean to misrepresent so I will
14   rephrase the question, Dr. Janjigian.
15               If you were looking at this investment
16   performance, isn't it appropriate to take account of the
17   fact that Mr. Kaufman and Mr. Lee saved the plan one
18   percent to one and a half percent a year by virtue of the
19   fact that they managed these assets themselves and did
20   not engage a professional manager?
21      A    I would answer that by saying it depends on
22   what you're comparing this performance to.  If you are
23   comparing the performance to the 60/40 model that I've
24   come up with here, you would do it on gross of fees
25   because these are indexes and there are no fees involved.
```

```
0122
 1   If you are going to compare a performance to the
 2   performance that could have been achieved by outsourcing
 3   the plan to some professional manager, then you should
 4   take those fees into consideration, yes.
 5        Q    Let me ask it a different way:  If
 6   Mr. Kaufman and Mr. Lee engaged an investment manager
 7   over the entire course of this plan's existence and they
 8   paid that investment manager one and a half percent per
 9   year as a fee for providing investment advice, you
10   wouldn't believe that to be an imprudent course of
11   action; would you?
12        A    No, I wouldn't.
13        Q    Dr. Janjigian, do you understand that there
14   will be, perhaps, likely be a trial in this matter at
15   some point?
16        A    I understand that's possible, yes.
17        Q    Do you understand that if there is a trial
18   that there will be an interest in having you appear
19   personally to testify at the trial?
20        A    Yes.
21        Q    And do you understand that it's important
22   for you to make every effort possible to appear and
23   testify personally at a trial if you are asked to do so?
24        A    Yes.
25        Q    As you sit here today, sir, would it be your
```