## SECTION II

THE TERMINATED TARGET BENEFIT PENSION PLAN

K.L.C., INC.
TARGET BENEFIT PENSION PLAN
SUMMARY OF ACCOUNTS

*handwritten note: 3/31/92 (circled)*

| ACCOUNT NUMBER | NAME | ACC. BAL. ON 1/01/92 | EXPENSES GAINS/LOSSES | CONTRIBUTIONS | FORFEITURES | DISTRIBUTIONS | ACC. BAL. ON 12/31/92 | VESTED PERCENTAGE | VESTED INTEREST |
|---|---|---|---|---|---|---|---|---|---|
| ER 1 | PAULA J. AMAZEEN (Continuing Participant, Compensation: Curr=$0.) | $6071.21 | $817.39 | $0.00 | | $0.00 | $6888.60 | 100% | $6888.60 |
| ER 2 | JAMES ASHWORTH (Continuing Participant, Compensation: Curr=$0.) | $36921.12 | $5062.82 | $0.00 | | $0.00 | $41983.94 | 100% | $41983.94 |
| ER 22 | THERESA M. BELMIAK (Continuing Participant, Compensation: Curr=$0.) | $542.00 | $84.24 | $0.00 | | $0.00 | $626.24 | 100% | $626.24 |
| ER 4 | CHERYL A. BIANCHI (Continuing Participant, Compensation: Curr=$0.) | $999.82 | $148.28 | $0.00 | | $0.00 | $1148.10 | 100% | $1148.10 |
| ER 5 | ANTHONY CALIBEY (New Participant, Compensation: Curr=$0.) | | | | | | | | |
| ER 19 | CHRISTINA M. CANTO (Term. w/3 year(s) Break in Serv., Compensation: Curr=$0.) | $146.98 | $9.58 | $0.00 | | $0.00 | $156.56 | 100%/100% | $156.56 |
| ER 26 | CHANTALE L. CHAMPAIGNE (New Participant, Compensation: Curr=$0.) | | | | | | | | |
| ER 20 | MORRIS CRANE (Term. w/3 year(s) Break in Serv., Compensation: Curr=$0.) | $733.74 | $101.24 | $0.00 | | $0.00 | $834.98 | 100%/100% | $834.98 |
| ER 7 | CARMELA J. D'ALFONSO (Continuing Participant, Compensation: Curr=$0.) | $793.33 | $119.93 | $0.00 | | $0.00 | $913.26 | 100% | $913.26 |
| ER 8 | MARGUERITE FINN (Continuing Participant, Compensation: Curr=$0.) | $2739.48 | $365.61 | $0.00 | | $0.00 | $3105.09 | 100% | $3105.09 |
| ER 9 | NANCY L. FRAZIER (Term. w/2 year(s) Break in Serv., Compensation: Curr=$0.) | $192.91 | $15.84 | $0.00 | | $0.00 | $208.75 | 100%/100% | $208.75 |
| ER 10 | YVETTE M. HAGINS (Continuing Participant, Compensation: Curr=$0.) | $1243.27 | $165.76 | $0.00 | | $0.00 | $1409.03 | 100% | $1409.03 |
| ER 11 | ALAN H. KAUFMAN (Continuing Participant, Compensation: Curr=$0.) | $81884.09 | $11242.49 | $0.00 | | $0.00 | $93126.58 | 100% | $93126.58 |

15

K.L.C., INC.
TARGET BENEFIT PENSION PLAN
SUMMARY OF ACCOUNTS

| ACCOUNT NUMBER | NAME ACC. BAL. ON 1/01/92 | EXPENSES GAINS/LOSSES | CONTRIBUTIONS | FORFEITURES | DISTRIBUTIONS | ACC. BAL. ON 12/31/92 | VESTED PERCENTAGE | VESTED INTEREST |
|---|---|---|---|---|---|---|---|---|
| 30 | TODD A. KAUFMAN (New Participant, Compensation: Curr=$0.) | | $0.00 | | | | | |
| 13 ER | EDGAR W. LEE (Continuing Participant, Compensation: Curr=$0.) $81679.08 | $11212.67 | $0.00 | $0.00 | $0.00 | $92891.75 | 100% | $92891.75 |
| 14 ER | DIANE O. LEVY (Continuing Participant, Compensation: Curr=$0.) $2221.90 | $309.14 | $0.00 | $0.00 | $0.00 | $2531.04 | 100% | $2531.04 |
| 15 ER | RACHEL S. MIRABEL (Continuing Participant, Compensation: Curr=$0.) $4468.34 | $619.83 | $0.00 | $0.00 | $0.00 | $5088.17 | 100% | $5088.17 |
| 24 | PINA M. POSELLI (New Participant, Compensation: Curr=$0.) | | $0.00 | | | | | |
| 6 ER | LYNN C. RANDALL (Continuing Participant, Compensation: Curr=$0.) $1243.27 | $165.76 | $0.00 | $0.00 | $0.00 | $1409.03 | 100% | $1409.03 |
| 25 | HAROON SAGHIAN (New Participant, Compensation: Curr=$0.) | | $0.00 | | | | | |
| 17 ER | KAREN WILLIAMS (Continuing Participant, Compensation: Curr=$0.) $7580.64 | $1030.11 | $0.00 | $0.00 | $0.00 | $8610.75 | 100% | $8610.75 |
| 1 ER | COMPANY TOTALS $229461.18 | $31470.69 | $0.00 | $0.00 | $0.00 | $260931.87 | | $260931.87 |

| ENTIRE COMPANY | Employees | Total compensation |
|---|---|---|
| Eligible for cont | 18 | $0.00 |
| Inactives (no cont) | 3 | $0.00 |
| Ineligibles | 2 | $0.00 |
| Total | 23 | $0.00 |

16

## SUMMARY OF FINANCIAL ACTIVITY

| | |
|---|---:|
| Assets as of January 1, 1992 | $163,274.18 |
| Contribution Due for Plan Year Ending December 31, 1991 (paid 9-10-92) | 66,187.00 |
| Investment Gain during Plan Year | 31,470.69 |
| Assets Available for Distribution as of March 31, 1993 | $260,931.87 |

## SECTION III
### ITEMS FOR DISCUSSION

1. The plans continue to be Top Heavy since 65.3% of the combined plan assets are allocated to the Key Employees. We are including Alan Kaufman, Todd Kaufman and Ed Lee as Key Employees. Are there any other officers or owners we should be including in this group?

2. You elected to make a contribution of $80,000 to the Profit Sharing Plan for 1992. You could add either an Age-Weighted Allocation Formula or an Integrated Allocation Formula to this plan now that the Target Pension Plan is terminated. The new allocation formula should be adopted for the 1993 plan year to give you more leverage in the contribution. When deciding you should note that compensation for 1994 will be limited to $150,000.

3. The plan had five new participants in 1992:

   Anthony Calibey          Chantale Champaigne
   Todd Kaufman             Pina Poselli
   Haroon Saghian

   Please be sure each of them receives a copy of the Summary Plan Description (changed July 1990) and complete the Beneficiary Designation Forms we have enclosed.

4. The Profit Sharing Plan assets earned 9.25% in 1992 this compares with prior years as follows:

   | 1988  | 1989  | 1990  | 1991  |
   |-------|-------|-------|-------|
   | -4.5% | 11.9% | 7.98% | 9.24% |



18

5. The IRS approved the termination of the Target Pension Plan on January 25, 1993. As of March 31, 1993, all the active participants elected to have their account balances transferred to the Profit Sharing Plan. The amount transferred was $259,731.58. Are you investing this money separately? The three terminated participants were sent checks for their account values as follows:

   | | |
   |---|---|
   | Christina Canto | $   156.56 |
   | Morris Crane | 834.98 |
   | Nancy Frazier | 208.75 |
   | | $1,200.29 |

   The total amount distributed from the terminated plan was $260,931.87. A breakdown by participants is shown in the Summary of Accounts.

6. The plan's Fidelity Bond should cover 10% of plan's assets or at least $65,000. You may want to increase the bond to $100,000 since it is a three year bond.

19