UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KAREN B. COAN, Individually and on behalf of the K.L.C. Inc 401(k) Profit Sharing Plan, | : : : | CIVIL ACTION NO. 3:01CV1737 (MJK) |
| Plaintiffs, | : : | |
| v. | : : | |
| ALAN H. KAUFMAN, ET AL., | : : | |
| Defendants. | : | OCTOBER 15, 2003 |

## AFFIDAVIT OF WARREN F. MULHERN

STATE OF CONNECTICUT)
                      ) ss: Hartford
COUNTY OF HARTFORD  )

      BEFORE ME, the undersigned authority, personally appeared Warren F. Mulhern, who, first being duly sworn, deposes and states:

1. I am over the age of eighteen (18) years, and believe in the sanctity of an oath.

2. I am a Senior Consultant and Vice President – Due Diligence at Advest, Inc. I have over twenty-two years' experience in an investment advisory capacity with various Wall Street firms.

3. I was asked by the defendants in this case, Alan Kaufman and Edgar Lee, to review and comment on the report prepared by Vahan Janjigian, titled "The Asset Allocation, Diversification and Performance of the K.L.C. 401(k) Pension/Rollover Fund and Profit Sharing Fund, 1998 to 2001." Specifically, among other things, I was asked to comment on Dr. Janjigian's evaluation of the defendants' performance as trustees for those Funds, both prior to the acquisition of K.L.C., Inc. in 1998 and subsequently. My conclusions are set forth in the

report titled "Observations of and Opinions on The Asset Allocation, Diversification and Performance of the K.L.C. 401(k) Pension/Rollover Fund and Profit Sharing Fund, 1998 to 2001," attached hereto as Exhibit 1.

4. As part of my preparation, I reviewed materials provided to me by defense counsel, including but not limited to documents detailing the historical rates of return for the two Funds from 1992 through 1998. These documents, copies of which are attached hereto as Exhibit 2, were prepared by a third-party administrator for K.L.C., Inc.

5. From my examination of the documents attached hereto as Exhibit 2, I was able to calculate the consolidated rate of return for the Funds during the time period 1992 through 1998. As set forth in Table I to my report, Exhibit 1 hereto, this consolidated rate of return exceeded the rate of return of the California Public Employees Retirement System ("CalPERS") by 4.9 percent between 1992 and 1998 – an average of 70 basis points, or .7 percent, per year.

FURTHER AFFIANT SAYETH NOT

_____
Warren F. Mulhern

The foregoing instrument was sworn to and subscribed before me this 15th day of October, 2003, by Warren F. Mulhern, who is personally known to me.

_____
**NOTARY PUBLIC**

Print Name: Patricia L. Lazeren

My commission expires: 06/30/08