# ITEMS FOR DISCUSSION

1. <u>Financial History of your Plan</u>

   |      | Rate of Return | | | Contribution | |
   |------|--------|----------------|----------------|----------------|----------------|
   |      | 401(k) | Profit Sharing | Target Rollover | Profit Sharing | Employee 401(k) |
   | 1996 | .09%   | 12.2%          | 12.0%          | $120,000       | $33,458.25     |
   | 1995 | N/A    | 22.7%          | 26.1%          | 120,000        | N/A            |
   | 1994 | N/A    | -0.6%          | -0.1%          | 120,000        | N/A            |
   | 1993 | N/A    | 13.8%          | 13.6%          | 90,000         | N/A            |
   | 1992 | N/A    | 9.3%           | 10.2%          | 80,000         | N/A            |
   | 1991 | N/A    | 9.3%           | 8.8%           | 8,234          | N/A            |

2. The required Fidelity Bond for your plan should cover at least 10% of the plan's total assets or $200,000. Our current records indicate a bond of $150,000 with the Hartford.

3. Barry Hannen and Shelbie Kennedy became participants in the plan during this plan year. You should give them copies of the Summary Plan Description and have them complete Beneficiary Designation Forms. Note that the spouse must be named as the primary beneficiary unless the spouse provides written, notarized consent to the designation of another primary beneficiary. Please be sure all Participants receive a copy of the new Summary Plan Description.

4. Your plan is not Top Heavy as 55.4% of the plan assets are owned by the Key Employees. The Key Employees include Edgar Lee, William Lee, Alan Kaufman and Todd Kaufman. Please notify us of any new Key Employees (owners or officers).

   For the 1997 plan year, the plan will remain not Top Heavy as 56.6% of the assets are attributed to the same four Key Employees.

5. Your plan passed the 70% coverage test as all 17 eligible non-Highly Compensated employees benefited and all 5 Highly Compensated employees benefited.

## ITEMS FOR DISCUSSION

1. <u>Financial History of your Plan</u>

|  | Rate of Return | | | Contribution | | |
|---|---|---|---|---|---|---|
|  | *401(k) | Profit Sharing | Target | Profit Sharing | Match | 401(k) |
| 1997 | N/A | 21.2% | 24.6% | $111,000 | $18,230.62 | $97,252.20 |
| 1996 | .09% | 12.2% | 12.0% | 120,000 |  | 33,458.25 |
| 1995 | N/A | 22.7% | 26.1% | 120,000 |  | N/A |
| 1994 | N/A | -0.6% | -0.1% | 120,000 |  | N/A |
| 1993 | N/A | 13.8% | 13.6% | 90,000 |  | N/A |

|  | Money Market | Intermediate Bond | Index 500 | Primecap | Windsor II |
|---|---|---|---|---|---|
|  | 5.4% | 9.4% | 33.19% | 36.79% | 32.37% |

2. The required Fidelity Bond for your plan should cover at least 10% of the plan's total assets or $211,000. Our current records indicate a bond of $150,000 with the Hartford which is no longer sufficient. You may want to purchase a bond for $500,000.00. Please let us know the company you purchased it from and the amount of the bond.

3. Nancy Craft-Micelli, Jody Micelli, Lisa Murdock and Subramanam Viswanathan became participants in the plan during this plan year. You should give them copies of the Summary Plan Description and have them complete Beneficiary Designation Forms. Note that the spouse must be named as the primary beneficiary unless the spouse provides written, notarized consent to the designation of another primary beneficiary. Please be sure all Participants receive a copy of the new Summary Plan Description.

4. Your plan is not Top Heavy as 56.6% of the plan assets are owned by the Key Employees. The Key Employees include Edgar Lee, William Lee, Alan Kaufman and Todd Kaufman. Please notify us of any new Key Employees (owners or officers).

   For the 1998 plan year, the plan will remain not Top Heavy as 56.6% of the assets are attributed to the same four Key Employees.

6

## 1992 SUMMARY OF FINANCIAL ACTIVITY

| | |
|---|---:|
| Assets as of January 1, 1992 | $267,478.28 |
| Contribution Due for Plan Year Ending December 31, 1991 (paid 9-10-92) | 8,234.00 |
| Adjusted Assets as of January 1, 1992 | $275,712.28 |
| Investment Gain during the Plan Year | 24,969.32 |
| Assets as of December 31, 1992 | $300,681.60 |
| Employer Contribution Due for Plan Year Ending December 31, 1992 (paid 3-12-93) | 80,000.00 |
| Total Assets as of December 31, 1992 | $380,681.60 |

Asset gain from January 1, 1992 to December 31, 1992 = 9.25%

13

## SUMMARY OF FINANCIAL ACTIVITY

| | |
|---|---:|
| Assets as of January 1, 1992 | $163,274.18 |
| Contribution Due for Plan Year Ending December 31, 1991 (paid 9-10-92) | 66,187.00 |
| Investment Gain during Plan Year | 31,470.69 |
| Assets Available for Distribution as of March 31, 1993 | $260,931.87 |

## 1993 SUMMARY OF FINANCIAL ACTIVITY

|  | Profit Sharing Plan | Rollover Account |
|---|---:|---:|
| Assets as of January 1, 1993 | $300,681.60 | $260,931.87 |
| Contribution Due for Plan Year Ending December 31, 1992 | 80,000.00 | 0.00 |
| Adjusted Assets as of January 1, 1993 | $380,681.60 | $260,931.87 |
| Investment Gain during the Plan Year | 50,126.61 | 26,411.13 |
| Distributions to Participants | 0.00 | (1,200.29)* |
| Assets as of December 31, 1993 | $430,808.21 | $286,142.71 |
| Employer Contribution Due for Plan Year Ending December 31, 1993 | 90,000.00 | 0.00 |
| Total Assets as of December 31, 1993 | $520,808.21 | $286,142.71 |
| Rate of Return | 13.8% | 13.6% |

*Distributions Paid:   $ 208.75 paid 4-21-93 - N. Frazier
                          156.56 paid 4-21-93 - C. Burton
                          834.98 paid 4-21-93 - M. Crane
                       $1,200.29

14

# SUMMARY OF ASSETS AND FINANCIAL ACTIVITY

ASSETS:

|  | 1993 | 1994 |
|---|---|---|
| **Profit Sharing Plan** | | |
| Peoples Money Market A/C | $ 2,672.64 | $ 4,843.98 |
| MFS Intermediate Fund | 21,421.23 | 19,793.23 |
| Twentieth Century Ultra Fund | 53,272.05 | 51,345.00 |
| Vanguard Specialty Portfolio | 69,289.63 | - |
| Vanguard PrimeCap | - | 73,334.43 |
| Fidelity Asset Manager | 112,292.18 | - |
| Fidelity Value | - | 43,948.24 |
| Fidelity Value | - | 39,669.28 |
| Fidelity Trust | - | 63,613.93 |
| Fidelity Equity II | 171,860.48 | 177,293.37 |
| John Hancock Regional Bank | | 36,125.47 |
| Assets as of December 31 | $430,808.21 | $509,966.93 |
| Employer Contribution Receivable | 90,000.00 | 120,000.00 |
| Adjusted Assets as of December 31 | $520,808.21 | $629,966.93 |
| | | |
| **Target Pension Rollover Account** | | |
| Fidelity Equity II | $ 91,225.01 | $ 94,108.83 |
| Fidelity Asset Manager | 78,976.78 | - |
| Fidelity Trust | - | 75,994.96 |
| Vanguard 500 | 84,925.71 | 85,914.30 |
| Krupps | 31,015.21 | 29,939.00 |
| Assets as of December 31 | $286,142.71 | $285,957.09 |
| | | |
| **Total Plan Assets** | $806,950.92 | $915,924.02 |

1994 SUMMARY OF FINANCIAL ACTIVITY:

|  | Profit Sharing | Rollover |
|---|---|---|
| Assets as of January 1, 1994 | $430,808.21 | $286,142.71 |
| 12-31-93 Contribution Due | 90,000.00 | 0.00 |
| Adjusted Assets as of January 1, 1993 | $520,808.21 | $286,142.71 |
| Investment Gain/Loss during the Plan Year | (2,671.01) | (185.62) |
| Distributions to Participants (B. Behrens, 3-16-94) | (8,170.27) | 0.00 |
| Assets as of December 31, 1994 | $509,966.93 | $285,957.09 |
| 1994 Employer Contribution Receivable | 120,000.00 | 0.00 |
| | $629,966.93 | $285,957.09 |
| | | |
| Rate of Return | -0.6% | -0.1% |

11

## 1995 SUMMARY OF FINANCIAL ACTIVITY:

|  | Profit Sharing | Rollover |
|---|---|---|
| Assets as of January 1, 1995 | $509,966.93 | $285,957.09 |
| 12-31-94 Contribution Due | 120,000.00 | 0.00 |
| Adjusted Assets as of January 1, 1995 | 629,966.93 | 285,957.09 |
| Investment Gain/Loss during the Plan Year | 136,581.74 | 74,575.28 |
| Distributions to Participants* | (2,925.11) | 0.00 |
| Assets as of December 31, 1995 | 763,623.56 | 360,532.37 |
| 1995 Employer Contribution Receivable | 120,000.00 | 0.00 |
|  | $ 883,623.56 | $ 360,532.37 |
| Rate of Return | 22.7% | 26.1% |

\*   C. Burton    4-14-95    $   777.06
    M. Crane     3-15-95    $2,148.05
                            $2,925.11

5

## 1996 SUMMARY OF FINANCIAL ACTIVITY:

|  | Profit Sharing | Rollover |
|---|---|---|
| Assets as of January 1, 1996 | $ 763,623.56 | $ 360,532.37 |
| 12-31-95 Contribution Due | 120,000.00 | 0.00 |
| Adjusted Assets as of January 1, 1996 | $ 883,623.56 | $ 360,532.37 |
| 12-31-96 Employee Deferrals | 33,480.00 | 0.00 |
| Investment Gain/Loss during the Plan Year | 103,540.14 | 43,260.00 |
| Distributions to Participants* | (16,110.26) | 0.00 |
| Assets as of December 31, 1996 | $1,004,533.44 | $ 403,792.37 |
| 1996 Employer Over Deposit | (21.75) | 0.00 |
| 1996 Employer Contribution Receivable | $ 120,000.00 | $ 0.00 |
| Adjusted Assets as of December 31, 1996 | $1,124,511.69 | $ 403,792.37 |
| Rate of Return | 12.2% | 12.0% |

* A. Calibey   06-24-96     $ 14,259.99
  N. Frazier   11-14-96     $ 1,850.27
                            $16,110.26

5

# SUMMARY OF ASSETS AND FINANCIAL ACTIVITY

## ASSETS:

|  | 1996 | 1997 |
|---|---:|---:|
| **Profit Sharing Plan** | | |
| Robertson Stevens | $ 64,291.48 | $ 78,631.58 |
| Peoples Money Market A/C  (Inc. 401(k)) | 36,335.31 | 0.00 |
| MFS Intermediate Fund | 0.00 | 0.00 |
| Twentieth Century Vista | 0.00 | 0.00 |
| Alger Capital Appreciation | 76,716.58 | 92,215.23 |
| Vanguard Funds | 151,294.10 | 198,889.45 |
| Fidelity Funds | 432,534.08 | 666,986.84 |
| John Hancock | 66,597.19 | 92,917.52 |
| Van Wagoner | 41,460.96 | 34,335.91 |
| Prudential Securities | 135,303.74 | 158,460.57 |
| Assets as of December 31 | $1,004,533.44 | $1,322,437.10 |
| Employer Contribution Receivable | 120,000.00 | 111,000.00 |
| Employer Over Deposit | (21.75) | 0.00 |
| 415 Excess | (165.00) | (1,904.83) |
| Adjusted Assets as of December 31 | $1,124,346.69 | $1,431,532.27 |
| **Target Pension Rollover Account** | | |
| Peoples Money Market A/C | $ 3,372.00 | $ 8,161.39 |
| Fidelity Equity Income II | 141,196.48 | 182,953.11 |
| Robertson Stevens Contrarian | 88,961.86 | 97,609.06 |
| Fidelity Income Trust | 2,627.02 | 0.00 |
| Vanguard 500 | 145,079.01 | 193,259.42 |
| Krupps | 22,556.00 | 21,231.60 |
| Assets as of December 31 | $ 403,792.37 | $ 503,214.58 |
| **Total Plan Assets** | $1,528,139.06 | $1,934,746.85 |

## ASSETS:

### 401(k)/Match Account

|  | 12-31-97 |
|---|---:|
| Vanguard Money Market | $ 7,979.24 |
| Vanguard Intermediate Bond | 3,269.90 |
| Vanguard Index 500 Portfolio | 48,938.09 |
| Vanguard Primecap Fund | 54,845.01 |
| Vanguard Windsor II Fund | 21,891.78 |
| Assets as of December 31, 1997 | $ 136,924.02 |
| 401(k) Receivable Contribution | 19,728.49 |
| Match Receivable | 18,230.62 |
| Less 415 Excess | (8,558.66) |
| Total Balances as of December 31, 1997 | $ 166,324.47 |

4

Summary of Financial Activity

Rollover
Assets of January 1, 1998           503214.58
Distributions                        (91199.44)
Gains/Losses                         116859.95
                                     528875.09
                                     .28363023261

Profit Sharing
Assets as of January 1, 1998         1431532.27
1998 advance                         1904.83
Distributions                        (130099.52)
Gains/Losses                         399147.13
                                     1702484.71
Contribution Receivable              118095.14
                                     1820579.88

Profit Sharing
Assets as of January 1, 1998         1431532.27
1998 advance                         121904.83
Distributions                        (130099.52)
Gains/Losses                         279182.83
                                     1702520.41
Less advance - 1999                  (1904.83)
                                     1700615.58
                                     .21451959772

# SUMMARY OF ASSETS AND FINANCIAL ACTIVITY

**ASSETS:**

|  | 1996 | 1997 | 1998 |
|---|---|---|---|
| **Profit Sharing Plan** | | | |
| Robertson Stevens | $ 64,291.48 | $ 78,631.58 | 87917.78 |
| ~~Peoples Money Market A/C (Inc. 401(k))~~ *Checking* | 36,335.31 | 0.00 | 193045.22 |
| ~~MFS Intermediate Fund~~ Safeco Growth | 0.00 | 0.00 | 69611.63 |
| ~~Twentieth Century Vista~~ | 0.00 | ~~0.00~~ | |
| Alger Capital Appreciation | 76,716.58 | 92,215.23 | 125361.96 |
| Vanguard Funds | 151,294.10 | 198,889.45 | 263106.81 |
| Fidelity Funds | 432,534.08 | 666,986.84 | 724262.20 |
| John Hancock | 66,597.19 | 92,917.52 | 0.00 |
| Van Wagoner | 41,460.96 | 34,335.91 | 37341.20 |
| Prudential Securities | 135,303.74 | 158,460.57 | 199890.22 |
| Assets as of December 31 | $1,004,533.44 | $1,322,437.10 | 1702520.4 |
| Employer Contribution Receivable | 120,000.00 | 111,000.00 | 0.0 |
| Employer Over Deposit | (21.75) | 0.00 | |
| 415 Excess | (165.00) | (1,904.83) | (1909.8 |
| Adjusted Assets as of December 31 | $1,124,346.69 | $1,431,532.27 | 1700615.58 |
| **Target Pension Rollover Account** | | | |
| Peoples Money Market A/C | $ 3,372.00 | $ 8,161.39 | 7486.77 |
| Fidelity Equity Income II | 141,196.48 | 182,953.11 | 220827.98 |
| Robertson Stevens Contrarian | 88,961.86 | 97,609.06 | 124393.29 |
| Fidelity Income Trust | 2,627.02 | 0.00 | 3567.54 |
| Vanguard 500 | 145,079.01 | 193,259.42 | 156126.88 |
| Krupps | 22,556.00 | 21,231.60 | 18420.32 |
| Assets as of December 31 | $ 403,792.37 | $ 503,214.58 | 528875.09 |
| Total Plan Assets | $1,528,139.06 | $1,934,746.85 | 2351359.81 |

*trf. from 401k 35.70*
*f. from rollover 1947.69*
*of trf. to Profit Sharing (1947.69)*

**ASSETS:**

401(k)/Match Account

| | | 12-31-97 98 |
|---|---|---|
| Vanguard Money Market | | $ ~~7,979.24~~ 17254.10 |
| Vanguard Intermediate Bond | | ~~3,269.90~~ 6446.98 |
| Vanguard Index 500 Portfolio | | ~~48,938.09~~ 133261.99 |
| Vanguard Primecap Fund | | ~~54,845.01~~ 111509.77 |
| Vanguard Windsor II Fund | | ~~21,891.78~~ 57410.62 |
| Assets as of December 31, 1997 | | $ 136,924.02 315913.46 |
| 401(k) Receivable Contribution | | 19,728.49 9006.98 |
| Match Receivable | | 18,230.62 20154.15 |
| ~~Less 415 Excess~~ Overpayment - James Ashworth | | (8,558.66) 43.26 |
| Total Balances as of December 31, 1997 | | $ 166,324.47 345117.85 |

4

## 1997 SUMMARY OF FINANCIAL ACTIVITY:

|  | Profit Sharing | Rollover |
|---|---|---|
| Assets as of January 1, 1997  1322437.10 | $ ~~971,045.15~~ | $ ~~403,792.37~~ 503214.59 |
| 1997 Contribution Receivable 111000.00 | (21.75) | 0.00 |
| ~~Employer Over Deposit~~ | | 0.00 |
| ~~Less 415 Excess~~ - advance 1998 (1904.83) | ~~120,000.00~~ | |
| ~~12-31-96 Contribution Due~~ | | |
| Adjusted Assets as of January 1, 1997  1413532.27 | $ ~~1,091,023.40~~ | $ 403,792.37  503214.59 |
| Investment Gain/Loss during the Plan Year | 231,588.70 | 99,422.21  118807.64 |
| Distributions to Participants* | (175.00) | 0.00  (91199.44) |
| Assets as of December 31, 1997 | $1,322,437.10 | $ 503,214.58  530822.79 |
| Less 415 Excess - Advance 1998 | (1,904.83) | 0.00 |
| 1997 Employer Contribution Receivable | $  111,000.00 | $      0.00 |
| Assets as of December 31, 1997 | $1,4~~3~~<u>3</u>1,532.27 | $ 503,214.58 |
| Rate of Return | | |

### 401(k)/Match

|  |  |  |
|---|---|---|
| Beginning Balance as of 1/1/98 | | $ 33,323.29  166324.47 |
| 401(k) Contributions | | 86,082.37  102292.23 |
| Distributions | | 0.15  (1292.18) |
| Gains/Losses | | 17,518.51  18632.23 |
| Ending Balance as of 12/31/98 | | $136,924.02  315956.75 |
| 401(k) Receivable | | 19,728.49  9006.93 |
| Match Receivable | | 18,230.62  20154.15 |
| ~~Less 415 Excess~~ | | (8,558.66) |
|  | | $166,324.47  345117.88 |

Rollover
Mirabel (9858.13)
Asworth (81341.41)

PS
Mirabel (35489.16)
Asworth (94610.36)

Mirabel - PS paid 37436.85 (a/b 35489.16)
RO paid 7910.34 (a/b 9858.13)