# BlackRock Government Income Portfolio

## Investment Goal
The fund seeks current income consistent with the preservation of capital.

## Primary Investment Strategies
In pursuit of this goal, the fund manager invests primarily in the highest rated government and agency bonds in the ten to fifteen year maturity range. The fund normally invests at least 80% of its total assets in bonds and at least 65% of its total assets in obligations issued or guaranteed by the U.S. Government and its agencies. Securities purchased by the fund are rated in the highest rating category (AAA or Aaa) at the time of purchase by at least one major rating agency or are determined by the fund manager to be of similar quality.

The management team evaluates categories of the government/agency market and individual bonds within these categories. The manager selects bonds from several categories including: U.S. Treasuries and agency securities, commercial and residential mortgage-backed securities (including CMOs), asset-backed securities and corporate bonds. Securities are purchased for the fund when the manager determines that they have the potential for above-average current income. The fund measures its performance against the Lehman Mortgage/10 Year Treasury Index (the benchmark).

If a security falls below the highest rating, the manager will decide whether to continue to hold the security. A security will be sold if, in the opinion of the fund manager, the risk of continuing to hold the security is unacceptable when compared to the total return potential.

The fund manager will normally attempt to structure the fund's portfolio to have comparable duration to its benchmark. Duration, which measures price sensitivity to interest rate changes, is not necessarily equal to average maturity.

The fund manager may, when consistent with the fund's investment objective, use options or futures (commonly known as derivatives). The primary purpose of using derivatives is to attempt to reduce risk to the fund as a whole (hedge) but they may also be used to maintain liquidity, commit cash pending investment or to increase returns. The fund may also enter into interest rate trans-

### IMPORTANT DEFINITIONS

**Asset-Backed Securities:** Bonds that are backed by a pool of assets, usually loans such as installment sale contracts or credit card receivables.

**Bonds:** Debt obligations such as bonds and debentures, U.S. Government securities, debt obligations of domestic and foreign corporations, debt obligations of foreign governments and their political subdivisions, asset-backed securities, various mortgage-backed securities (both residential and commercial), other floating or variable rate obligations, municipal obligations and zero coupon debt securities.

**Collateralized Mortgage Obligations (CMO):** Are Bonds that are backed by cash flows from pools of mortgages. CMOs may have multiple classes with different payment rights and protections.

**Commercial Mortgage-Backed Securities (CMBS):** A fixed-income security that is backed by a mortgage loan or pools of loans secured by commercial property, not residential mortgages.

**Duration:** A mathematical calculation of the average life of a bond or bonds in a bond fund that serves as a useful measure of its price risk. Each year of duration represents an expected 1% change in the price of a bond for every 1% change in interest rates. For example, if a bond fund has an average duration of four years, its price will fall about 4% when interest rates rise by one percentage point. Conversely, the bond fund's price will rise about 4% when interest rates fall by one percentage point.

**Lehman Mortgage/10 Year Treasury Index:** An unmanaged index comprised of 50% allocation to the mortgage component of the Lehman Brothers Aggregate Index and a 50% allocation of the Merrill Lynch 10 year Treasury Index.

65 2

31

| IMPORTANT DEFINITIONS |
|---|
| **Maturity:** The date upon which debt securities are due to be repaid, that is, the date when the issuer generally must pay back the face amount of the security. |
| **Mortgage-Backed Securities:** Asset-backed securities based on a particular type of asset, a mortgage. There is a wide variety of mortgage-backed securities involving commercial or residential, fixed rate or adjustable rate mortgages and mortgages issued by banks or government agencies. |
| **Total Return:** A way of measuring fund performance. Total return is based on a calculation that takes into account income dividends, capital gain distributions and the increase or decrease in share price. |

actions as a hedging technique. In these transactions, the fund exchanges its right to pay or receive interest with another party for their right to pay or receive interest.

The fund can borrow money to buy additional securities. This practice is known as "leverage." The fund may borrow from banks or other financial institutions or through reverse repurchase agreements (under which the fund sells securities and agrees to buy them back at a particular date and price). The fund normally may borrow up to 33⅓% of the value of its total assets.

The fund may lend some of its securities on a short-term basis in order to earn extra income. The fund will receive collateral in cash or high quality securities equal to the current value of the loaned securities. These loans will be limited to 33⅓% of the value of the fund's total assets.

Should the Company's Board of Trustees determine that the investment objective of the fund should be changed, shareholders will be given at least 30 days notice before any such change is made.

## *Key Risks* Key Risks

While the fund manager chooses bonds he believes can provide above average current income, there is no guarantee that shares of the fund will not lose value. This means you could lose money.

A main risk of investing in the fund is interest rate risk. Typically, when interest rates rise, there is a corresponding decline in the market value of bonds such as those held by the fund.

The fund may make investments in residential and commercial mortgage-backed securities and other asset-backed securities. The characteristics of these mortgage-backed and asset-backed securities differ from traditional fixed income securities.

A main difference is that the principal on mortgage-or asset-backed securities may normally be prepaid at any time, which will reduce the yield and market value of these securities. Asset-backed securities and CMBS generally experience less prepayment than residential mortgage-backed securities. In periods of falling interest rates, the rate of prepayments tends to increase (as does price fluctuation) as borrowers are motivated to pay off debt and refinance at new lower rates. During such periods, reinvestment of the prepayment proceeds by the manager will generally be at lower rates of return than the return on the assets which were prepaid.

653

32

Certain asset-backed securities are based on loans that are unsecured, which means that there is no collateral to seize if the underlying borrower defaults. Other asset-based securities may not have the benefit of as much collateral as mortgage-backed securities.

Treasury obligations differ only in their interest rates, maturities and times of issuance. Obligations of U.S. Government agencies and authorities are supported by the full faith and credit of the United States. Others are supported by the right of the issuer to borrow from the Treasury, and others are supported only by the credit of the entity. No assurance can be given that the U.S. Government will provide financial support to its agencies and authorities if it is not obligated by law to do so.

The fund's use of derivative and interest rate transactions may reduce the fund's returns and/or increase volatility, which is defined as the characteristic of a security or a market to fluctuate significantly in price within a short period of time. Leverage is a speculative technique which may expose the fund to greater risk and increase its cost. Increases and decreases in the value of the fund's portfolio will be magnified when the fund uses leverage. The fund will also have to pay interest on its borrowings, reducing the fund's return.

Securities loans involve the risk of a delay in receiving additional collateral if the value of the securities goes up while they are on loan. There is also the risk of delay in recovering the loaned securities and of losing rights to the collateral if a borrower goes bankrupt.

The fund, like any business, could be affected if the computer systems on which it relies do not properly process information beginning on January 1, 2000. While Year 2000 issues could have a negative effect on the fund, BlackRock, the fund's investment adviser, is currently working to avoid such problems. BlackRock is also working with other systems providers and vendors to determine their systems' ability to handle Year 2000 problems. There is no guarantee, however, that systems will work properly on January 1, 2000. Year 2000 problems may also hurt issuers whose securities the fund holds or securities markets generally.

When you invest in this fund you are not making a bank deposit. Your investment is not insured or guaranteed by the Federal Deposit Insurance Corporation or by any bank or governmental agency.

654

33

### Risk / Return Information

The chart and table below give you a picture of the fund's long-term performance for Investor A Shares (in the chart) and for Investor A, B and C Shares (in the table). The information shows you how the fund's performance has varied year by year and provides some indication of the risks of investing in the fund. The table compares the fund's performance to that of the Lehman Mortgage/10 Year Treasury Index, a recognized unmanaged index of bond market performance. The chart and the table both assume reinvestment of dividends and distributions. As with all such investments, past performance is not an indication of future results. Sales charges are not reflected in the bar chart. If they were, returns would be less than those shown.

The performance for the period before Investor C Shares were launched is based upon performance for Investor B Shares of the fund. Investor C Shares were launched in February 1997.

As of 12/31 — Investor A Shares

**ANNUAL TOTAL RETURNS**

Best Quarter
Q2 '95: 6.92%

Worst Quarter
Q1 '96: -1.94%

| Year | Return |
|------|--------|
| 95 | 18.99 |
| 96 | 3.41 |
| 97 | 10.52 |
| 98 | 8.00 |

As of 12/31/98

**AVERAGE ANNUAL TOTAL RETURNS**

These returns assume payment of applicable sales charges.

| | 1 Year | 3 Years | Since Inception | Inception Date |
|---|---|---|---|---|
| Government Income, Inv B | 2.38% | 5.21% | 7.50% | 10/03/94 |
| Leh. Mtg./10 Yr. Tsy. | 9.86% | 7.57% | 10.03% | N/A* |

*For comparative purposes, the value of the index on 10/01/94 is used as the beginning value on 10/03/94.

### Expenses and Fees

As a shareholder you pay certain fees and expenses. Shareholder transaction fees are paid out of your investment and annual fund operating expenses are paid out of fund assets and are reflected in the fund's price.

This prospectus offers shareholders different ways to invest with three separate pricing options. You need to understand your choices so that you can choose the pricing option that is most suitable for you. With one option (Investor A Shares) you pay a one-

34

655

time front-end transaction fee each time you buy shares. The other options (Investor B and Investor C Shares) have no front-end charges but have higher on-going fees, which are paid over the life of the investment, and have a contingent deferred sales charge (CDSC) that you may pay when you redeem your shares. Which option should you choose? It depends on your individual circumstances. You should know that the lowest sales charge won't necessarily be the least expensive option over time. For example, if you intend to hold your shares long term it may cost less to buy A Shares than B or C Shares.

The tables below explain your pricing options and describe the fees and expenses that you may pay if you buy and hold Investor A, B and C Shares of the fund. The "Annual Fund Operating Expenses" table is based on expenses for the most recent fiscal year.

Shareholder Fees
(Fees paid directly from your investment)

|  | A Shares | B Shares | C Shares |
|---|---|---|---|
| Maximum Sales Charge | | | |
| Maximum Deferred Sales Charge (as percentage of offering price) | 0.0%* | 4.5%** | 1.00%*** |

\* Reduced front-end sales charges may be available. A CDSC of up to 1.00% is assessed on certain redemptions of Investor A Shares that are purchased with no initial sales charge as part of an investment of $1,000,000 or more.
\*\* The CDSC is 4.5% if shares are redeemed in less than one year. The CDSC for Investor B Shares decreases for redemptions made in subsequent years. After six years there is no CDSC on B Shares. (See page 120 for complete schedule of CDSCs.)
\*\*\* There is no CDSC on C Shares after one year.

Annual Fund Operating Expenses
(Expenses that are deducted from fund assets)

|  | A Shares | B Shares | C Shares |
|---|---|---|---|
| Advisory Fees | .50% | .50% | .50% |
| Distribution and service (12b-1) fees | .50% | 1.15% | 1.15% |
| Other Expenses | | | |
| Total annual fund operating expenses | 1.73% | 2.38% | 2.38% |
| Fee waivers and reimbursements | | | |
| Net Expenses* | 1.07% | 1.82% | 1.82% |

\* BlackRock has contractually agreed to waive or reimburse fees or expenses in order to limit certain (but not all) fund expenses for the next year. The fund may have to repay these waivers and reimbursements to BlackRock in the following two years if the repayment can be made within these expense limits. In addition, BlackRock Distributors, Inc., the fund's distributor, has contractually agreed to waive all 12b-1 distribution fees on Investor A Shares (otherwise payable at the maximum annual rate of .10% of average daily net assets) for the next year. "Net Expenses" in the table have been restated to reflect these waivers and reimbursements.

The table does not reflect charges or credits which investors might incur if they invest through a financial institution.

**IMPORTANT DEFINITIONS**

**Advisory Fees:** Fees paid to the investment adviser for portfolio management services.

**Service Fees:** Fees that are paid to BlackRock and /or its affiliates for shareholder account service and maintenance.

**Distribution Fees:** A method of charging distribution-related expenses against fund assets.

**Other Expenses:** Include administration, transfer agency, custody, professional fees and registration fees.

656

35

Example:

This example is intended to help you compare the cost of investing in the fund with the cost of investing in other mutual funds. We are assuming an initial investment of $10,000, 5% total return each year with no changes in operating expenses (except for the waivers in the first year discussed above), redemption at the end of each time period and, with respect to B Shares and C Shares only, no redemption at the end of each time period. Although your actual cost may be higher or lower, based on these assumptions your costs would be:



|  | 1 Year | 3 Years | 5 Years | 10 Years |
|---|---|---|---|---|
| A Shares* | $554 | $910 | $1,287 | $2,347 |
| B Shares** Redemption | $635 | $1,039 | $1,270 | $2,435 |
| B Shares No Redemption | $185 | $689 | $1,170 | $2,435 |
| C Shares** Redemption | $285 | $689 | $1,170 | $2,674 |
| C Shares No Redemption | $185 | $689 | $1,170 | $2,674 |

\* Reflects imposition of sales charge.
\*\* Reflects deduction of CDSC.
\*\*\* Based on the conversion of the Investor B Shares to Investor A Shares after seven years.

## Fund Management

The co-managers of the fund are Robert Kapito, Vice Chairman of BlackRock Financial Management, Inc. (BFM) since 1988, Scott Amero, Managing Director of BFM since 1990 and Michael Lustig, Director of BFM since 1989. They have all co-managed the fund since 1995.

## Financial Highlights

The financial information in the table below shows the fund's financial performance for the periods indicated. Certain information reflects results for a single fund share. The term "Total Return" indicates how much your investment would have increased or decreased during this period of time and assumes that you have reinvested all dividends and distributions. These figures have been audited by PricewaterhouseCoopers LLP, the fund's independent accountants. The auditor's report, along with the fund's financial statements, are included in the Company's annual report which is available upon request (see back cover for ordering instructions).

# FINANCIAL HIGHLIGHTS

(For an Investor A, B or C Share Outstanding Throughout Each Period)

### Government Income Portfolio

| | INVESTOR A SHARES | | | | INVESTOR B SHARES | | | | INVESTOR C SHARES | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Year Ended 9/30/98 | Year Ended 9/30/97 | Year Ended 9/30/96 | For the Period 10/03/94[1] through 9/30/95 | Year Ended 9/30/98 | Year Ended 9/30/97 | Year Ended 9/30/96 | For the Period 10/03/94[1] through 9/30/95 | Year Ended 9/30/98 | For the Period 2/28/97[1] through 9/30/97 |
| Net asset value at beginning of period | $10.49 | $10.20 | $10.68 | $10.00 | $10.49 | $10.20 | $10.68 | $10.00 | $10.49 | $10.30 |
| Income from investment operations | | | | | | | | | | |
| Net investment income | 0.53 | 0.73 | 0.68 | 0.55 | 0.54 | 0.66 | 0.60 | 0.50 | 0.51 | 0.37 |
| Net gain (loss) on investments (both realized and unrealized) | 0.54 | 0.30 | (0.22) | 0.68 | 0.50 | 0.30 | (0.21) | 0.68 | 0.53 | 0.20 |
| Total from investment operations | 1.07 | 1.03 | 0.46 | 1.23 | 1.04 | 0.96 | 0.39 | 1.18 | 1.04 | 0.57 |
| Less distributions | | | | | | | | | | |
| Distributions from net investment income | (0.61) | (0.74) | (0.66) | (0.55) | (0.58) | (0.67) | (0.59) | (0.50) | (0.58) | (0.38) |
| Distributions from net realized capital gains | (0.11) | -- | (0.28) | -- | (0.11) | -- | (0.28) | -- | (0.11) | -- |
| Total distributions | (0.72) | (0.74) | (0.94) | (0.55) | (0.69) | (0.67) | (0.87) | (0.50) | (0.69) | (0.38) |
| Net asset value at end of period | $10.84 | $10.49 | $10.20 | $10.68 | $10.84 | $10.49 | $10.20 | $10.68 | $10.84 | $10.49 |
| Total return[3] | 11.13% | 10.48% | 4.43% | 14.27% | 10.31% | 9.66% | 3.68% | 13.52% | 10.31% | 5.64% |
| Ratios/Supplemental data | | | | | | | | | | |
| Net assets at end of period (in thousands) | $6,045 | $4,876 | $3,651 | $2,990 | $25,165 | $14,796 | $11,119 | $10,188 | $1,551 | $849 |
| Ratios of expenses to average net assets | | | | | | | | | | |
| After advisory/administration fee waivers | 1.05%[4] | 1.02%[4] | 0.91%[4] | 0.37%[2,4] | 1.80%[4] | 1.77%[4] | 1.64%[4] | 1.05%[2,4] | 1.80%[4] | 1.70%[2,4] |
| Before advisory/administration fee waivers | 1.63% | 1.74% | 1.67% | 1.81%[2] | 2.38% | 2.49% | 2.40% | 2.50%[2] | 2.38% | 2.42%[2] |
| Ratios of net investment income to average net assets | | | | | | | | | | |
| After advisory/administration fee waivers | 5.86% | 8.02% | 8.59% | 6.89%[2] | 5.03% | 7.26% | 7.81% | 6.17%[2] | 4.98% | 7.11%[2] |
| Before advisory/administration fee waivers | 5.28% | 7.30% | 7.83% | 5.44%[2] | 4.45% | 6.54% | 7.05% | 4.72%[2] | 4.40% | 6.39%[2] |
| Portfolio turnover rate | 477% | 393% | 434% | 258% | 477% | 393% | 434% | 258% | 477% | 393% |

[1] Commencement of operations of share class.
[2] Annualized.
[3] Neither front-end sales load nor contingent deferred sales load is reflected.
[4] Including interest expense, ratios for the Investor A, Investor B and Investor C Shares would have been 1.46%, 2.01%, and 2.14%, respectively, for the year ended September 30, 1998, 1.41%, 2.14% and 3.24%, respectively, for the year ended September 30, 1997, 2.96% and 3.69%, respectively, for the year ended September 30, 1996, and 0.92% and 1.60%, respectively, for the period ended September 30, 1995.