```
              UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF CONNECTICUT

* * * * * * * * * * * * * * * * *
                                 *
KAREN B. COAN, Individually and  *
on behalf of the K.L.C., Inc.    *
401(k) Profit Sharing Plan,      * CIVIL ACTION NUMBER
         PLAINTIFFS,             * 3:01CV173(RNC)
                                 *
vs.                              *
                                 *
ALAN H. KAUFMAN, ET AL.,         *
         DEFENDANTS.             *
                                 *
* * * * * * * * * * * * * * * * *


---------------------------------------------------
         DEPOSITION OF:  EDWARD J. WAHLBERG
---------------------------------------------------

         Taken before Sarah B. Najemy, Licensed
    Shorthand Reporter (#00069) and Notary Public
    in and for the State of Connecticut, pursuant
    to the Federal Rules of Civil Procedure, at the
    law offices of Moukawsher & Walsh, LLC, 21 Oak
    Street, Hartford, Connecticut, on March 17, 2003
    at 2:00 p.m.

          BRANDON SMITH REPORTING SERVICES
               11A Capitol Avenue
               Hartford, CT 06106
              Tel:  (860) 549-1850
              FAX:  (860) 549-1537
```

7

```
 1  BY MR. MOUKAWSHER:
 2  Q   Mr. Wahlberg, I'm going to show you a document
 3      that has been marked Exhibit A in the
 4      deposition.  It's entitled notice of deposition.
 5      Have you seen that document before?
 6  A   No, I have not.
 7  Q   And how were you made aware of this deposition?
 8  A   That I was going to give a deposition?
 9  Q   How were you informed that you were being
10      requested to appear here today?
11  A   Tom Finn called me and said I needed to give a
12      deposition.
13  Q   And what was your belief as to how Mr. Finn came
14      in possession of the information?
15  A   That he was contacted by either you or by
16      another attorney involved in the case.
17  Q   All right.  In any case, it was explained to you
18      that you were expected to be here today
19      regarding Karen Coan's claim against Alan
20      Kaufman and others; is that correct?
21  A   Correct.
22  Q   And at one time -- withdrawn.  Where are you
23      currently employed?
24  A   Merrill Lynch.
25  Q   And what is your job title at Merrill Lynch?
```

```
                                                        8
 1   A   I'm a financial advisor, vice president wealth
 2       management with the PIA, which is portfolio
 3       investment advisor.
 4   Q   And how long have you been employed at Merrill
 5       Lynch?
 6   A   Since 1995.
 7   Q   And how long have you held your current job
 8       title?
 9   A   Which title do you mean?
10   Q   The job title you just explained, vice
11       president, et cetera.
12   A   Well, they're different titles that go along
13       with that.
14   Q   How long have you had all of them?
15   A   I became a vice president last year.  I became a
16       wealth management advisor this past summer,
17       2002.  Portfolio investment advisor in 2001.
18   Q   And when did you say you started there?
19   A   At Merrill Lynch?
20   Q   Yes.
21   A   In 1995.
22   Q   Where were you employed prior to being employed
23       at Merrill Lynch?
24   A   I was employed at Trinity Capital, which is a
25       small venture capital firm.
```

25

1  Q   Are there any other documents in opening a new
2      account that address the question as to who
3      retains discretion over the choice of
4      investments?
5  A   Not that I'm aware of.
6  Q   And given what you said about who retained
7      discretion, is it your testimony that the
8      choices, the mix of investments that you just
9      described that you're handling for Mr. Kaufman
10     today were Mr. Kaufman's choice?
11 A   Correct.
12 Q   Have you provided any financial consulting
13     services for Edgar Lee personally?
14 A   No, I have not.
15 Q   And you testified that you came to provide
16     services for the KLC, Inc. profit sharing plan
17     because of your work in providing such services
18     for Mr. Kaufman; is that correct?
19 A   Mr. Kaufman called me to ask me to do some
20     research for KLC's profit sharing plan.
21 Q   And when did you do that?
22 A   October of whatever year that was.  October --
23 Q   Is 1999 consistent with your recollection?
24 A   Let me just think back to the dates.  October of
25     '98.

26

```
 1   Q     '98.  So, Mr. Kaufman contacted you in October
 2         of 1998.  Did he call you on the telephone or
 3         come see you in person?
 4   A     He called me on the telephone.
 5   Q     And was it just Mr. Kaufman on the telephone who
 6         spoke with you?
 7   A     Yes.
 8   Q     Okay.  And what did Mr. Kaufman say to you
 9         during that conversation, and what did you say
10         to him?
11   A     Alan mentioned that they were going to be
12         getting a distribution -- not a distribution.
13         They were going to have some assets that they
14         wanted to look at placing into safer securities
15         if they were selling equity positions.  And he
16         asked me to look around and find out what might
17         be a good investment for the profit sharing
18         plan.
19   Q     Did he give you any other guidance besides look
20         for a good investment?
21   A     Yes.
22   Q     What other guidance did he give you?
23   A     We wanted liquidity, relatively stable NAV.
24   Q     And what is NAV?
25   A     Net asset value.
```

27

1  Q   And what does a stable net asset value mean?
2  A   It doesn't fluctuate a lot.
3  Q   Okay.  What else?  Anything else?
4  A   I think that's it.
5  Q   And am I basically understanding that what
6      Mr. Kaufman was trying to do was have you pick a
7      good security for him; is that correct?
8  A   Not for him.
9  Q   For the fund?
10 A   For the fund.  To make a recommendation.
11 Q   Make a recommendation of a good security for the
12     fund?
13 A   To Mr. Kaufman.
14 Q   Let me just clarify.  He asked you to make a
15     recommendation of a good security for the fund;
16     correct?
17 A   Is that -- why are you repeating?  I don't
18     understand.
19 Q   Because I'm just trying to have a clear answer
20     to the question.
21 A   Okay.
22 Q   Because you partially interrupted me and I
23     didn't say it right the first time.
24 A   Okay.
25 Q   Because you have to remember we're doing a

28

```
 1        transcript.  And sometimes when it's broken up
 2        it's --
 3   A    Got it.
 4   Q    So, essentially, Mr. Kaufman asked you to pick,
 5        or recommend, a good security for the fund;
 6        correct?
 7   A    Correct.
 8   Q    And anything else?
 9   A    Like I said, we had a criteria where we were
10        looking for liquidity, relatively stable NAV.
11        And then, basically, a good reward a good
12        reward, or return.
13   Q    But he asked you to pick a good security that
14        met the criteria of liquidity and stable NAV;
15        correct?
16   A    Relatively.  He understood that there would be
17        some fluctuation in the NAV.  So he wasn't
18        asking -- when you say --
19   Q    I'm just giving you your words back.  You said
20        that he told you that he had two concerns;
21        liquidity and stable NAV.
22   A    Yes.
23   Q    And with those two concerns in mind he asked you
24        to pick a good security; correct?
25   A    Correct.
```

                                                                29

1   Q   What I want to know is, was there any other
2       function he asked you to perform for the 401(k)
3       fund?
4   A   No.
5   Q   And did he give you the authority to pick that
6       security and invest the money, or did he simply
7       ask you to identify a security and make a
8       recommendation for him to consider?
9   A   He asked me -- he did not give me discretion.
10      He asked me to pick a security and make a
11      recommendation for him.
12  Q   Okay.  And that was the sole scope of your
13      duties; correct?
14  A   Correct.
15  Q   I assume, then, you were not asked to examine
16      the 401(k) profit sharing plan to determine if
17      it was properly diversified; correct?
18  A   No.
19  Q   You were not asked that; correct?
20  A   No.
21  Q   And with respect to picking that good security,
22      what steps did you take?
23  A   Within my office I have access to Bloomberg.
24      Obviously, there's the internet, which gives you
25      access to Morning Star, to take a look at that

30

```
 1        research.  Also Merrill Lynch has access to
 2        research that they do on funds.  So I want
 3        through that process.
 4   Q    And did you arrive at a recommendation?
 5   A    Yes, I did.
 6   Q    And what was your recommendation?
 7   A    BlackRock Government Income Fund.
 8   Q    And describe for me the BlackRock Government
 9        Income Fund?
10   A    BlackRock Government Income Fund is an open end
11        mutual fund that is designed to provide
12        principle safety, income, and is made up of
13        underlying securities of government agencies and
14        government securities backed by the US
15        government, and just a large selection of safe
16        investments.
17   Q    What kinds of securities are in the BlackRock
18        fund?  They're all bonds, aren't they?
19   A    Correct.
20   Q    And you said you had a conversation with him in
21        October 1998 where he asked you to pick a good
22        security that was liquid and had a stable NAV.
23        And then you did your research?
24   A    Relatively stable NAV.  We weren't outside of
25        our understanding there could be some
```

31

```
 1       fluctuation.  I just don't want you to --
 2   Q   I'm just using the words you used.
 3   A   I said relative.
 4   Q   Okay.  You're saying relatively stable NAV?
 5   A   Correct.
 6   Q   And when did you have your subsequent
 7       conversation after the October '98 conversation?
 8       When was your next conversation with him after
 9       October '98?
10   A   I talk with Mr. Kaufman every day on the phone.
11   Q   And what did you talk to Mr. Kaufman every day
12       on the phone about?
13   A   I talk to him every day on the phone about his
14       assets, about the market.  I did not speak to
15       him every day about this.  But it came up after
16       I had done some research that these are some
17       mutual funds that I'm looking at.  And I kept
18       him apprised of the process that I was going
19       through.
20   Q   Approximately when did you tell him about
21       BlackRock?
22   A   Maybe two weeks later.
23   Q   Was this in person or on the telephone?
24   A   On the telephone.
25   Q   And was anyone else on the telephone?
```