An Analysis of the Asset Allocation, Diversification, and Performance of the K.L.C.
401(k) Pension/Rollover Fund and Profit Sharing Fund, 1998 to 2001

Prepared By

Vahan Janjigian, Ph.D., CFA
11 Woodland Drive
Rye Brook, NY 10573

September 30, 2002

All views expressed in this report are strictly those of Vahan Janjigian and not that of his employer or any other organization or individual.

401

001

i

Performance of Stock and Bond Markets, 1998 to Q1 2001

In 1998 and 1999, U.S. stock markets performed much better than their historical averages. Most major market indices peaked in the first quarter of 2000. They have been in a prolonged downward spiral ever since.

Table 1 displays the annual returns for the years 1998 to 2001 for the Wilshire 5000, the Lehman Brothers U.S. Aggregate Bond Index, and a 60-40 blend of the two. The Wilshire 5000 is a broad market equity index. The returns include dividends. Unlike the S&P 500 or other better-known indices, the Wilshire 5000 is much broader and does not exclude mid-cap and small-cap stocks. The Lehman Brothers index represents the returns on a diversified portfolio of investment grade corporate bonds. It also includes U.S. government bonds. The last column in the table shows what the annual returns would have been on a portfolio following a passive, indexed investment strategy that consists of 60% equities and 40% fixed-income. This 60-40 blend is widely recognized in the investment profession as the standard asset allocation for long-term investment horizons. Investment strategies are often compared to this standard.

Table 1
Percentage returns for Wilshire 5000, Lehman Brothers U.S. Aggregate Bond Index and a passive strategy that invests 60% in equities and 40% in bonds.

|  | Percentage Return Wilshire 5000 Index (Equities) | Percentage Return Lehman Brothers U.S. Agg. Bond Index (Fixed Income) | Percentage Return on Passive Strategy 60% Equities, 40% Fixed Income |
|---|---|---|---|
| 1998 | 23.43 | 8.69 | 17.53 |
| 1999 | 23.56 | -0.82 | 13.81 |
| 2000 | -10.89 | 11.63 | -1.88 |
| First quarter 2001 | -12.34 | 3.04 | -6.19 |

K.L.C.'s Holdings Prior to 1999

Prior to 1999, K.L.C.'s 401(k) assets were allocated among a number of mutual funds. The allocations were excessively weighted toward equities. They were also weighted primarily toward growth stocks, which tend to be riskier than value stocks. Fortunately, stock markets performed well during this time period. However, a more prudent strategy would have been to reduce the equity exposure and increase the exposure to fixed-income securities. It also would have been more prudent to diversify the equity allocation by including more value stocks in the mix.

402

002

1

### K.L.C.'s 1999 Investment Decisions

By 1999, many experts were warning quite loudly that stocks had become significantly overvalued. Yet equities continued to perform strongly in that year. As noted above, K.L.C. had very little (if any) exposure to fixed-income securities prior to 1999. The trustees would have been well advised to diversify the funds and to allocate more toward fixed income.

Indeed, in March of 1999, they did this by purchasing more than $1.7 million of the BlackRock Government Income Portfolio. This is a fixed-income portfolio that holds at least 80% of its assets in securities issued by the U.S. government and its agencies. The average maturity of the fund is 10 to 15 years. I would consider it an appropriate fund for increasing exposure to fixed income, and the purchase of this fund certainly appears to have been a prudent decision at first glance.

However, K.L.C.'s asset allocation suddenly went from being excessively exposed to growth stocks to being excessively exposed to fixed income securities. The decision to invest in government bonds was prudent. But the decision to allocate such a large amount to government bonds was not. As a result of the trustees' decision, the profit sharing and pension plans became more than 70% weighted toward fixed income. The purchase of such a large amount of the BlackRock shares amounted to a bet that stocks had become overvalued and that interest rates would soon fall by a significant margin. In other words, the trustees were apparently trying to time the market.

BlackRock offers three "classes" for its Government Income Portfolio: A, B, and C. The primary difference between the three has to do with the sales charge or "load." K.L.C. invested in the B class, which has a 4.5% back-end load on shares redeemed within a year. As a result, K.L.C. had effectively locked itself in for at least a year. It would have been unable to get out of this fund in a cost-efficient manner if interest rates began to rise. In fact, the Federal Reserve was in a tightening mode (i.e., in the process of raising the fed funds rate and the discount rate) at the time.

The combined return on K.L.C.'s profit sharing and pension plan for 1999 amounted to approximately 7.43%. As shown in Table 1, a simple passive 60-40 strategy would have returned almost 14% in that year.

### K.L.C.'s 2000 Investment Decisions

The year 2000 was very bad for equities but good for fixed income. The last Fed rate increase occurred on May 16, 2000. K.L.C.'s decision in 1999 to skew the allocation toward fixed income would have reaped benefits in 2000 if the position had been maintained. Unfortunately, K.L.C. sold all shares in the BlackRock fund by March. In fact shares were sold just less than one year after they had been purchased. Technically, this means K.L.C. would have been liable for a sales charge of approximately $74,000. However, I cannot find any evidence from the account statements that the charge was actually incurred. It is possible that it was waived.

Indeed, K.L.C. may have timed the sale in order to avoid this back-end load. The appearance is that the trustees had come to regret their decision to invest in the BlackRock fund, but felt compelled to remain invested until they could avoid having to pay the load. Ironically, if K.L.C. had simply held onto the BlackRock fund for another year (i.e., until March 2001), it would have been able to sell the shares at that time for about 8% more than they were actually sold for in March 2000. In addition, it would have earned about $80,000 more in interest payments. In other words, had K.L.C. held onto Blackrock for another year, the total return for that year alone would have been close to 13%.

In 2000, K.L.C. significantly increased the risk of its plans by reducing its exposure to fixed income and increasing the allocation to equities. In effect, it completely reversed its 1999 decision. Now it was betting that stocks were not overvalued and that interest rates would rise. The 1999 and 2000 investment decision taken together provide clear evidence that the trustees were not focused on asset allocation and the long-term retirement needs of employees, but were instead attempting to time the market. Trying to time the market in this manner, especially with retirement funds, certainly would not be considered prudent.

In mid-2000, K.L.C. invested a total of $350,000 in two PBHG funds: the Large Cap Growth fund and the Select Equity fund. Both focus on growth stocks. In February, K.L.C. sold its holdings in the Fidelity Equity Income II fund and shifted the proceeds into Fidelity's Aggressive Growth and Growth Company funds. Equity Income II is a lower risk fund that invests in income producing large cap value and growth stocks. The Aggressive Growth and Growth Company funds seek capital appreciation and invest in large cap growth and mid-cap growth stocks, respectively. Furthermore, in 1999, K.L.C. sold its holdings in the RS Investment Management Value and Growth Fund. Proceeds were invested into the RS Emerging Growth Fund and the RS Diversified Growth Fund, both of which invest primarily in small-cap, high-growth firms.

The timing couldn't have been worse. K.L.C. made the decision to increase its exposure to equities just as the stock market indices peaked. Unfortunately, K.L.C. increased its allocation to equities (especially higher risk, growth-oriented equities) just in time to catch the stock market sell-off.

Termination and Liquidation

In March 2000, K.L.C. began to terminate its 401(k) plan. The plan was formally terminated in May, and liquidated less than a year later in March 2001. Yet K.L.C. increased the plan's risk by shifting funds into aggressive growth equities as late as June 2000, after the plan's termination date. Once the decision was made to terminate the plan, the focus should have been on safety and preservation of capital. The trustees should also have been thinking about the need to liquidate funds. It certainly would not have been prudent at this time to increase the plan's allocation toward riskier securities.

404

004

Asset Allocation and Diversification

Asset allocation and diversification are two of the most important concepts in portfolio management. In fact, investment professionals are commonly taught that these two items are much more important than security selection. William Sharpe (a Nobel laureate from Stamford University) has demonstrated that asset allocation explains about 90% of the variability in portfolio returns. Only 10% is explained by security selection. Throughout the period examined, K.L.C. seems to have been trying to time the markets by jumping in and out of mutual funds. It gave very little regard, if any, to asset allocation considerations.

Diversification is also critical. It can be proven that a well-diversified portfolio results in the highest level of expected return for any given level of risk, or conversely, in the lowest level of risk for any given level of expected return. Although one can build a well-diversified portfolio by choosing individual securities, it is much easier to do so using mutual funds. K.L.C. did exhibit some wisdom in this regard by investing only in mutual funds. However, it failed to achieve proper diversification because its holdings were so highly concentrated in growth stocks. During the time period studied, the top holdings of most growth mutual funds were technology companies. Investing primarily in growth funds gave K.L.C. very little diversification. What little it did invest in value funds was eventually sold and reinvested into growth funds.

Overall Conclusion

I would have to conclude that during the time period examined, the K.L.C. 401(k) plan was not prudently managed. Assets were not properly diversified nor does there appear to have been an asset allocation plan. At first, retirement funds were invested too heavily in growth stocks, then too heavily in fixed-income securities, then again too heavily in growth. The focus seems to have been in trying to time the market rather than in long-term retirement planning.

Furthermore, once it was clear that the plan was to be terminated, the trustees should have concerned themselves with capital preservation and liquidity needs. It was improper at this time to increase allocations to riskier equities.

*[signature]*

9/30/02

405

005

4

Statement of Compensation to be Received for the Study:

An Analysis of the Asset Allocation, Diversification, and Performance of the K.L.C. 401(k) Pension/Rollover Fund and Profit Sharing Fund, 1998 to 2001

September 30, 2002

Time spent in the analysis and preparation of this report amounted to nine hours to be billed at the rate of $290 per hour. The client will be billed by TASA in the total amount of $2,610.00.

Vahan Janjigian, Ph.D., CFA
11 Woodland Drive
Rye Brook, NY 10573

# VAHAN JANJIGIAN, Ph.D., CFA

Forbes, Inc.  
60 Fifth Avenue  
New York, NY 10011  
Phone: 212-620-2214  
Fax: 212-206-5174

11 Woodland Drive  
Rye Brook, NY 10573  
Phone/Fax: 914-937-1722

## HIGHLIGHTS:
- Chartered Financial Analyst.
- Excellent communications, analytical, quantitative and writing skills.
- Excellent research skills. Published numerous financial studies in professional journals.
- Outstanding presentation skills. Taught many university and professional education courses. Nominee and/or recipient of eight teaching excellence awards.
- Strong management skills.

## EMPLOYMENT EXPERIENCE:

**Forbes, Inc.** - Director, Forbes Investors Advisory Institute, June 1997 to present. Responsibilities include directing equity research activities; writing and editing research reports, investment strategy briefs and newsletters; marketing newsletter products; evaluating new business opportunities; managing financial analysts and support staff; developing and maintaining annual budget. Accomplishments include significantly increasing circulation of *Forbes Special Situation Survey* and originating and developing *Forbes Aggressive Growth Investor*.

**Assistant/Associate Professor of Finance**, September 1985 to June 1997. Served on the faculties of four universities: Boston College, University of Delaware, American University of Armenia and Northeastern University. Taught graduate and undergraduate courses in financial management, financial theory, investments, accounting and economics. Conducted research and published papers on numerous topics including mutual fund performance, suitability and self-regulation, convertible bond and equity valuation, over-allotment options and corporate governance. Served on research and curriculum development committees.

## EDUCATION:
Ph.D. in Finance, 1982-85, Virginia Polytechnic Institute and State University.  
M.B.A. in Management Science, 1980-82, Virginia Polytechnic Institute and State University.  
B.S. in General Sciences, 1974-78, Villanova University.

## PROFESSIONAL ACTIVITIES:
- Instructor for American Institute of Advanced Finance. Lecture on portfolio management issues, including Capital Market Theory, Asset Pricing, Quantitative Methods for Valuation, and AIMR Performance Presentation Standards. Students include CFA Level II and Level III candidates.
- Member of AIMR's U.S. Advocacy Committee and the New York Society of Security Analysts' Corporate Governance and Shareholder Rights Committee.
- Served as consultant and expert witness on various finance-related cases including churning and suitability.

407  
007

Vahan Janjigian

September 2002

## HONORS AND AWARDS:

- Listed in *Who's Who in America* and Harvard University's *Profiles in Business and Management*.
- Member of speakers' bureau of American Association of Individual Investors.
- Invited by numerous organizations to make presentations. These include the New York Society of Security Analysts, American Society of Corporate Secretaries and Petroleous de Venezuela, S.A.
- Recipient of Ayres Fellowship, American Bankers Association, Stonier Graduate School of Banking.
- Recipient of Outstanding Doctoral Dissertation Award.

## SELECTED PUBLICATIONS:

- What's Worse, Fraud or the Feds? *Forbes.com*, July 18, 2002.
- Do We Really Need Regulation FD?, *Investor Relations Quarterly*, Vol. 3, No. 3, 2000, pp. 55-59.
- A Re-Examination of the Market Timing and Security Selection Performance of Mutual Funds, with Zakri Bello, *Financial Analysts Journal*, Vol. 53, No. 5, September/October 1997, pp. 24-30.
- Forbes Special Situation Survey: A Study in Market Efficiency, *Journal of Investing*, Vol. 6, No. 2, Summer 1997, pp. 65-70.
- An Analysis of the Decision to Opt Out of Pennsylvania Senate Bill 1310, with Emery Trahan, *Journal of Financial Research*, Vol. 19, No. 1, Spring 1996, pp. 1-19.
- Determining Investor Suitability Using the Analytic Hierarchy Process, with Paul Bolster and Emery Trahan, *Financial Analysts Journal*, Vol. 51, No. 4, July/August 1995, pp. 63-75.
- Choosing the Term on a Fixed-Rate Home Mortgage: A Cash Flow Perspective, *Financial Practice and Education*, Vol. 4, No. 1, Spring/Summer 1994, pp. 167-168.
- Arbitration of Broker-Investor Unsuitability Claims: The Role of the Financial Expert, with John Dennis, *Financial Practice and Education*, Vol. 3, No. 2, Fall 1993, pp. 81-84.
- Avoiding a Yugoslavia in the Caucasus, *The Christian Science Monitor*, Vol. 84, No. 251, Friday, November 20, 1992, p. 19.
- Dividend Policy and Valuation Effects of the Tax Reform Act of 1986, with Paul Bolster, *National Tax Journal*, Vol. 44, No. 4, Part 2, December 1991, pp. 511-518.
- Top Bank-Executive Compensation, Earnings, Size, and Acquisition Activity, *Southern Ohio Business Review*, Vol. 7, No. 3 & 4, Winter 1991, pp. 15-18.
- The Elimination of Director Liability and Stockholder Returns: An Empirical Investigation, with Paul Bolster, *Journal of Financial Research*, Vol. 13, No. 1, Spring 1990, pp. 53-60.
- The Effect of Chernobyl on Electric Utility Stock Prices, with M. Andrew Fields, *Journal of Business Research*, Vol. 18, No. 1, January 1989, pp. 81-87.
- The Leverage Changing Consequences of Convertible Debt Financing, *Financial Management*, Vol. 16, No. 3, Autumn 1987, pp. 15-21.
- The Over-Allotment Option and Equity Financing Flotation Costs: An Empirical Investigation, with Robert Hansen and Beverly Fuller, *Financial Management*, Vol. 16, No. 2, Summer 1987, pp. 24-32.

408

008

"BLACKROCK FUNDS: GVT INC INV B"
Pricing History Report
Symbol: PNGBX
CUSIP Number: 09192836
Exchange: OTC - Mutual Funds
Type: Mutual Fund

Currency: Currency as Reported
Monthly Prices From: 9/30/1999 to 9/30/2002

```
Month Ending,Monthly High Offering Price,Monthly Net Asset Value,Monthly Close Net A
9/30/1999,9.92,9.88,9.92
10/29/1999,9.90,9.76,9.90
11/30/1999,9.96,9.82,9.83
12/31/1999,9.90,9.70,9.70
1/31/2000,9.67,9.56,9.58
2/29/2000,9.70,9.57,9.67
3/31/2000,9.76,9.67,9.76
4/28/2000,9.87,9.70,9.70
5/31/2000,9.68,9.48,9.64
6/30/2000,9.88,9.70,9.83
7/31/2000,9.88,9.79,9.86
8/31/2000,9.99,9.87,9.99
9/29/2000,10.04,9.96,10.04
10/31/2000,10.15,9.98,10.05
11/30/2000,10.21,10.01,10.21
12/29/2000,10.44,10.18,10.39
1/31/2001,10.54,10.39,10.49
2/28/2001,10.56,10.40,10.56
3/30/2001,10.65,10.51,10.55
4/30/2001,10.58,10.41,10.43
5/31/2001,10.54,10.34,10.41
6/29/2001,10.57,10.39,10.39
7/31/2001,10.66,10.40,10.66
8/31/2001,10.78,10.60,10.77
9/28/2001,10.99,10.63,10.98
10/31/2001,11.23,10.97,11.23
11/30/2001,11.26,10.53,10.66
12/31/2001,10.71,10.40,10.49
1/31/2002,10.65,10.43,10.56
2/28/2002,10.70,10.58,10.68
3/29/2002,10.62,10.33,10.36
4/30/2002,10.63,10.35,10.62
5/31/2002,10.73,10.54,10.71
6/28/2002,10.89,10.71,10.82
7/31/2002,11.06,10.81,11.01
8/30/2002,11.18,11.04,11.17
9/30/2002,11.38,11.19,11.37
```

# BlackRock Government Income Portfolio
## "Investor B" Share Class
*PNGBX*


| Asset Class | Ticker Symbol | Inception Date | Class Intro Date | Dividend Frequency |
|---|---|---|---|---|
| Bond | PNGBX | 10/03/1994 | 10/03/1994 | Monthly |

### Fund Objective

The fund seeks current income consistent with the preservation of capital.

## Investment Strategy:

The fund invests primarily in the highest rated government and agency bonds in the ten to fifteen year maturity range and in mortgages guaranteed by the U.S. Government. The fund normally invests at least 80% of its assets in bonds issued or guaranteed by the U.S. Government and its agencies. Securities are purchased for the fund when the management team determines that they have the potential for above-average current income.

## Investment Adviser:

BlackRock Advisors, Inc.

### Related Links

Lipper Rankings
Management Bios

### Expenses, Loads & Minimums

Back-End Load:                                        4.50%
(If shares are redeemed within 12 months of purchase)
Total Expenses:                                       Please click here for an excerpt from BlackRock Funds Prospectus.
Minimum Investment:                                   $500

\* Due to recently instituted SEC reporting requirements, funds that incur borrowing costs are required to include the interest expense in the calculation of their annual operating costs. This has resulted in the appearance of an increase in fund operating expenses, as compared to previous years. BlackRock and BlackRock Distributors, Inc., the fund's distributor, however, have contractually agreed to waive or reimburse fees or expenses in order to limit fund expenses. Please refer to the prospectus for fund expense details.

### Fund Fact Sheet

For more information about this fund, please view the **Fund Fact Sheet**. Click here to download. PDF (Portable Document Format) files require Adobe Acrobat Reader for viewing.

Mutual fund shares are not deposits or obligations of, or guaranteed or endorsed by any bank, and are not federally insured by the Federal Deposit Insurance Corporation, the Federal Reserve Board or any

410

010

9/29/2002 9:34 AM

# PBHG FUNDS

## The Power of Discipline
## The Rewards of Time

INSIDE PBHG | PBHG FUNDS | INVESTOR MATERIALS

Home > PBHG Funds > PBHG Large Cap Growth Fund

## PBHG Large Cap Growth Fund

- MY ACCOUNT
- OPEN AN ACCOUNT

**RELATED TOPICS**

Would you like to know more about the Portfolio Manager?
Michael S. Sutton

How do I open an account with PBHG Funds?

Compare the PBHG Large Cap Growth Fund Fund with another PBHG Fund.

PBHG Webcast — See Michael Sutton on the PBHG Growth Investing Process

| | As of 9/27/2002 | | Average Annual Total Returns as of 6/30/20 | | | | |
|---|---|---|---|---|---|---|---|
| | Price | YTD | 1 YR | 3 YR | 5 YR | 10 YR | Si |
| | $15.15 | -27.16% | -28.40% | -2.09% | 7.59% | N/A | |
| Lipper Ranking Large-Cap Growth | | | 556 of 764 | 6 of 496 | 14 of 314 | N/A | |
| Morningstar Rating™ Large Growth | OVERALL ★★★★ | | -- | ★★★★ | ★★★★ | N/A | |

*Rated among 743 and 462 funds for the 3- and 5-year periods, respectively.

**Portfolio Manager:** Michael S. Sutton, CFA    **Ticker Symbol:** PBHLX

Read last quarters commentary from the Portfolio Manager's desk

**Investment Objective:** The Large Cap Growth Fund seeks long-term growth of capital. As mutual fund, there is no assurance that the Fund will achieve its goal.

### Risk/Reward Spectrum



Click on the above graphic to view a dynamic flash presentation that illustrates the relative and the PBHG funds.

### Investment Style/Market



VALUE  BLEND  GROWTH

### Investment Strategy
The Large Cap Growth Fund will invest at least 65% of its total assets in common stocks of large capital companies that, in the Adviser's opinion, have an outlook for strong business momentum, growth in ear potential for capital appreciation. Such companies have market capitalizations in excess of $1 billion. Th will consider the diversity of industries in choosing investments for the Portfolio.

### Fund Characteristics as of 6/30/2002
Benchmark
Number of Holdings
Net Assets
Median Market Cap
Last 12 Months EPS Growth
5 Yr Earnings Growth Rate
Portfolio Turnover*
Expense Ratio*

411

* As of Fiscal Ye

011

9-29-2002 12:48 PM

Case 3:01-cv-01737-MRK   Document 52-19   Filed 10/16/2003   Page 12 of 15

Lipper Rankings as of 6/30/2002
Large-Cap Growth Category

| | |
|---|---|
| 1 Year | 556 of 764 funds |
| 3 Year | 6 of 496 funds |
| 5 Year | 14 of 314 funds |

Morningstar Rating™ as of 6/30/
Large-Cap Growth Category

| | |
|---|---|
| Overall | |
| 3 Year | out o |
| 5 Year | out o |

Performance as of 6/30/2002

| | PBHG Large Cap Growth Fund | S&P 500 | Russell 1000® Growth |
|---|---|---|---|
| 3 Month | -11.69% | -13.40% | -18.67% |
| YTD | -16.49% | -13.16% | -20.78% |
| Annualized Returns | | | |
| 1 Year | -28.40% | -17.99% | -26.49% |
| 3 Year | -2.09% | -9.18% | -16.15% |
| 5 Year | 7.59% | 3.67% | -0.28% |
| Since Inception | 14.26% | N/A | N/A |

Growth of $10,000 as of 6/30/200



— PBHG Large Cap Growth Fund
   Russell 1000 Growth
   S & P 500

The information in the above chart is h
is used for illustrative purposes only.

Price History as of 6/30/2002
12 Month Low/High                                                      $
Monthly Low/High                                                       $
On 6/01/02
On 6/30/02

Asset Allocation as of 6/30/2002

| | |
|---|---|
| Domestic Equities | 95.5% |
| Cash | 4.5% |

Portfolio Sector Weightings as of 6/30/2002

- Health Care 31%
- Consumer 30%
- Financial 15%
- Technology 8%
- Services 6%
- Industrial 5%
- Other 5%

Top 10 Holdings as of 6/30/2002

COMPANY NAME
Quest Diagnostics
Laboratory Corp. of America Holdings
Concord EFS
Bed Bath & Beyond
Forest Laboratories
Wal-Mart Stores
Johnson & Johnson
Procter & Gamble
UnitedHealth Group
Freddie Mac
% OF TOTAL

412

012

9 29 2002 12:48 PM



|  | Minimums | Add |
|---|---|---|
| Regular Accounts | $2500 |  |
| Uniform Gifts/Transfer to Minor | $500 |  |
| Traditional IRAs | $2000 |  |
| Roth IRAs | $2000 |  |
| Systematic Investment Plan | $500 |  |

**Additional Features**
Retirement Accounts
Direct Deposit
Check Writing

## For more information, please call 1-800-433-0051

Home   Prospectus   Privacy Policy   Legal Information   Site Map

413

013

9/29/2002 12:48 PM

# PBHG FUNDS

## The Power of Discipline
## The Rewards of Time

- MY ACCOUNT
- OPEN AN ACCOUNT

**RELATED TOPICS**

Would you like to know more about the Portfolio Managers?
- Michael S. Sutton
- Gregory P. Chodaczek

How do I open an account with PBHG Funds?

Compare the PBHG Select Equity Fund Fund with another PBHG Fund.

See Michael Sutton on the PBHG Growth Investing Podcast

PBHG Webcast

INSIDE PBHG | PBHG FUNDS | INVESTMENT ATTITUDES

Home > PBHG Funds > PBHG Select Equity Fund

## PBHG Select Equity Fund

| | As of 9/27/2002 | | Average Annual Total Returns as of 6/30/02 | | | | |
|---|---|---|---|---|---|---|---|
| | Price | YTD | 1 YR | 3 YR | 5 YR | 10 YR | Si |
| | $15.82 | -35.14% | -37.59% | -4.80% | 3.07% | N/A | |
| Lipper Ranking Multi-Cap Growth | | | 325 of 406 | 53 of 233 | 68 of 154 | N/A | |
| Morningstar Rating™ Large Growth | OVERALL ★ | | -- | ★ | ★ | N/A | |

*Rated among 743 and 462 funds for the 3- and 5-year periods, respectively.

**Portfolio Managers:** Michael S. Sutton, CFA and Gregory P. Chodaczek
**Ticker Symbol:** PBHEX

Read 2nd Quarter Commentary from the Portfolio Managers here

**Investment Objective:** The Select Equity Fund seeks long-term growth of capital. As with any fund, there is no assurance that the Fund will achieve its goal.

**Risk/Reward Spectrum**

LOW — HIGH

Click on the above graphic to view a dynamic flash presentation that illustrates the relative risk/reward characteristics of the PBHG funds.

**Investment Style/Market**

VALUE BLEND GROWTH

**Investment Strategy**
The Select Equity Fund will invest at least 65% of its total assets in common stocks of a limited number that, in the Adviser's opinion, have a strong business momentum, earnings growth outlook and potential appreciation. Normally, the Select Equity Fund's investments will be limited to a relatively small number (no more than 30 stocks) of small, medium and large capitalization companies. Because the Fund focuses on a small number of stocks, the impact of a change in value of a stock holding may be magnified.

**Fund Characteristics as of 6/30/2002**
Benchmark
Number of Holdings
Net Assets
Median Market Cap
Last 12 Months EPS Growth
5 Yr Earnings Growth Rate
Portfolio Turnover*
Expense Ratio*

414

* As of Fiscal Ye

014

9/24/2002 12:48 PM

# PBHG FUNDS

The Power of Discipline
The Rewards of Time

INSIDE PBHG | PBHG FUNDS | INVESTOR MATERIALS

- MY ACCOUNT
- OPEN AN ACCOUNT

**RELATED TOPICS**

Would you like to know more about the Portfolio Managers?
- Michael S. Sutton
- Gregory P. Chodaczek

How do I open an account with PBHG Funds?

Compare the PBHG Select Equity Fund Fund with another PBHG Fund.

See Michael Sutton on the PBHG Growth Investing Process

PBHG Webcast

Home > PBHG Funds > PBHG Select Equity Fund

## PBHG Select Equity Fund

| | As of 9/27/2002 | | Average Annual Total Returns as of 6/30/20 | | | | |
|---|---|---|---|---|---|---|---|
| | Price | YTD | 1 YR | 3 YR | 5 YR | 10 YR | Si |
| | $15.82 | -35.14% | -37.59% | -4.80% | 3.07% | N/A | |
| Lipper Ranking Multi-Cap Growth | | | 325 of 406 | 53 of 233 | 68 of 154 | N/A | |
| Morningstar Rating™ Large Growth | OVERALL ★ | | -- | ★ | ★ | N/A | |

*Rated among 743 and 462 funds for the 3- and 5-year periods, respectively.

**Portfolio Managers:** Michael S. Sutton, CFA and Gregory P. Chodaczek   **Ticker Symbol:** PBHEX

Read 2nd Quarter Commentary from the Portfolio Manager's desk

**Investment Objective:** The Select Equity Fund seeks long-term growth of capital. As with fund, there is no assurance that the Fund will achieve its goal.

**Risk/Reward Spectrum**

LOW ——————————— HIGH

Click on the above graphic to view a dynamic flash presentation that illustrates the relative [...] and the PBHG funds.

**Investment Style/Market**

VALUE  BLEND  GROWTH

**Investment Strategy**
The Select Equity Fund will invest at least 65% of its total assets in common stocks of a limited number that, in the Adviser's opinion, have a strong business momentum, earnings growth outlook and potential appreciation. Normally, the Select Equity Fund's investments will be limited to a relatively small number no more than 30 stocks) of small, medium and large capitalization companies. Because the Fund focuses number of stocks, the impact of a change in value of a stock holding may be magnified.

**Fund Characteristics** as of 6/30/2002
Benchmark
Number of Holdings
Net Assets
Median Market Cap
Last 12 Months EPS Growth
5 Yr Earnings Growth Rate
Portfolio Turnover*
Expense Ratio*

* As of Fiscal Ye

414

014

9/29/2002 12:48 PM