

415

015

9 29 2002 12:48 PM



| | Minimums | Add |
|---|---|---|
| Regular Account | $2500 | |
| Uniform Gifts/Transfer to Minor | $500 | |
| Traditional IRAs | $2000 | |
| Roth IRAs | $2000 | |
| Systematic Investment Plan | $500 | |

**Additional Features**
Retirement Accounts
Direct Deposit
Check Writing

**For more information, please call 1-800-433-0051**

Home   Prospectus   Privacy Policy   Legal Information   Site Map

416

016

9/29/2002 12:48 PM

# DENVER INVESTMENT ADVISORS LLC

| At a Glance | Institutions / Asset Management | Wealth Management | Mutual Funds | Client Access | Consultant Access |

Contact Us | Site Map

## Core Aggregate Management

### Quarterly Performance Results

**Boldface = Core Aggregate Management Gross of Fees**
*Italic = Core Aggregate Management Net of Fees*
Lightface = Lehman Brothers Aggregate Bond Index

| Year | 1st Qtr | 2nd Qtr | 3rd Qtr | 4th Qtr | Year |
|---|---|---|---|---|---|
| 1992 | **(1.08%)** | **4.63%** | **5.04%** | **(0.07%)** | **8.64%** |
| | *(1.17%)* | *4.55%* | *4.96%* | *(0.16%)* | *8.28%* |
| | (1.27%) | 4.24% | 4.30% | 0.26% | 7.40% |
| 1993 | **5.22%** | **3.37%** | **3.35%** | **(0.33%)** | **12.04%** |
| | *5.13%* | *3.26%* | *3.27%* | *(0.41%)* | *11.67%* |
| | 4.14% | 2.66% | 2.61% | 0.08% | 9.75% |
| 1994 | **(3.44%)** | **(1.31%)** | **0.43%** | **0.27%** | **(4.03%)** |
| | *(3.52%)* | *(1.39%)* | *0.35%* | *0.18%* | *(4.36%)* |
| | (2.87%) | (1.03%) | 0.61% | 0.38% | (2.92%) |
| 1995 | **5.19%** | **6.61%** | **2.16%** | **4.71%** | **19.96%** |
| | *5.10%* | *6.52%* | *2.08%* | *4.63%* | *19.57%* |
| | 5.04% | 6.09% | 1.97% | 4.26% | 18.48% |
| 1996 | **(2.02%)** | **0.30%** | **2.08%** | **3.23%** | **3.55%** |
| | *(2.10%)* | *0.21%* | *1.99%* | *3.15%* | *3.21%* |
| | (1.78%) | 0.57% | 1.84% | 3.00% | 3.61% |
| 1997 | **(0.42%)** | **3.84%** | **3.55%** | **2.96%** | **10.24%** |
| | *(0.50%)* | *3.75%* | *3.50%* | *2.88%* | *9.92%* |
| | (0.56%) | 3.68% | 3.32% | 2.95% | 9.67% |
| 1998 | **1.46%** | **2.31%** | **4.38%** | **(0.09%)** | **8.25%** |
| | *1.36%* | *2.22%* | *4.30%* | *(0.16%)* | *7.92%* |
| | 1.54% | 2.34% | 4.23% | 0.34% | 8.67% |
| 1999 | **(0.33%)** | **(0.94%)** | **0.62%** | **(0.03%)** | **(0.69%)** |
| | *(0.41%)* | *(1.01%)* | *0.55%* | *(0.10%)* | *(0.98%)* |
| | (0.51%) | (0.87%) | 0.67% | 0.12% | (0.83%) |
| 2000 | **2.13%** | **1.84%** | **3.13%** | **4.06%** | **11.61%** |
| | *2.05%* | *1.76%* | *3.07%* | *3.99%* | *11.29%* |
| | 2.21% | 1.73% | 3.02% | 4.21% | 11.63% |
| 2001 | **3.55%** | **0.58%** | **3.08%** | **(0.06%)** | **7.30%** |
| | *3.49%* | *0.52%* | *3.01%* | *(0.12%)* | *7.03%* |
| | 3.04% | 0.56% | 4.61% | 0.04% | 8.44% |
| 2002 | **0.11%** | **3.61%** | **N.A** | **N.A** | **3.72%** |
| | *0.05%* | *3.55%* | *N.A* | *N.A* | *3.61%* |
| | 0.10% | 3.69% | N.A | N.A | 3.79% |

417

017

9/20/2002 10:51 AM

Description of Composite — Notes on Performance

1) This composite report has been prepared and presented in compliance with the Performance Presentation Standards of AIMR and the Canadian version of GIPS. AIMR has not been involved with the preparation or review of this report. Results from 1997-2001 have been verified at Level II (independent accountant's report available upon request).
2) As of 12/31/01, performance was from 4 accounts, had an aggregate market value of $152 million and represented 57% of the accounts and 44% of the assets which utilize this style.
3) Inception date was 10/1/89.

See Complete Notes on Performance

Return to Core Aggregate Management

At a Glance | Institutional Asset Management | Wealth Management | Mutual Funds
Client Access | Consultant Access | Analyst Coverage | Form ADV Filing | Home

This web site and any software, graphic image, data and other non-text based materials available through this site are the proprietary property of Denver Investment Advisors LLC and/or third parties. Any use of the Denver Investment Advisors LLC name, or the text or graphic materials contained in this web site is prohibited.

This is a SvS.sE Web Site

418

018

## CERTIFICATION:

A copy of the foregoing has been mailed, postage prepaid, to the following counsel and pro se parties of record:

David L. Gussak
Reiner, Reiner & Bendett, P.C.
160 Farmington Avenue
Farmington, CT  06032

Date: October 1, 2002

_____
Thomas G. Moukawsher

419