## 401(k) PROFIT SHARING ANALYSIS (Gains/Losses)

### 1999

| | Beginning Balance | Ending Balance | $ Gain/Loss | % Gain/Loss |
|---|---|---|---|---|
| Profit Sharing Plan | 1,700,615 | | | |
| Contribution (made in 2000) | 120,000 | 1,826,793 | 6,177 | 0.36% |
| Pension Plan | 528,875 | 688,454 | 159,579 | 30.00% |
| Totals | 2,349,490 | 2,515,247 | 165,756 | 7.43% |

\* Most employees are not participants of the Pension Plan. Consequently, they did not realize more than a .36% gain on their assets.

\*\* The above is to exemplify the Profit Sharing Plan's potential during 1999 as indicated by the Pension Plan and overall market's gain.

### 2000

| | Beginning Balance | Ending Balance | $ Gain/Loss | % Gain/Loss |
|---|---|---|---|---|
| Profit Sharing Plan | 1,826,793 | 1,803,835 | -22,958 | -1.26% |
| Contribution by UCP for 401(k) | | 27,460 | | |
| Pension Plan | 688,454 | 518,116 | -170,338 | -24.74% |
| Contribution by UCP for 401(k) | | 7,988 | | |
| Totals | 2,515,247 | 2,357,399 | -193,296 | -7.69% |

### 2001
to liquidation 4/01

| | Beginning Balance | Ending Balance | $ Gain/Loss | % Gain/Loss |
|---|---|---|---|---|
| Profit Sharing Plan | 1,831,295 | 1,824,567 | -6,728 | -0.37% |
| Pension Plan | 526,104 | 455,439 | -70,665 | -13.43% |
| Less: Termination & Admin. Fees | | -13,200 | | |
| Totals | 2,357,399 | 2,266,806 | -77,393 | -3.28% |

427