ANCO
19 Saddle Hill Circle
Newington, CT 06111

Mar. 30, 2001

Ref. #1204


Pd. 5/19/01

To: K.L.C. Inc. 401(k) Profit Sharing Plan
    433 New Park Avenue
    West Hartford, CT 06110

# INVOICE

For Professional Services rendered in connection with consolidation of 401(k) funds and termination of Profit Sharing and Profit Sharing Rollover (Pension) Plans, including:

| Date | Description | Hours |
|---|---|---|
| 07-Aug-00 | Conference call with Jeff Winnick and Karen Roche re additonal 401(k) funds oweing Unicapital | 0.6 |
| 10-Aug-00 | Conference with Diane Iverson re accrual for 401(k) funds on financials | 0.2 |
| 14-Aug-00 | Various conferences with Chantale Champagne, Jody Miceli, Albert Barre, Barry Hannen, Maribeth Mecca, Lynn Randall, Angela T. Tarpinian, Subramaniam Viswanathan and James Mager and Greg Stopka concerning security of the profit sharing funds | 2.4 |
| 14-Aug-00 | Conference with Rosanne Matthews, Joan Wilson and Diane Iverson regarding additional funds due UCP for 401(k) | 0.5 |
| 14-Aug-00 | Conference with Sandy Pangburn at Milliman Robertson re value of invested 401(k) funds | 0.4 |
| 14-Aug-00 | Confernce with Steve Lapidus (UCP attorney) re unallocated 401(k) funds | 0.3 |
| 22-Aug-00 | Conference with Jeff Winnick re allocation of 401(k) funds | 0.4 |
| 25-Aug-00 | Confernce with James Mager | 0.2 |
| 08-Sep-00 | Conference with Al Barre re notification of assets in Profit Sharing Plan including 401(k) | 0.3 |
| 19-Sep-00 | Conference with Subramanian Viswanathan re monies due him from Plan | 0.2 |
| 21-Sep-00 | Conference with Rosanne Matthews re additional funds to be forwarded for 401(k) | 0.3 |
| 02-Oct-00 | Conference with Jeff Winnick re UCP requests for monies | 0.4 |
| 04-Oct-00 | Conference with Angela Tarpinian regarding security of funds | 0.2 |
| 05-Oct-00 | Conference with Yvette Hagins and Maribeth Mecca concerning assets in 401(k) and Profit Sharing Plans | 0.5 |
| 24-Oct-00 | Conference with Dawn Hildenbrandt at Milliman and Robertson re 401(k) investments and apportionment from Jan. 1999 | 0.7 |
| 26-Oct-00 | Conference with Daawn Hindenbrandt and Alan Kaufman regarding apportionment of 401(k) funds | 0.6 |
| 31-Oct-00 | Conference with Sally Sarkissian of Pension Consultsants concerning verification of 120,000 contribution in 2000 for submission to IRS | 1.3 |
| 01-Nov-00 | Conference with Al Barre and Barry Hannen regarding funds' security | 0.2 |
| 10-Nov-00 | Conference with Sally Sarkissian re IRS request for 1998 plan year participants who exceeded 415 maximum contributions | 0.3 |
| 10-Nov-00 | Forwarding correspondence re 415 maximum contribujtions to UCP | 0.3 |
| 17-Nov-00 | Attention to correspondence from IRS regarding above | 0.2 |
| 20-Nov-00 | Attention to Annual Summary Report notification to participants | 0.3 |
| 28-Nov-00 | Conference with Dawn Hildenbrandt at Milliman and Robertson re distribution to employees of 401(k) monies | 0.5 |
| 10-Dec-00 | Conference with Karen Roche | 0.2 |
| 10-Dec-00 | Conference with Attorney Winnick re additional fees owing from Plan | 0.6 |
| 11-Jan-01 | Conference with Karen Roche re Pension Consultants additional fees | 0.5 |
| 18-Jan-01 | Balancing 7 months of bank statements, organizing monthly security statements and updating files | 3.2 |
| 20-Jan-01 | Updating assets over 7 months in all plans | 6.1 |
| 22-Jan-01 | Conference with Lynn Randall regarding additional statements from | |

| Date | Description | Hours |
|---|---|---|
| | Fidelity, PBHG and Robertson Stevens needed for recon and attention to obtaining same (from office) | 0.9 |
| 22-Jan-01 | Conferences with Robertson Stevens and Krupps Insured Mortgage regarding year-end values and request for statements | 0.7 |
| 26-Jan-01 | Following for above values and readjustment of final figures | 1.3 |
| 22-Jan-01 | Conference with Jeff Winnick re monies remaining in 401(k) and where it should be allocated | 0.5 |
| 22-Jan-01 | Conference with Karen Roche re deletion of 401(k) funds from plan assets | 0.6 |
| 20-Jan-01 | Recalculation of assets deleting 401(k) portion from plan assets | 2.9 |
| 26-Jan-01 | Conference with Sally Sarkissian re yearly contributions since inception of plans | 0.8 |
| 01-Feb-01 | Conversation with Jeff Winnick re payment of attorney fees | 0.2 |
| 02-Feb-01 | Conference with Sally Sarkissian re forwarding of plan assets and requirements from Pension Consultants concerning fees | 0.4 |
| 03-Feb-01 | Attention to assets via fax and verifying figures from Pension Consultants for plan year 1999 | 2.0 |
| 04-Feb-01 | Attention to 1/24/01 letter from Pension Consultants re rollover of assets in kind | 0.1 |
| | Various trips to KLC to obtain fund information and forwarding same to recordkeeper and attorney | 8.3 |
| | Many conversations via phone and at office with employees concerning funds | 4.6 |
| | Numerous conversations with Alan Kaufman re plan assets | 4.0 |
| | Attention to liquidation of all assets<br>Numerous conversations with Merrill Lynch re assets<br>Correspondence and telephone communications with 40 participants of Plans and following for responses;<br>Attention to return of employee information, calculating additional monies earned, adjusting original amounts calculated from Pension Consultants to be paid out and issuing of checks therefor. | 38.5 |
| | | $8,700.00 |