## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KAREN B. COAN, Individually and on behalf of the K.L.C. Inc. 401(k) Profit Sharing Plan | : | NO.3:01CV1737(MJK) |
| Plaintiffs, | : | |
| V. | : | |
| ALAN H. KAUFMAN, ET AL. | : | |
| Defendants. | : | NOVEMBER 4, 2003 |

### PLAINTIFF'S FIRST UNOPPOSED MOTION
### FOR 30 DAY EXTENSION OF TIME TO FILE OPPOSITION BRIEF

Plaintiff, Karen B. Coan, in the above captioned matter hereby respectfully requests an extension of time of thirty (30) days from November 5, 2003, up to and including December 5, 2003, in which to respond to Defendants' Motion for Summary Judgment, dated October 15, 2003. Defendants' counsel has indicated to the undersigned that he does not object to plaintiff's request. In support hereof, plaintiff respectfully submits:

1.   Plaintiff's counsel are currently occupied with completing several briefs for other cases, and are under imminent deadlines with respect to such briefs.

2.   The numerous legal issues defendants raise in their Motion will require considerable further research and analysis by plaintiff's counsel.

3.   This is plaintiff's first motion to extend time to reply to defendants' motion.

WHEREFORE, the plaintiff in the above-captioned matter hereby respectfully moves for a thirty day extension of time through and including December 5, 2003.

PLAINTIFF: Karen B. Coan

BY: _____
Thomas G. Moukawsher (ct08940)
Ian O. Smith (ct24135)
Moukawsher & Walsh, LLC
328 Mitchell Street
Groton, CT 06340
(860) 445-1809

## CERTIFICATION

I hereby certify that a copy of the foregoing has been mailed on this date to the following counsel of record:

                                      Glenn W. Dowd, Esquire
                                      Day, Berry & Howard, LLP
                                      CityPlace I, 185 Asylum St.
                                      Hartford, CT 06103-3499

Date:  November 4, 2003
                                      _____
                                      Thomas G. Moukawsher