UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KAREN B. COAN, Individually and on behalf of the K.L.C. Inc. 401(k) Profit Sharing Plan | : : : : | NO. 3:01CV1737(MRK) |
| Plaintiffs | : : | |
| V. | : : | |
| ALAN H. KAUFMAN, ET AL. | : : | |
| Defendants | : | |

## ORDER

Plaintiff's First Unopposed Motion For 30 Day Extension Of Time To File Opposition Brief (Doc. #53), dated November 4, 2003, is hereby GRANTED. Plaintiffs shall file their response to Defendant's Motion For Summary Judgment on or before December 5, 2003.

IT IS SO ORDERED.

/s/    Mark R. Kravitz
                 U.S.D.J.

Dated at New Haven, Connecticut: November 13, 2003