UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KAREN B. COAN, Individually and on behalf of the K.L.C. Inc. 401(k) Profit Sharing Plan | : | NO.3:01CV1737(MRK) |
| Plaintiffs, | : | |
| V. | : | |
| ALAN H. KAUFMAN, ET AL. | : | |
| Defendant. | : | DECEMBER 5, 2003 |

**PLAINTIFF'S OBJECTION TO DEFENDANTS'**
**MOTION FOR SUMMARY JUDGMENT**

Karen B. Coan ("Coan"), plaintiff in the above captioned matter, hereby objects to the motion for summary judgment filed by defendant. As is more particularly set forth in the accompanying memorandum of law, Coan respectfully represents that there are genuine issues of material fact in dispute and defendant is not entitled to judgment as a matter of law.

ORAL ARGUMENT REQUESTED
NO TESTIMONY REQUIRED

THE PLAINTIFF:
KAREN B. COAN

By _____
Thomas G. Moukawsher (ct08940)
Ian O. Smith (ct24135)
Moukawsher & Walsh, LLC
21 Oak Street, Suite 209
Hartford, CT 06106
(860) 278-7000
Her Attorneys

### CERTIFICATION:

A copy of the foregoing has been mailed, postage prepaid, to the following counsel and pro se parties of record:

Glenn W. Dowd, Esquire
Day, Berry & Howard, LLP
CityPlace I, 185 Asylum St.
Hartford, CT 06103-3499

Date: December 5, 2003

_____
Thomas G. Moukawsher