UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KAREN B. COAN, Individually and on behalf of the K.L.C. Inc. 401(k) Profit Sharing Plan | : NO 3:01CV1737(MRK) |
| Plaintiffs, | : |
| v. | : |
| ALAN H. KAUFMAN, ET AL. | : |
| Defendants. | : DECEMBER 8, 2003 |

## PLAINTIFF'S MOTION FOR PERMISSION TO FILE SUBSTITUTE DOCUMENTS IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Plaintiff, Karen B. Coan, in the above captioned matter hereby respectfully requests permission to file substitute documents in opposition to defendants' motion for summary judgment in the form accompanying this motion. In support hereof, plaintiff respectfully submits:

1. Plaintiff's counsel prepared and filed complete opposition papers on the date the opposition papers were due, December 5, 2003.

2. Because of the inclement weather on that date and the consequent absence of certain members of counsel's staff, a printing problem created two errors in the brief: (a) spacing errors on certain pages, and (b) the absence of the text for footnote 10 to the memorandum of law.

WHEREFORE, plaintiff respectfully seeks leave to file the substitute documents correcting those errors but making no further changes as its submission in opposition to defendants' motion for summary judgment.

PLAINTIFF: Karen B. Coan

BY: _____
Thomas G. Moukawsher (ct08940)
Ian O. Smith (ct24135)
Moukawsher & Walsh, LLC
21 Oak Street
Hartford, CT 06106
(860) 278-7000

## CERTIFICATION

I hereby certify that a copy of the foregoing has been mailed on this date to the following counsel of record:

Glenn W. Dowd, Esquire
Day, Berry & Howard, LLP
CityPlace I, 185 Asylum St.
Hartford, CT 06103-3499

Date:  December 8, 2003

_____
Thomas G. Moukawsher