UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KAREN B. COAN, Individually and on behalf of the K.L.C. Inc. 401(k) Profit Sharing Plan | : : : : | NO. 3:01CV1737(MRK) |
| Plaintiffs | : : | |
| V. | : : | |
| ALAN H. KAUFMAN, ET AL. | : : | |
| Defendants | : | |

## ORDER

Plaintiff's Motion For Permission To File Substitute Documents In Opposition To Defendants' Motion For Summary Judgment [Doc. #59], dated December 8, 2003, is hereby **GRANTED**.

IT IS SO ORDERED.

/s/     Mark R. Kravitz
U.S.D.J.

Dated at New Haven, Connecticut: December 10, 2003