UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

KAREN B. COAN, Individually : NO. 3:01CV1737(MRK)
and on behalf of the K.L.C. Inc. :
401(k) Profit Sharing Plan :
:
Plaintiffs, :
:
v. :
:
ALAN H. KAUFMAN, ET AL. :
:
Defendants. : DECEMBER 12, 2003

## PLAINTIFF'S MOTION FOR PERMISSION TO EXCEED LOCAL RULE 7(a)2's MEMORANDUM PAGE LIMIT

Plaintiff Karen B. Coan ("Coan") respectfully moves the Court for permission to exceed the forty (40) page limit applicable to briefs and memoranda, as set forth in D. Conn. L. Civ. R. 7(a)2, with respect to her Substitute Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment.

Plaintiff's Memorandum was fifty-four (54) pages long, fourteen (14) pages longer than the limit set forth in D. Conn. L. Civ. R. 7(a)2. Because of the complexity of the legal issues involved, as well as the need to properly present the facts surrounding Coan's claims, such length was necessary.

Therefore, Coan respectfully requests that the Court grant the instant motion permitting her to exceed Local Rule 7(a)2's forty page limit for briefs and memoranda.

PLAINTIFF: Karen B. Coan

BY: /s/ Ian O. Smith
Thomas G. Moukawsher (ct08940)
Ian O. Smith (ct24135)
Moukawsher & Walsh, LLC
21 Oak Street; Suite 209
Hartford, CT 06106
(860) 278-7000

## CERTIFICATION

I hereby certify that a copy of the foregoing has been mailed on this date to the following counsel of record:

Glenn W. Dowd, Esquire
Day, Berry & Howard, LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103-3499

Date: December 12, 2003

/s/ Ian O. Smith
Ian O. Smith