FILED

2003 DEC 18 P 2: 11

US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KAREN B. COAN, Individually and on behalf of the K.L.C. Inc 401(k) Profit Sharing Plan<br>Plaintiffs, | :<br>:<br>: |
| | : CIVIL ACTION NO.<br>: 3:01CV1737 (RNC) |
| V. | :<br>: |
| ALAN H. KAUFMAN, ET AL.<br>Defendants. | :<br>: DECEMBER 18, 2003 |

**MOTION FOR EXTENSION OF TIME**

The Defendants, Alan H. Kaufman and Edgar W. Lee (collectively, "Defendants"), respectfully move this Court for a ten (10) day extension of time to file an opposition to Plaintiff's Motion to Preclude Affidavit of Edgar Lee by Karen B. Coan, filed December 10, 2003, until and including January 9, 2004.

Ian O. Smith, Esq., counsel for Plaintiff, consents to the granting of this Motion for Extension of Time. This is Defendants' first request for an extension of time directed to this matter.

DEFENDANTS,
ALAN H. KAUFMAN and EDGAR W. LEE

By_____
Glenn W. Dowd (ct# 12847)
Daniel A. Schwartz (ct# 15823)
Kristin Thomas (ct#24578)
Day, Berry & Howard LLP
CityPlace I, 185 Asylum Street
Hartford, CT  06103-3499
(860) 275-0100
(860) 275-0343 (fax)
email:  gwdowd@dbh.com
        daschwartz@dbh.com
        kthomas@dbh.com

## CERTIFICATION

THIS IS TO CERTIFY a copy of the foregoing MOTION TO FOR EXTENSION OF TIME has been sent via facsimile and overnight mail service to the following counsel and parties of record on December 18, 2003:

Thomas G. Moukawsher
Moukawsher & Walsh LLC
328 Mitchell Street
P. O. Box 966
Groton, CT 06340

Ian O. Smith
Moukawsher & Walsh LLC
21 Oak Street, Suite 100
Hartford, CT 06106

_____
Kristin Thomas