#67

FILED

2003 DEC 18 P 2: 11

U.S. DISTRICT COURT
HARTFORD CT

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| KAREN B. COAN, Individually and on behalf of the K.L.C. Inc 401(k) Profit Sharing Plan<br>    Plaintiffs, | |
| | CIVIL ACTION NO.<br>3:01CV1737 (RNC) |
| V. | |
| ALAN H. KAUFMAN, ET AL.<br>    Defendants. | DECEMBER 18, 2003 |

## MOTION FOR EXTENSION OF TIME

The Defendants, Alan H. Kaufman and Edgar W. Lee (collectively, "Defendants"), respectfully move this Court for a ten (10) day extension of time to file an opposition to Plaintiff's Motion to Preclude Affidavit of Edgar Lee by Karen B. Coan, filed December 10, 2003, until and including January 9, 2004.

Ian O. Smith, Esq., counsel for Plaintiff, consents to the granting of this Motion for Extension of Time. This is Defendants' first request for an extension of time directed to this matter.

December 19, 2003.   Granted. So ordered.
Robert N. Chatigny, U.S.D.J.

FILED
2003 DEC 22 A ?:
U.S. DISTRICT COURT
HARTFORD, CT.