# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

KAREN B. COAN, Individually and on behalf   :
of the K.L.C. Inc 401(k) Profit Sharing Plan   :
     Plaintiffs,   :
   :     CIVIL ACTION NO.
   :     3:01CV1737 (MRK)
   :
     V.   :
   :
ALAN H. KAUFMAN, ET AL.   :
     Defendants.   :     January 5, 2004

## MOTION TO RESCHEDULE
## TELEPHONIC STATUS CONFERENCE

The undersigned counsel hereby requests that this Court reschedule the telephonic status conference scheduled for Wednesday, January 21, 2004, at 3:30 p.m. The undersigned counsel has an out-of-state deposition scheduled for that date that has been planned many weeks in advance, and would be virtually impossible to reschedule. Counsel for the plaintiff has been contacted and consents to moving the status conference to either January 14, 2004 or January 15, 2004.

DEFENDANTS,
ALAN H. KAUFMAN and EDGAR W. LEE

By_____
     Glenn W. Dowd (ct# 12847)
     Daniel A. Schwartz (ct# 15823)
     Kristin Thomas (ct#24578)
     Day, Berry & Howard LLP
     CityPlace I, 185 Asylum Street
     Hartford, CT  06103-3499
     (860) 275-0100
     (860) 275-0343 (fax)
     email:  gwdowd@dbh.com
     daschwartz@dbh.com
     kthomas@dbh.com

<u>**CERTIFICATION**</u>

THIS IS TO CERTIFY a copy of the foregoing was sent via facsimile and first-class mail, postage prepaid to the following counsel and parties as of this date:

Thomas G. Moukawsher                    Ian O. Smith
Moukawsher & Walsh LLC                  Moukawsher & Walsh LLC
328 Mitchell Street                     21 Oak Street, Suite 100
P. O. Box 966                           Hartford, CT  06106
Groton, CT 06340

_____
Glenn W. Dowd