## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KAREN B. COAN, Individually and on behalf of the K.L.C. Inc. 401(k) Profit Sharing Plan | : : : : | NO. 3:01CV1737(MRK) |
| Plaintiffs | : : | |
| V. | : : | |
| ALAN H. KAUFMAN, ET AL. | : : | |
| Defendants | : | |

### ORDER

Defendants' Motion To Reschedule Telephonic Status Conference is hereby **GRANTED**.

The new date and time for the telephonic status conference is **Monday, January 12, 2004, at 2:15 p.m.**

IT IS SO ORDERED.

/s/      Mark R. Kravitz
             U.S.D.J.

Dated at New Haven, Connecticut: January 7, 2004.