# Day, Berry & Howard LLP
COUNSELLORS AT LAW

Kristin Thomas
Direct Dial: (860) 275-0116
E-mail: kthomas@dbh.com

August 14, 2003

**VIA FACSIMILE AND OVERNIGHT DELIVERY**

Thomas G. Moukawsher, Esq.
Moukawsher & Walsh LLC
328 Mitchell Street
P. O. Box 966
Groton, CT  06340

Ian O. Smith, Esq.
Moukawsher & Walsh LLC
21 Oak Street
Suite 100
Hartford, CT  06106

  Re: *Coan v. Kaufman, et al.*, No. 3:01CV1737 (RNC)

Dear Attorney Moukawsher and Attorney Smith:

  Enclosed please find a copy of the Affidavit of Edgar Lee, which was executed by Mr. Lee on June 9, 2003. This affidavit was prepared in anticipation of our motion for summary judgment. We are producing the affidavit now due to the recent extension of time ordered in connection with the filing of the summary judgment motion.

  Please call me if I can be of further assistance.

             Very truly yours,

             Kristin Thomas

KT
Enclosures

cc: Glenn W. Dowd, Esq.