UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Monday, January 12, 2004
2:15 p.m.

CASE NO. **3:01cv1737 MRK**    **Coan v. Kaufman, et al**

Glenn William Dowd
Day, Berry & Howard
Cityplace I
185 Asylum Street
Hartford, CT 06103-3449

Thomas G. Moukawsher
Moukawsher & Walsh
Capitol Place
21 Oak St., Suite 209
Hartford, CT 06106

Daniel Adam Schwartz
Day, Berry & Howard
Cityplace I
185 Asylum St.
Hartford, CT 06103-3499

Ian O. Smith
Moukawsher & Walsh
Capitol Place
21 Oak St.
Suite 209
Hartford, CT 06106

Kristin Thomas
Day, Berry & Howard
Cityplace I
185 Asylum Street
Hartford, CT 06103-3449

STATUS CONFERENCE HELD
DATE: 1/12/04

25 min.

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK