UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KAREN B. COAN, Individually and on behalf of the K.L.C. Inc. 401(k) Profit Sharing Plan | : : : | NO. 3:01CV1737(MRK) |
| Plaintiffs | : : | |
| V. | : : | |
| ALAN H. KAUFMAN, ET AL. | : : | |
| Defendants | : | |

### ORDER

Plaintiff's Motion For Permission To Exceed Local Rule 7(a)2's Memorandum Page Limit (Doc. #66), dated December 12, 2003, is hereby GRANTED.  Plaintiffs shall submit a brief not to exceed 54 pages.

IT IS SO ORDERED.

/s/      Mark R. Kravitz
              U.S.D.J.

Dated at New Haven, Connecticut: January 13, 2004.