UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KAREN B. COAN, Individually and on behalf of the K.L.C. Inc 401(k) Profit Sharing Plan, | CIVIL ACTION NO. 3:01CV1737 (MRK) |
| Plaintiffs, | |
| v. | |
| ALAN H. KAUFMAN, ET AL., Defendants. | JANUARY 14, 2004 |

## DEFENDANTS' REPLY TO COURT'S INQUIRY REGARDING STATUS OF AFFIDAVIT OF EDGAR LEE

During the status conference between the parties and this Court on January 12, 2004, this Court asked whether resolution of plaintiff's Motion to Preclude the Affidavit of Edgar Lee was necessary to the determination of defendants' pending Summary Judgment Motion. The Court pointed out that Mr. Lee's Affidavit dealt primarily with background information that did not affect the standing arguments upon which defendants' Summary Judgment Motion is based. As a result, the Court asked defendants' counsel to review its Summary Judgment Motion and Mr. Lee's Affidavit to determine whether it needed to rule upon the Motion to Preclude Mr. Lee's Affidavit in order to resolve the Summary Judgment Motion. This pleading is intended to reply to the Court's request.

After review of the Summary Judgment Motion and Mr. Lee's Affidavit, the defendants have concluded that it is not necessary for the Court to rule upon plaintiff's Motion to Preclude Mr. Lee's Affidavit in order to rule upon the defendants' pending Motion for Summary Judgment. The defendants reserve their rights to use Mr. Lee's Affidavit for all appropriate purposes after resolution of the Summary Judgment Motion, should it be necessary to do so.

DEFENDANTS,
ALAN H. KAUFMAN and EDGAR W. LEE

By: _____
Glenn W. Dowd (ct# 12847)
Daniel A. Schwartz (ct# 15823)
Kristin Thomas (ct#24578)
Day, Berry & Howard LLP
CityPlace I, 185 Asylum Street
Hartford, CT  06103-3499
(860) 275-0100
(860) 275-0343 (fax)
email:  gwdowd@dbh.com
          daschwartz@dbh.com
          kthomas@dbh.com

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing has been sent this date via first-class mail, postage prepaid, to:

Thomas G. Moukawsher
Moukawsher & Walsh LLC
328 Mitchell Street
P. O. Box 966
Groton, CT 06340

Ian O. Smith
Moukawsher & Walsh LLC
21 Oak Street, Suite 100
Hartford, CT 06106

_____
Glenn W. Dowd

-2-