HONORABLE M.R. Krawitz
CrtcvmhrgJanuary 10, 2002)
DEPUTY CLERK K. Ghilardi    RPTR/ERO/TAPE Thea

TOTAL TIME: _1_ hours _40_ minutes

DATE March 30, 2004    START TIME 2:30    END TIME 4:10
LUNCH RECESS FROM __ TO __
RECESS FROM __ TO __ (if more than 1/2 hour)

**Coan**

CIVIL NO. 3:01 CV 1737 MRK
§
§    Thomas G. MoyKawster
§    Ian O. Smith
§    Plaintiffs Counsel
vs.    ☐ SEE ATTACHED CALENDAR FOR COUNSEL

**Kaufman, et al**
§
§    ~~Peter G. Moy Kautsho~~
Defendants Counsel
~~Diana Smith~~
Glenn W. Dowd

## COURTROOM MINUTES - CIVIL (check one box)

☒ (mhrgh) Motion Hearing    ☐ (confmhrg.) Confirmation Hearing    ☐ (showhrg.) Show Cause Hearing
☐ (contmphrg.) Contempt Hearing    ☐ (evidhrg.) Evidentiary Hearing    ☐ (jgmdbexam.) Judgment Debtor Exam
☐ (pchrg.) Probable Cause Hearing    ☐ (fairhrg.) Fairness Hearing    ☐ (stlmthrg.) Settlement Hearing
☐ (mischrg.) Miscellaneous Hearing

MOTION DOCUMENT NO.

☒ #50 Motion For Summary Judgement — ☐ granted ☐ denied ☒ advisement
☒ #56 Motion to Preclude affidavit w/o prej — ☐ granted ☒ denied ☐ advisement
☒ #61 Motion to Preclude affidavit w/o prej — ☐ granted ☒ denied ☐ advisement
☒ # Motion — granted denied advisement