UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

KAREN B. COAN, Individually and on
behalf of K. L. C. Inc. 401(k) Profit
Sharing Plan,

    Plaintiffs,

    v.                          Civil No.  3:01cv1737(MRK)

ALAN H. KAUFMAN,
EDGAR W. LEE

    Defendants

## **JUDGMENT**

This matter came on for consideration on defendants' Motion for Summary Judgment before the Honorable Mark R. Kravitz, United States District Judge.

The Court has reviewed all of the papers filed in conjunction with the motion and on August 31, 2004, entered a Memorandum of Decision granting the relief.

It is therefore ORDERED and ADJUDGED that judgment is entered for the defendants and the case is closed.

Dated at New Haven, Connecticut, this 1st day of September, 2004.

                                          KEVIN F.  ROWE, CLERK
                                          By
                                              /s/ Kenneth R. Ghilardi
                                          Kenneth R. Ghilardi
                                          Deputy Clerk

EOD: _____