UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KAREN B. COAN, Individually and on behalf of the K.L.C. Inc. 401(k) Profit Sharing Plan | : : : : | NO.3:01CV1737(MRK) |
| Plaintiffs, | : : | |
| v. | : : | |
| ALAN H. KAUFMAN, ET AL. | : : | |
| Defendants. | : | SEPTEMBER 14, 2004 |

**PLAINTIFF'S MOTION FOR RECONSIDERATION**

The plaintiff Karen Coan moves under Local Rule of Civil Procedure 7 (c) for the Court to reconsider its summary judgment decision. As she explains in detail in the memorandum of law accompanying this motion, Coan believes the Court should reconsider its decision in light of two cases the Court did not consider in its Memorandum of Decision – the Ninth Circuit's 1995 ruling in *Kayes v. Pacific Lumber*[1] and the Southern District of Ohio's August 10, 2004 ruling in *In re AEP ERISA Litigation*[2].

Coan asks the Court to reconsider its decision to grant a summary judgment to Kaufman and Lee because of Coan's noncompliance with Rule 23.1. She asks that the Court instead agree with the two cases she cites that Rule 23.1 doesn't

---

[1] 51 F.3d 1449 (9th Cir. 1995).
[2] 327 F. Supp. 2d 812 (D. Ohio, 2004); 2004 U.S. Dist. LEXIS 15584 (D. Ohio, August 10, 2004)(Exhibit 2).

apply to cases brought under ERISA §502 (a)(2), and that Kaufman and Lee may not have summary judgment.

PLAINTIFF: Karen B. Coan

BY: /s/ Thomas G. Moukawsher
Thomas G. Moukawsher (ct08940)
Ian O. Smith (ct24135)
Moukawsher & Walsh, LLC
21 Oak Street; Suite 209
Hartford, CT 06106
(860) 278-7000

## CERTIFICATION

I hereby certify that a copy of the foregoing has been mailed on this date to the following counsel of record:

Glenn W. Dowd, Esquire
Day, Berry & Howard, LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103-3499

Date: September 14, 2004        /s/ Thomas G. Moukawsher
Thomas G. Moukawsher