## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KAREN B. COAN, Individually and on behalf of the K.L.C. Inc 401(k) Profit Sharing Plan | : : : | CIVIL ACTION NO. 3:01CV1737 (MRK) |
| Plaintiffs, | : : : : : | |
| V. | : : | |
| ALAN H. KAUFMAN, ET AL. Defendants. | : : | SEPTEMBER 15, 2004 |

### DEFENDANT'S MOTION FOR EXTENSION OF TIME
### TO FILE A MOTION FOR ATTORNEYS FEES
### UNDER 29 U.S.C. 1132(G)(1) AND UNDER LOCAL RULE 11(A)

Pursuant to the District of Connecticut Local Rule 11(a), the Defendants, Alan H. Kaufman and Edgar W. Lee, hereby move this Court for an extension of time to file their Motion for Attorneys Fees in the above-captioned matter.  Defendants' Motion for Attorneys Fees is based on the statutory authority for fees granted in 29 U.S.C. 1132(g)(1), which authorizes an award of attorneys fees to "either party" in an action brought by a participant or beneficiary of an ERISA plan.

Judgment was entered in this case on September 2, 2004.  Under Rule 11(a), a Motion for Attorneys Fees would be due on October 4, 2004, the first business day occurring 30 days after the entry of judgment.  Defendants seek an additional 30 days from this date to prepare their Motion for Attorneys Fees, making such motion due on or before **November 3, 2004**.  Defendants' basis for this Motion is that they need additional time to review and analyze the relevant attorneys fees and to prepare their application for fees based on that information.

- 2 -

  Defendants' counsel has discussed this request with plaintiff's counsel, who states that he does not object to this motion. This is the first such motion for extension of time filed by the Defendants with respect to this Motion for Attorneys Fees.

                DEFENDANTS,
                ALAN H. KAUFMAN and EDGAR W. LEE


              By_____
                Glenn W. Dowd (ct# 12847)
                Day, Berry & Howard LLP
                700 State Street, 4th Floor
                New Haven, CT  06511
                (203) 752-5000
                (203) 752-5001 (fax)
                email:  gwdowd@dbh.com


## CERTIFICATION

  THIS IS TO CERTIFY a copy of the foregoing DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR ATTORNEYS FEES has been sent this date via United States Mail, postage prepaid, to the following counsel and parties of record:

| | |
|---|---|
| Thomas G. Moukawsher<br>Moukawsher & Walsh LLC<br>328 Mitchell Street<br>P. O. Box 966<br>Groton, CT 06340 | Ian O. Smith<br>Moukawsher & Walsh LLC<br>21 Oak Street, Suite 100<br>Hartford, CT  06106 |


              _____
              Glenn W. Dowd