# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KAREN B. COAN, Individually and on behalf of the K.L.C. Inc. 401(k) Profit Sharing Plan | : : : : | NO.3:01CV1737(MRK) |
| Plaintiffs, | : : | |
| v. | : : | |
| ALAN H. KAUFMAN, ET AL. | : : | |
| Defendants. | : | SEPTEMBER 22, 2004 |

## NOTICE OF APPEAL

1.　Pursuant to Fed. R. App. P. 4 (a)(1), the plaintiff in the above-named case, hereby gives notice of appeal and appeals to the United States Court of Appeals for the Second Circuit from the Court's final ruling on defendants' motion for summary judgment dated August 31, 2004, and final judgment dated September 2, 2004.

2.　The Judgment in this action was entered on September 2, 2004 based upon a summary judgment of the Court dated August 31, 2004, which found for the defendants and against the plaintiff. The plaintiff appeals from this ruling and judgment.

>RESPECTFULLY SUBMITTED,
>PLAINTIFF: Karen B. Coan
>
>
>BY: /s/ Thomas G. Moukawsher
>Thomas G. Moukawsher (ct08940)
>Ian O. Smith (ct24135)
>Moukawsher & Walsh, LLC
>21 Oak Street; Suite 209
>Hartford, CT 06106
>(860) 278-7000

## CERTIFICATION

I hereby certify that a copy of the foregoing has been mailed on this date to the following counsel of record:

>Glenn W. Dowd, Esquire
>Day, Berry & Howard, LLP
>CityPlace I
>185 Asylum Street
>Hartford, CT 06103-3499

Date: September 22, 2004          /s/ Thomas G. Moukawsher
                                  Thomas G. Moukawsher

2