# EXHIBIT A

## K.L.C., INC.
### 401(k) PARTICIPANT ACCOUNTS
12/3/99   AT 12/31/99

| Participant Name | Employee Deferrals | Employer Match | Total |
|---|---|---|---|
| Amazeen, Paula | 21,414.92 | 1,957.09 | 23,372.01 |
| Barre, Albert | 14,546.46 | 2,283.56 | 16,830.02 |
| Belniak, Theresa | 4,086.50 | 841.19 | 4,927.69 |
| Champagnie, Yvette | 4,955.94 | 1,066.11 | 6,022.05 |
| Champagne, Chantale | 643.03 | 157.22 | 800.25 |
| Ciralli, Richard | 9,952.42 | 1,716.62 | 11,669.04 |
| Coates, John | 1,894.37 | 424.23 | 2,318.60 |
| Craft-Miceli, Nancy | 102.99 | | 102.99 |
| D'Alfonso, Carmela | 4,638.14 | 1,029.01 | 5,667.15 |
| Finn, Marguerite | 4,758.70 | 1,049.09 | 5,807.79 |
| Hanenbaum, Barry | 15,557.14 | 2,569.29 | 18,126.43 |
| Jones, Russell | 1,305.27 | 295.09 | 1,600.36 |
| Kaufman, Alan | 34,420.86 | 4,114.11 | 38,534.97 |
| Kaufman, Todd | 27,231.61 | 4,146.56 | 31,378.17 |
| Garner, Shelbie | 10,807.57 | 1,250.58 | 12,058.15 |
| Langdo, Donna | 866.11 | 190.86 | 1,056.97 |
| Lee, Edgar | 34,947.88 | 4,146.56 | 39,094.44 |
| Lee, William | 12,617.57 | 1,569.04 | 14,186.61 |
| Levy, Diane | 4,506.47 | 714.02 | 5,220.49 |
| Mecca, Maribeth | 7,190.12 | 997.23 | 8,187.35 |
| Miceli, Jody | 1,611.59 | 371.56 | 1,983.15 |
| Michalowski, Pina | 3,926.69 | 942.26 | 4,868.95 |
| Murdock, Lisa | 2,814.80 | 643.22 | 3,458.02 |
| Randall, Lynn | 14,134.39 | 1,273.27 | 15,407.66 |
| Saghian, Haroon | 24,240.27 | 2,110.78 | 26,351.05 |
| Schumann, Mark | 696.62 | 155.92 | 852.54 |
| Shell, Ari | 4,120.48 | 870.85 | 4,991.33 |
| Snyder, Julia | 3,492.39 | 814.15 | 4,306.54 |
| Tarpinian, Angela | 3,747.91 | 842.03 | 4,589.94 |
| Viswanathan, Subramanam | 2,588.65 | 568.86 | 3,157.51 |
| Coan, Karen Williams | 17,870.36 | 1,834.88 | 19,705.24 |
| | | | 336,633.46 |

D-00864