UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KAREN B. COAN, Individually and on behalf of the K.L.C. Inc. 401(k) Profit Sharing Plan | : : : : | NO.3:01CV1737(MRK) |
| Plaintiffs, | : : | |
| v. | : : | |
| ALAN H. KAUFMAN, ET AL. | : : | |
| Defendants. | : | SEPTEMBER 27, 2004 |

**PLAINTIFF'S OBJECTION TO
DEFENDANTS' VERIFIED BILL OF COSTS**

Pursuant to Local Rule of Civil Procedure 54 (b) plaintiff Karen B. Coan ("Coan") hereby respectfully objects to Alan H. Kaufman's and Edgar W. Lee's ("Defendants") verified bill of costs ("Bill"). In support of this objection Coan states the following:

**1.    Deposition Costs and Witness Fees.**    Defendants claim a total of $4,943.74 as recoverable deposition costs but should only be allowed a total recovery of $3,532.94. Defendants incorrectly seek recovery for more than one copy including condensed copies and expedited or daily copies not allowed as taxable costs.[1] The following deposition costs should be reduced:

---

[1] L.R.Civ.P. 54 (c) 6 states: "the following items are not taxable as costs... (iv) costs of an expedited or daily copy transcript produced for the convenience of counsel." L.R.Civ.P. 54 (c) 2 states: "the cost of an original and one copy of deposition transcripts are recoverable as costs... if

A. Defendants took the depositions of Dr. Vahan Janjigian[2] and Karen B. Coan[3]. For the deposition costs of Dr. Vahan Janjigian, defendants omitted from their Bill items not taxable as costs, totaling $58.00, but did not adjust the total tax for this amount overcharging by $3.48. For the deposition costs of Karen B. Coan Defendants are claiming costs of transcripts charged at a daily rate of $8.30 a page. Sanders Gale and Russell's regular rate in 2003 for a transcript in a Superior Court case is half the daily rate or $4.15 a page.[4] Therefore after recalculating the copy at the regular rate and adjusting the tax, defendants overcharge by $1,214.13.

B. Coan took the depositions of Warren F. Mulhern[5], Edward J. Wahlberg[6], David Jainchill[7], David H. Fierston[8], Alan Kaufman[9] and Edgar Lee[10]. Defendants incorrectly seek the cost of two copies including a condensed copy for each of the

---

they are necessarily obtained for the preparation of a case and not for the convenience of counsel."

[2] Defendants seek a recovery of $776.74 consisting of a witness fee of $40.00, mileage of $71.40, and deposition charges which include $554.40 for an original and one copy, $70.00 for an attendance fee and $40.94 in tax, See Def. Verified Bill of Costs Exhibit B.

[3] Defendants seek a recovery of $2,498.06 which includes: $2,282.50 for an original and two copies at the Daily rate charged by Sanders Gale and Russell of $8.30 a page, $70.00 for an attendance fee and $145.56 in tax, See Def. Verified Bill of Costs Exhibit B.

[4] Exhibit A (Letter from Sanders Gale & Russell, Inc.).

[5] Defendants seek a recovery of $294.05 which includes: $219.95 for one copy, $30.00 for a condensed copy, $27.00 for exhibits and $17.10 in tax, See Def. Verified Bill of Costs Exhibit B.

[6] Defendants seek a recovery of $297.01 which includes: $249.75 for one copy, $30.00 for a condensed copy and $17.26 in tax, See Def. Verified Bill of Costs Exhibit B.

[7] Defendants seek a recovery of $134.84 which includes: $96.75 for one copy, $30.00 for a condensed copy and $8.09 in tax, See Def. Verified Bill of Costs Exhibit B.

[8] Defendants seek a recovery of $103.35 which includes: $67.50 for one copy, $30.00 for a condensed copy and $5.85 in tax, See Def. Verified Bill of Costs Exhibit B.

[9] Defendants seek a recovery of $556.98 which includes: $495.00 for one copy, $30.00 for a condensed copy and $31.98 in tax, See Def. Verified Bill of Costs Exhibit B.

[10] Defendants seek a recovery of $556.98 which includes: $495.00 for one copy, $30.00 for a condensed copy and $31.98 in tax, See Def. Verified Bill of Costs Exhibit B.

above. Since Coan paid for the original transcript, Defendants can only claim one copy. Therefore after subtracting the condensed copy and readjusting the tax for each transcript defendants overcharge by $193.19.

The total overcharged by Defendants for deposition transcripts is $1,410.80.

**2.    Costs for Exemplifications or Copies of Papers:**

Defendants claim a total of $44.38 as recoverable costs for copies of exhibits attached to a successful summary judgment brief. They claim a total of 317 pages at a rate of $0.14 a page, the customary amount Day, Berry & Howard charges for photocopies. Although the Federal Rules and Local Rules of Civil Procedure do not define reasonable copy costs, by analogy the Federal Rules of Appellate Procedure at 39 (c) states: **"**Each court of appeals must, by local rule, fix the maximum rate for taxing the cost of producing necessary copies of a brief or appendix, or copies of records authorized by Rule 30(f). The rate must not exceed that generally charged for such work in the area where the clerk's office is located and should encourage economical methods of copying."  Defendants should charge the going commercial rate in the New Haven area, simply stating that defense counsel charges their clients $0.14 per copy does nothing to show that the sum is reasonable. Accordingly, this charge should not be allowed.

**3.    Sheriff's Fees:**

3

Defendants claim a total of $62.50 of recoverable costs for the service of a subpoena duces tecum directed to Kirk Varner, Executive News Director of WTNH for "information". L.R.Civ.P. 54 (c) 7 states: "the following items are not recoverable as costs... (ii) service of process fees for discovery subpoenas." The subpoena was not for a deposition but to obtain "information" as stated in Defendants' Bill. Therefore the amount of $62.50 is not recoverable by law.

Wherefore the Plaintiff respectfully requests the Court reduce Defendants' Verified Bill of Costs by $1,517.68 and award $3,532.94.


PLAINTIFF: Karen B. Coan


BY:/s/ Thomas G. Moukawsher
Thomas G. Moukawsher (ct08940)
Ian O. Smith (ct24135)
Moukawsher & Walsh, LLC
21 Oak Street; Suite 209
Hartford, CT 06106
(860) 278-7000

## **CERTIFICATION**

I hereby certify that a copy of the foregoing has been mailed on this date to the following counsel of record:

> Glenn W. Dowd, Esquire
> Day, Berry & Howard, LLP
> CityPlace I
> 185 Asylum Street
> Hartford, CT 06103-3499

Date: September 27, 2004             /s/ Thomas G. Moukawsher
                                     Thomas G. Moukawsher