# EXHIBIT A

**SANDERS, GALE & RUSSELL, INC.**
PROFESSIONAL COURT REPORTERS
P.O. BOX 1048
NEW HAVEN, CONNECTICUT 06504

GERALD GALE, RPR, CM
STEVEN M. GALE

_EVENINGS_

(203) 245-0815

STATEWIDE COVERAGE
TOLL FREE
1-800-624-4541

SINCE 1960

NEW HAVEN (203) 624-4157

FAX (203) 624-4482

September 24, 2004

Thomas Moukawsher, Esq.
Moukawsher & Walsh

COMPUTERIZED REPORTING
LITIGATION SUPPORT

IN RE: 2003 Connecticut Superior Court Deposition transcript rates.

Dear Sir:

Pursuant to our phone conversation, the following prices were our regular and Daily copy rates:

Original and 2 copies $4.15 per page (Regular)
Original and 2 copies $8.30 per page (Daily)

Should you have any further questions, feel free to call.

Sincerely,

Steven M. Gale
Vice President