UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KAREN B. COAN, Individually and on behalf of the K.L.C. Inc 401(k) Profit Sharing Plan | : : : | CIVIL ACTION NO. 3:01CV1737 (MRK) |
| Plaintiffs, | : : : : : | |
| V. | : : | |
| ALAN H. KAUFMAN, ET AL. Defendants. | : : | NOVEMBER 3, 2004 |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME
TO FILE A MOTION FOR ATTORNEYS FEES
UNDER 29 U.S.C. 1132(G)(1) AND UNDER LOCAL RULE 11(A)**

Pursuant to the District of Connecticut Local Rule 11(a), the Defendants, Alan H. Kaufman and Edgar W. Lee, hereby move this Court for an extension of time to file their Motion for Attorneys Fees in the above-captioned matter. Defendants' Motion for Attorneys Fees is based on the statutory authority for fees granted in 29 U.S.C. 1132(g)(1), which authorizes an award of attorneys fees to "either party" in an action brought by a participant or beneficiary of an ERISA plan.

Judgment was entered in this case on September 2, 2004. Under Rule 11(a), the Defendants' Motion for Attorneys Fees was originally due on October 4, 2004, the first business day occurring 30 days after the entry of judgment. Defendants' received an initial extension of time until November 3, 2004 to prepare their motion. Since requesting and receiving an extension of time to prepare their motion, the Plaintiff has appealed this Court's grant of summary judgment to the Second Circuit and also requested this Court reconsider its decision. Neither court has rendered a decision. Moreover, this Court denied the Defendants' Bill of Costs without prejudice

to the Defendants' ability to renew that motion when the appending appeal is resolved and judgment becomes final.

Accordingly, Defendants' request an extension of time of thirty (30) days following the final resolution of the Plaintiff's appeal and entry of final judgment to file its Motion for Attorneys' Fees. Defendants' basis for this Motion is that it would be premature to file such a motion at this point based on the Plaintiff's pending appeal and this Court's ruling on the Defendants' Bill of Costs.

Defendants' counsel has discussed this request with plaintiff's counsel, who states that he does not object to this motion.

                      DEFENDANTS,
                      ALAN H. KAUFMAN and EDGAR W. LEE

By_____
    Glenn W. Dowd (ct# 12847)
    Day, Berry & Howard LLP
    700 State Street, 4th Floor
    New Haven, CT  06511
    (203) 752-5000
    (203) 752-5001 (fax)
    email:  gwdowd@dbh.com

- 3 -

## CERTIFICATION

      THIS IS TO CERTIFY a copy of the foregoing **DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR ATTORNEYS FEES** has been sent this date via Facsimile and United States Mail, postage prepaid, to the following counsel and parties of record:

| | |
|---|---|
| Thomas G. Moukawsher | Ian O. Smith |
| Moukawsher & Walsh LLC | Moukawsher & Walsh LLC |
| 328 Mitchell Street | 21 Oak Street, Suite 100 |
| P. O. Box 966 | Hartford, CT 06106 |
| Groton, CT 06340 | |

_____

Glenn W. Dowd