UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KAREN B. COAN, Individually and on behalf of the K.L.C. Inc. 401(k) Profit Sharing Plan | : : : : | NO.3:01CV1737 (MRK) |
| Plaintiffs, | : : | |
| v. | : : | |
| ALAN H. KAUFMAN, ET AL. | : : | |
| Defendants. | : | JANUARY 6, 2005 |

## AMENDED NOTICE OF APPEAL

1. Pursuant to Fed. R. App. P. 3 and 4 (a)(1), the plaintiff in the above-named case, hereby gives notice of appeal and appeals to the United States Court of Appeals for the Second Circuit from the Court's final ruling on defendants' motion for summary judgment dated August 31, 2004, its final judgment dated September 2, 2004, and its Ruling and Order dated December 9, 2004.

2. The Judgment in this action was entered on September 2, 2004 based upon a summary judgment of the Court dated August 31, 2004 which found for the defendants and against the plaintiff. In a Ruling and Order dated December 9, 2004, the Court granted the plaintiff's motion to reconsider its summary judgment ruling but affirmed its decision following reconsideration. The plaintiff appeals form the summary judgment dated August 31, 2004, the judgment dated September

2, 2004, and the Ruling and Order dated December 9, 2004.

                RESPECTFULLY SUBMITTED,
                PLAINTIFF: Karen B. Coan

                BY:/s/ Thomas G. Moukawsher
                Thomas G. Moukawsher (ct08940)
                Ian O. Smith (ct24135)
                Moukawsher & Walsh, LLC
                21 Oak Street; Suite 209
                Hartford, CT 06106
                (860) 278-7000

## **CERTIFICATION**

I hereby certify that a copy of the foregoing has been mailed on this date to the following counsel of record:

        Glenn W. Dowd, Esquire
        Day, Berry & Howard, LLP
        CityPlace I
        185 Asylum Street
        Hartford, CT 06103-3499

Date: January 6, 2004        /s/ Thomas G. Moukawsher
                                      Thomas G. Moukawsher