## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KAREN B. COAN, Individually and on behalf of the K.L.C. Inc. 401(k) Profit Sharing Plan | : : : : | NO.3:01CV1737(MRK) |
| Plaintiffs, | : : | |
| v. | : : | |
| ALAN H. KAUFMAN, ET AL. | : : | |
| Defendants. | : | February 2, 2005 |

## INDEX TO RECORD ON APPEAL

The Plaintiff in the above captioned matter hereby designates the following items for inclusion in the record of appeal:

| FILED | DOCUMENT | No. |
|---|---|---|
| 09/10/2001 | COMPLAINT Filing Fee $ 150.00 Receipt # H4306 (D'Onofrio, B.) (Entered: 09/12/2001) | 1 |
| 01/02/2002 | ANSWER to Complaint by Alan H. Kaufman, Edgar W. Lee (Blue,A.) (Entered: 01/02/2002) | 13 |
| 01/14/2003 | AMENDED ANSWER & Affirmative Defenses toComplaint by Alan H. Kaufman, Edgar W. Lee: amends [13-1] answer by Edgar W. Lee, Alan H. Kaufman (Blue,A.) (Entered: 01/14/2003) | 23 |
| 10/16/2003 | MOTION for Summary Judgment by Alan H. Kaufman, Edgar W. Lee. Responses due by 11/6/2003 (Falcone, K.) (Entered: 10/20/2003) | 50 |
| 10/16/2003 | Statement of Material Facts by Alan H. Kaufman, Edgar W. Lee re 50-1 motion for summary judgment (Falcone, K.) Modified on 10/21/2003 (Inferrera, L.). (Entered: | 51 |

|  |  |  |
|---|---|---|
|  | 10/20/2003) |  |
| 10/16/2003 | Memorandum in Support re 50 MOTION for Summary Judgment filed by Alan H. Kaufman, Edgar W. Lee. (Falcone, K.) Additional attachment(s) added on 10/22/2003 (Falcone, K.). (Entered: 10/22/2003) | 52 |
| 12/05/2003 | Objection re 50 MOTION for Summary Judgment filed by Karen B. Coan. (Falcone, K.) (Entered: 12/09/2003) | 55 |
| 12/05/2003 | Memorandum in Opposition re 50 Defendants MOTION for Summary Judgment filed by Karen B. Coan.(Bound document not scanned) (Falcone, K.) (Entered: 12/09/2003) | 57 |
| 12/05/2003 | Statement of Material Facts re 50 MOTION for Summary Judgment filed by Karen B. Coan. (Bound Document not scanned)(Falcone, K.) Modified on 12/9/2003 (Falcone, K.). (Entered: 12/09/2003) | 58 |
| 12/10/2003 | Objection to 50 MOTION for Summary Judgment filed by Karen B. Coan. (Pesta, J.) (Entered: 12/11/2003) | 63 |
| 12/10/2003 | Substitute Memorandum in Opposition to 50 MOTION for Summary Judgment filed by Karen B. Coan. (Pesta, J.) Modified on 12/11/2003 (Pesta, J.). Document in paper format (bound). (Entered: 12/11/2003) | 64 |
| 12/10/2003 | Substitute Statement of Material Facts re 50 MOTION for Summary Judgment filed by Karen B. Coan. Filed in paper format (bound). (Pesta, J.) (Entered: 12/11/2003) | 65 |
| 12/22/2003 | REPLY in Support of 50 MOTION for Summary Judgment filed by Alan H. Kaufman, Edgar W. Lee. (Attachments: # 1 Exhibit)(Inferrera, L.) (Entered: 12/23/2003) | 68 |
| 04/05/2004 | Memorandum in Support Of their re 50 MOTION for Summary Judgment filed by Alan H. Kaufman. (Malone, P.) (Entered: 04/06/2004) | 77 |
| 08/31/2004 | Memorandum and Decision ORDER granting 50 Motion for Summary Judgment. Signed by Judge Mark R. Kravitz on 8/30/2004. (Falcone, K.) (Entered: 08/31/2004) | 78 |

| | | |
|---|---|---|
| 09/02/2004 | JUDGMENT in favor of Karen Coan against Alan Kaufman and Edgar Lee. Signed by Clerk on 9/1/04. (Depino, F.) (Entered: 09/02/2004) | 79 |
| 09/15/2004 | MOTION for Reconsideration re 78 Order on Motion for Summary Judgment by Karen B. Coan.Responses due by 10/6/2004 (Falcone, K.) (Entered: 09/15/2004) | 80 |
| 09/15/2004 | Memorandum in Support re 80 MOTION for Reconsideration re 78 Order on Motion for Summary Judgment filed by Karen B. Coan. (Attachments: # 1 Exhibit # 2 Exhibit)(Falcone, K.) (Entered: 09/15/2004) | 81 |
| 09/23/2004 | TRANSCRIPT of Proceedings held on March 30, 2004 before Judge Mark R. Kravitz. Court Reporter: Thea Finkelstein. (Ghilardi, K.) (Entered: 09/22/2004) | 84 |
| 09/23/2004 | Opposition re 80 MOTION for Reconsideration re 78 Order on Motion for Summary Judgment filed by Alan H. Kaufman, Edgar W. Lee. (Falcone, K.) (Entered: 09/23/2004) | 85 |
| 09/23/2004 | NOTICE OF APPEAL as to 78 Order on Motion for Summary Judgment, 79 Judgment by Karen B. Coan. Filing fee $ 255, receipt number N13492. Certified copy of docket and copy of NOA mailed to USCA. (Falcone, K.) (Entered: 09/24/2004) | 86 |
| 09/27/2004 | Reply Memorandum of Law Supporting re 80 MOTION for Reconsideration re 78 Order on Motion for Summary Judgment filed by Karen B. Coan. (Attachments: # 1 Exhibit)(Falcone, K.) (Entered: 09/28/2004) | 88 |
| 12/09/2004 | Ruling ORDER granting 80 Motion for Reconsideration and reaffirms its Decisionre 78 Order on Motion for Summary Judgment . Signed by Judge Mark R. Kravitz on 12/9/04. (Warner, R.) (Entered: 12/09/2004) | 95 |
| 01/10/2005 | AMENDED NOTICE OF APPEAL amending 86 Notice of Appeal by Karen B. Coan. (Falcone, K.) (Entered: 01/13/2005) | 96 |
| 01/31/2005 | TRANSCRIPT of Proceedings held on November 30, 2004 before Judge Mark R. Kravitz. Court Reporter: Thea Finkelstein. (Ghilardi, K.) (Entered: 01/31/2005) | 97 |

        RESPECTFULLY SUBMITTED,
        PLAINTIFF: Karen B. Coan


        BY:/s/ Thomas G. Moukawsher
        Thomas G. Moukawsher (ct08940)
        Ian O. Smith (ct24135)
        Moukawsher & Walsh, LLC
        21 Oak Street; Suite 209
        Hartford, CT 06106
        (860) 278-7000


## CERTIFICATION

I hereby certify that a copy of the foregoing has been mailed on this date to the following counsel of record:

        Glenn W. Dowd, Esquire
        Day, Berry & Howard, LLP
        CityPlace I
        185 Asylum Street
        Hartford, CT 06103-3499


Date: February 2, 2005        /s/ Thomas G. Moukawsher
                                                Thomas G. Moukawsher