## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| KAREN B. COAN, Individually and on behalf of the K.L.C. Inc 401(k) Profit Sharing Plan     Plaintiffs, | : : : :   CIVIL ACTION NO. :   3:01CV1737 (MRK) : |
| V. | : : |
| ALAN H. KAUFMAN, ET AL.     Defendants. | : :   AUGUST 17, 2006 |

### DEFENDANT'S RENEWED BILL OF COSTS

Pursuant to Local Rule 54(a), the Defendants, Alan H. Kaufman and Edgar W. Lee, hereby submit this renewed Bill of Costs. Defendants are entitled to these costs as a prevailing party against Plaintiff Karen B. Coan in the above-captioned matter. On August 30, 2004, this Court granted Defendants' Motion for Summary Judgment, and on September 15, 2004, Defendants filed a Verified Bill of Costs and accompanying Affidavit. Plaintiff appealed the Court's grant of summary judgment, and on September 28, 2004, the Court denied the bill of costs without prejudice pending resolution of the appeal. On July 21, 2006, the Second Circuit affirmed the Court's decision and entered final judgment in the case, and the mandate issued on August 14, 2006. Accordingly, Defendants now renew their bill of costs.

Defendants have segregated the Bill of Costs into several categories for ease of reference and consideration. The amounts set forth herein are a fair and accurate reflection of costs necessarily incurred by Defendants in defending against Coan's claims. See Affidavit of Glenn W. Dowd (attached hereto as Exhibit A). True and accurate copies of all relevant receipts documenting these costs are attached hereto as Exhibit B.

1.  **Deposition Costs and Witness Fees**:  **$4,943.74**

Defendants took the deposition of Karen B. Coan. Coan took the deposition of six individuals: the two individually named Defendants, Edgar Lee and Alan Kaufman, as well as witnesses Edward J. Wahlberg, David Jainchill, David H. Fierston, and Warren F. Mulhern. For all of these depositions, Defendants seek to recover the cost of the originals and one copy of each deposition transcript as provided in Local Rule 54(c)2(ii).

In addition, Coan disclosed one expert: Dr. Vahan Janjigian. Defendants took the depositions of this expert and was required to pay each expert a expert witness fees.

All deposition transcripts were obtained for the preparation of the case and were used extensively by Defendants' counsel in filing its Motion for Summary Judgment.

The following is a list of all recoverable deposition expenses incurred by the Defendants:

| Date of Deposition | Deponent | Cost |
| --- | --- | --- |
| January 8, 2003 | Dr. Vahan Janjigian | $776.74[1] |
| February 25, 2003 | Warren F. Mulhern | $294.05 |
| March 17, 2003 | Edward J. Wahlberg | $297.01 |
| March 20, 2003 | David Jainchill | $134.84 |
| March 20, 2003 | David H. Fierston | $103.35 |
| March 18, 2003 | Karen B. Coan | $2,498.06 |
| March 25, 2003 | Alan Kaufman | $556.98 |
| April 10, 2003 | Edgar Lee | $282.71 |

2.  **Costs for Exemplifications or Copies of Papers: $ 44.38**

---

[1] This amount includes a witness fee of $40, the maximum recoverable under Rule 54(c), even though the Defendants paid Dr. Janjigian a total of $2,900.00 in expert witness fees. This amount also includes $71.40 charged to the Defendants for the mileage incurred by Dr. Janjigian in traveling to his deposition.

- 3 -

Pursuant to Local Rule 54(c)3(iii), Defendants seek to recover the costs they incurred in providing copies of exhibits appended to their successful Motion for Summary Judgment to the plaintiff's counsel.   The total number of pages of Defendants' exhibits to their Summary Judgment Motion was 317 pages.  The total of 317 pages for Defendants' summary judgment papers results in a cost incurred by the Defendants of $44.38 ($.14 per copy, the customary amount Day, Berry & Howard charges defendants for photocopies).

3.    **Sheriff's Fees: $62.50**

Defendants also incurred expenses in connection with service of a subpoena duces tecum related to Coan's claims in this action.  The subpoena was directed towards Kirk Varner, the Executive News Director of WTNH.  The information supplied in response to this subpoena was used by Defendants in preparing for their successful motion for summary judgment.

Accordingly, pursuant to Local Rule 54, Defendants respectfully requests that this Court enter an order directing Coan to reimburse them **$5,050.62** for their necessary costs in defending this matter.

- 4 -

                          DEFENDANTS,
                          ALAN H. KAUFMAN and EDGAR W. LEE


By  /s/ Glenn W. Dowd
      Glenn W. Dowd (ct# 12847)
      Day, Berry & Howard LLP
      700 State Street, 4th Floor
      New Haven, CT  06511
      (203) 752-5000
      (203) 752-5001 (fax)
      email:  gwdowd@dbh.com

## **CERTIFICATION**

THIS IS TO CERTIFY a copy of the foregoing DEFENDANT'S VERIFIED BILL OF COSTS has been sent this date via United States Mail, postage prepaid, to the following counsel and parties of record:

| | |
|---|---|
| Thomas G. Moukawsher | Ian O. Smith |
| Moukawsher & Walsh LLC | Moukawsher & Walsh LLC |
| 328 Mitchell Street | 21 Oak Street, Suite 100 |
| P. O. Box 966 | Hartford, CT  06106 |
| Groton, CT 06340 | |

                          /s/ Glenn W. Dowd
                          Glenn W. Dowd