UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KAREN B. COAN, Individually and on behalf of the K.L.C. Inc 401(k) Profit Sharing Plan | : | CIVIL ACTION NO. 3:01CV1737 (MRK) |
| Plaintiffs, | : | |
| V. | : | |
| ALAN H. KAUFMAN, ET AL. | : | |
| Defendants. | : | AUGUST 17, 2006 |

## AFFIDAVIT OF GLENN W. DOWD

I, Glenn W. Dowd, being duly sworn, depose and say:

1. I am a resident of the State of Connecticut.

2. I am over 18 years of age and believe in the obligation of an oath.

3. I have personal knowledge of the facts attested to in this Affidavit.

4. I am a partner with the law firm of Day, Berry & Howard, and served as defendants' lead counsel in this action. I submit this Affidavit in support of the defendant's Bill of Costs filed herewith. The defendants, Alan H. Kaufman and Edgar Lee (hereinafter, the "Defendants"), are entitled to these costs as the prevailing party against Karen B. Coan ("Coan").

5. Day, Berry & Howard represented the Defendants in connection with Coan's claims under ERISA since Coan filed her complaint in this action. The Court entered judgment against Coan in this matter on August 30, 2004 in favor of the Defendants, following a ruling on the Defendants' Motion for Summary Judgment..

6. I have reviewed the accompanying Verified Bill of Costs for taxation pursuant to Local Rule 54. The fees charged in the bill of costs are accurate and correct and represent costs that necessarily were incurred by the Defendants in defending against Coan's claims.

7. In support of the Verified Bill of Costs, true and accurate copies of receipts to document the taxable costs incurred by the Defendants are attached to Defendant's Verified Bill of Costs.

_____
Glenn W. Dowd

Subscribed and sworn to before me this 17th
day of August, 2006

_____
~~Commissioner of the Superior Court~~
Notary Public
My Commission Expires: 4-30-2011

-2-