

**The TASA Group, Inc.**
Headquarters: 1166 DeKalb Pike • Blue Bell, Pennsylvania 19422-1853 • 610-275-8272 • FAX 800-329-8272
United States and Canada: 800-523-2319 • United Kingdom: 0800-89-1292
e-mail: experts@tasanet.com • www.tasanet.com

Please make payment to **The TASA Group, Inc.** and return with one copy to the above address.

January 14, 2003                     129774

Glenn Dowd, Esq.
Day, Berry & Howard                  **FED. I.D. #23-1569731**
185 Asylum St.                       (860) 275-0100
Hartford, CT        06103-3499       (860) 275-0343

**Terms: Payable on Presentation**   *PLEASE WRITE THIS NUMBER ON YOUR CHECK:*   CT-47-0044-02

VAHAN JANJIGIAN, PH.D.       RE:   COAN   VS.   KAUFMAN

01/08/03 - Deposition                        3.00 Hrs. @ 290.00     $870.00
01/08/03 - Travel ($145/hr)                  3.00 Hrs. @ 145.00     $435.00
01/06/03 - Preparation for deposition        4.50 Hrs. @ 290.00   $1,305.00
01/07/03 - Preparation for deposition        1.00 Hrs. @ 290.00     $290.00
Travel expense - Mileage                                             $71.40
                                             AMOUNT DUE           $2,971.40

  Total at $290/hr - 8.5hrs - $2465.00
  Total at $145/hr - 3hrs ---- $435.00

         APPLIED ADVANCE MONIES RECEIVED 01/08/03        $2,175.00

                              BALANCE DUE                  $796.40

cc: Ian Smith, Esq.

\eam

Consistent with the Expert's agreement with TASA, any further services of the Expert herein named, on this or any other matter, must be requested through TASA.
WE APPRECIATE YOUR BUSINESS. PLEASE CALL US AGAIN THE NEXT TIME YOU NEED AN EXPERT.
Form 13-19 (07-02-10) ©The TASA Group, Inc. 1984 through 2002

# Brandon Smith Reporting Service, LLC                    Invoice

44 Capitol Avenue
Suite 203
Hartford, CT 06106
Phone: (860) 549-1850    Fax: (860) 549-1537

| Invoice Date | Invoice # |
|---|---|
| Thursday, April 03, 2003 | 797ss |

Glenn W. Dowd
Day, Berry & Howard
CityPlace I
Hartford, CT 06103

Phone:                Fax:

| | |
|---|---|
| Witness: | Wahlberg, Edward J. |
| Case: | Coan vs Kaufman |
| Venue: | |
| Case #: | 3:01CV1737(RNC) |
| Date: | 3/17/2003 |
| Start Time: | 2:00 AM |
| End Time: | : 0 |
| Reporter: | Sarah Najemy |
| Claim #: | |
| File #: | 5024ss |

| Description | Quan | Total |
|---|---|---|
| Copy | 111 | $249.75 |
| Multipage Condensed | 1 | $30.00 |
| Shipping and Handling | 1 | $8.00 |
| 6% sales tax | 1 | $17.26 |
| Sub Total | | $305.01 |
| Payments | | $0.00 |
| Balance Due | | $305.01 |

Fed. I.D. # 06-1448649

*We accept Visa, Mastercard and American Express!*

# Brandon Smith Reporting Service, LLC                                    Invoice

44 Capitol Avenue
Hartford, CT 06106
Phone: (860) 549-1850        Fax: (860) 549-1537

| Invoice Date | Invoice # |
|---|---|
| Thursday, April 03, 2003 | 3770rr |

Glenn W. Dowd
Day, Berry & Howard
CityPlace I
Hartford, CT 06103

Phone:                          Fax:

| Witness: | Jainchill, David |
|---|---|
| Case: | Coan vs Kaufman |
| Venue: | |
| Case #: | 3:01CV1737(RNC) |
| Date: | 3/20/2003 |
| Start Time: | 10:00 AM |
| End Time: | :0 |
| Reporter: | Sarah Najemy |
| Claim #: | |
| File #: | 5148ss |

| Description | Quan | Total |
|---|---|---|
| Copy | 43 | $96.75 |
| Multipage Condensed | 1 | $30.00 |
| Shipping and Handling | 1 | $8.00 |
| 6% sales tax | 1 | $8.09 |
| Sub Total | | $142.84 |
| Payments | | $0.00 |
| Balance Due | | $142.84 |

Fed. I.D. # 06-1448649

*We accept Visa, Mastercard and American Express.*

# Brandon Smith Reporting Service, LLC                              Invoice

44 Capitol Avenue
Hartford, CT 06106
Phone: (860) 549-1850    Fax: (860) 549-1537

| Invoice Date | Invoice # |
|---|---|
| Thursday, April 03, 2003 | 3773rr |

Glenn W. Dowd
Day, Berry & Howard
CityPlace I
Hartford, CT 06103

Phone:                    Fax:

| | |
|---|---|
| Witness: | Fierston, David H. |
| Case: | Coan vs Kaufman |
| Venue: | |
| Case #: | 3:01CV1737(RNC) |
| Date: | 3/20/2003 |
| Start Time: | 2:00 PM |
| End Time: | :0 |
| Reporter: | Sarah Najemy |
| Claim #: | |
| File #: | 1615rr |

| Description | Quan | Total |
|---|---|---|
| Copy | 30 | $67.50 |
| Multipage Condensed | 1 | $30.00 |
| 6% sales tax | 1 | $5.85 |
| | Sub Total | $103.35 |
| | Payments | $0.00 |
| | Balance Due | $103.35 |

Fed. I.D. # 06-1448649

*We accept Visa, Mastercard and American Express.*

**Brandon Smith Reporting Service, LLC**  Invoice

| Invoice Date | Invoice # |
|---|---|
| Tuesday, April 08, 2003 | 3825rr |

Fax: (860) 549-1537

Glenn W. Dowd
Day, Berry & Howard
CityPlace I
Hartford, CT 06103

Phone:                           Fax:

| | |
|---|---|
| Witness: | Kaufman, Alan H. |
| Case: | Coan vs Kaufman |
| Venue: | |
| Case #: | 3:01CV1737(RNC) |
| Date: | 3/25/2003 |
| Start Time: | 10:00 AM |
| End Time: | :0 |
| Reporter: | Sarah Najemy |
| Claim #: | |
| File #: | 5196ss |

| Description | Quan | Total |
|---|---|---|
| Copy | 220 | $495.00 |
| Multipage Condensed | 1 | $30.00 |
| Shipping and Handling | 1 | $8.00 |
| 6% sales tax | 1 | $31.98 |
| | Sub Total | $564.98 |
| | Payments | $0.00 |
| | Balance Due | $564.98 |

Fed. I.D. # 06-1448649
*We accept Visa, Mastercard and American Express.*

# Brandon Smith Reporting Service, LLC

**Invoice**

44 Capitol Avenue
Hartford, CT 06106
Phone: (860) 549-1850    Fax: (860) 549-1537

| Invoice Date | Invoice # |
|---|---|
| Tuesday, April 22, 2003 | 4055rr |

Glenn W. Dowd
Day, Berry & Howard
CityPlace I
Hartford, CT 06103

Phone:                Fax:

| | |
|---|---|
| Witness: | Lee, Edgar |
| Case: | Coan vs Kaufman |
| Venue: | |
| Case #: | 3:01CV1737(RNC) |
| Date: | 4/10/2003 |
| Start Time: | 9:00 AM |
| End Time: | :0 |
| Reporter: | Sarah Najemy |
| Claim #: | |
| File #: | 5552ss |

| Description | Quan | Total |
|---|---|---|
| Copy | 105 | $236.25 |
| Multipage Condensed | 1 | $30.00 |
| Shipping and Handling | 1 | $8.00 |
| 6% sales tax | 1 | $16.46 |
| | Sub Total | $290.71 |
| | Payments | $0.00 |
| | Balance Due | $290.71 |

Fed. I.D. # 06-1448649

*We accept Visa, Mastercard and American Express.*

**SANDERS, GALE & RUSSELL, INC.**
P.O. BOX 1048
NEW HAVEN, CT 06504
203-624-4157
1-800-824-4541

DAY, BERRY & HOWARD
CITYPLACE
HARTFORD, CT 06103

ATTN: GLENN DOWD, ESQ.

KAREN B. COAN VS. ALAN H. KAUFMAN, ET AL

INVOICE NO.      11682
INVOICE DATE:    3/20/2003
REPORTER:
LARRY DORFMAN

ID#: 06-0768608

| Date | Description | Units | Rate | Amount |
|---|---|---|---|---|
| 3/18/2003 | DEPOSITIONS: KAREN B. COAN | 1.00 | | |
| | ORIG. & 2 COPIES @ $8.30 (DAILY) | 275.00 | 8.30 | 2,282.50 |
| | ATTENDANCE | 1.00 | 70.00 | 70.00 |
| | MINITRANSCRIPT @ $25.00 | 1.00 | 25.00 | 25.00 |
| 3/19/2003 | E-MAIL | 1.00 | 25.00 | 25.00 |
| 3/20/2003 | JURAT PREPARATION | 1.00 | 10.00 | 10.00 |
| | DELIVERY & UPS | 1.00 | 12.50 | 12.50 |
| | SALES TAX | 1.00 | 145.56 | 145.56 |

Sub Total  2,570.56
Paid           0.00
Balance Due  2,570.56

**PLEASE RETURN ONE COPY WITH REMITTANCE**

# Brandon Smith Reporting Service, LLC

Invoice

44 Capitol Avenue
Hartford, CT 06106
Phone: (860) 549-1850     Fax: (860) 549-1537

| Invoice Date | Invoice # |
|---|---|
| Wednesday, March 05, 2003 | 3345rr |

Glenn W. Dowd
Day, Berry & Howard
CityPlace I
Hartford, CT 06103

Phone:             Fax:

| Witness: | Mulhern, Warren F. |
|---|---|
| Case: | Coan vs Kaufman |
| Venue: | |
| Case #: | 3:01CV1737(RNC) |
| Date: | 2/25/2003 |
| Start Time: | 11:00 AM |
| End Time: | :0 |
| Reporter: | Sarah Najemy |
| Claim #: | |
| File #: | 4215ss |

| Description | Quan | Total |
|---|---|---|
| Copy | 83 | $219.95 |
| Multipage Condensed | 1 | $30.00 |
| Exhibits | 108 | $27.00 |
| Shipping and Handling | 1 | $8.00 |
| 6% sales tax | 1 | $17.10 |
| Sub Total | | $302.05 |
| Payments | | $0.00 |
| Balance Due | | $302.05 |

Fed. I.D. # 06-1448649

**We accept Visa, Mastercard and American Express.**

**SANDERS, GALE & RUSSELL, INC.**
P.O. BOX 1048
NEW HAVEN, CT  06504
203-624-4157
1-800-824-4541

DAY, BERRY & HOWARD
CITYPLACE
HARTFORD, CT 06103

ATTN: GLENN DOWD, ESQ.

KAREN B. COAN  VS. ALAN H. KAUFMAN
AND EDGAR W. LEE

INVOICE NO.      11180
INVOICE DATE:    1/23/2003
REPORTER:
VIKTORIA STOCKMAL

ID#:  06-0768608

| Date | Descriptio | Units | Rate | Amount |
|---|---|---|---|---|
| 1/08/2003 | DEPOSITIONS: DR. VAHAN JANJIGIAN | 1.00 | | |
| | ORIG. & 1 COPY  @ $4.40 (TECH.) | 126.00 | 4.40 | 554.40 |
| | ATTENDANCE | 1.00 | 70.00 | 70.00 |
| | ASCII DISK | 1.00 | 15.00 | 15.00 |
| | MINITRANSCRIPT @ $25.00 | 1.00 | 25.00 | 25.00 |
| 1/22/2003 | JURAT PREPARATION | 1.00 | 10.00 | 10.00 |
| | DELIVERY | 1.00 | 8.00 | 8.00 |
| | SALES TAX | 1.00 | 40.94 | 40.94 |

**30 DAYS PAST DUE**

PLEASE RETURN ONE COPY WITH REMITTANCE

Sub Total    723.34
Paid           0.00
Balance Due  723.34

*Please Pay*

# Douglas A. Conant

**Connecticut State Marshal**
P. O. Box 370022
West Hartford, CT 06137-0022
Phone (860) 232-7002

# Invoice

| DATE | INVOICE # |
|---|---|
| 4/9/2003 | M2003087 |

| BILL TO |
|---|
| Attention: Shirley Thurston<br>Day, Berry & Howard<br>CityPlace I<br>Hartford, CT 06103 |

| DESCRIPTION | AMOUNT |
|---|---|
| Re: Karen B. Coan, et al<br>v. Alan H. Kaufman, et al<br><br>For services rendered: Subpoena - Kirk Varner, News Director, WTNH | 65.20 |

Thank you for your business.

**Total** $65.20