UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KAREN B. COAN, Individually and on behalf of the K.L.C. Inc. 401(k) Profit Sharing Plan : : : Plaintiffs, : : V. : : ALAN H. KAUFMAN, ET AL : : Defendants. : : | CIVIL ACTION NO. 3:01CV1737 (MRK) August 28, 2006 |

## MOTION TO WITHDRAW APPEARANCE

The undersigned hereby moves to withdraw its appearance for the Defendants.

The undersigned attorney represents that an appearance has been entered by other counsel for said party, and such party is being represented by such other counsel as of the date of this application.

_____
Daniel A. Schwartz (ct 15823)
EPSTEIN BECKER & GREEN
One Landmark Square, Suite 1800
Stamford, Connecticut 06901-2704
203-348-3737 (phone)
203-324-9291 (fax)
daschwartz@ebglaw.com

## **CERTIFICATION**

The undersigned hereby certifies that a copy of the foregoing was mailed, postage prepaid, on this 28th day of August 2006 to:

>Thomas G. Moukawsher, Esq.
>Moukawsher & Walsh, LLC
>328 Mitchell Street
>P.O. Box 966
>Groton, CT 06340
>
>Ian O. Smith, Esq.
>Moukawsher & Walsh, LLC
>21 Oak Street, Suite 100
>Hartford, CT 06106
>
>Glenn W. Dowd, Esq.
>Day, Berry, & Howard, LLP
>700 State Street, 4th Floor
>New Haven, CT 06511

_____
Daniel A. Schwartz