UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KAREN B. COAN, Individually and on behalf of the K.L.C. Inc. 401(k) Profit Sharing Plan | : : : : | NO.3:01CV1737(MRK) |
| Plaintiffs, | : : | |
| v. | : : | |
| ALAN H. KAUFMAN, ET AL. | : : | |
| Defendants. | : | SEPTEMBER 5, 2006 |

**PLAINTIFF'S UNOPPOSED NUNC PRO TUNC MOTION FOR EXTENSION OF TIME TO FILE OBJECTION TO DEFENDANTS' RENEWED BILL OF COSTS**

Plaintiff Karen B. Coan in the above captioned action moves for a *nunc pro tunc* extension of time of six days, from August 31, 2006 to September 6, 2006, to file her objection to defendants' renewed bill of costs, which was filed with the Court on August 17, 2006. Defendants filed their verified bill of costs filed on September 15, 2004. Plaintiff's objection to the verified bill of costs was filed on September 23, 2004. The clerk denied defendants' verified bill of costs without prejudice to renewal when pending appeal is resolved and judgment becomes final. The appeal was resolved and the mandate was filed on August 14, 2006. Defendants renewed their bill of costs on August 17, 2006 with no changes or additions from the original. Plaintiff's objection to the renewed bill of costs was due on August 31, 2006.

Because of an administrative error, the deadline to object to defendants' renewed bill of costs was incorrectly calendared as 21 days (September 7, 2006) the time to object to a motion under Local Rule 7, not the 10 days (August 31, 2006) allowed under Local Rule 54.

Undersigned counsel contacted defense counsel by email to get his position on this motion and he has indicated he does not object to this motion being granted.

For all the reasons stated above, Coan requests the Court grant her *nunc pro tunc* motion for extension of time to September 6, 2006 to file her objection to defendants' renewed bill of costs.

PLAINTIFF: Karen B. Coan

BY: /s/ Thomas G. Moukawsher
Thomas G. Moukawsher (ct08940)
Ian O. Smith (ct24135)
Moukawsher & Walsh, LLC
21 Oak Street; Suite 209
Hartford, CT 06106
T: (860) 278-7000
F: (860) 548-1740
tmoukawsher@mwlawgroup.com
ismith@mwlawgroup.com

HER ATTORNEYS

## CERTIFICATION

I hereby certify that a copy of the foregoing has been mailed on this date to the following counsel of record:

>Glenn W. Dowd, Esquire
>Day, Berry & Howard, LLP
>CityPlace I
>185 Asylum Street
>Hartford, CT 06103-3499

Date: September 5, 2006                    /s/ Thomas G. Moukawsher
                                           Thomas G. Moukawsher